John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendant CITY OF INDIO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROSA ZAZUETA; OCTAVIO
ZAZUETA, individually and as
successors-in-interest to OCTAVIO
ZAZUETA Jr., deceased,

                Plaintiffs,

vs.

COUNTY OF RIVERSIDE; CITY OF
INDIO; KYLE LAWRENCE;
and DOES 1-10, inclusive,
                Defendants.

CASE NO.:  5:23-CV-01825-WLH-SHK

**ANSWER TO COMPLAINT**

COMES NOW Defendant CITY OF INDIO by and through its counsel of record, and answers Plaintiffs' Complaint on file herein, denying and alleging as follows:

### JURISDICTION AND VENUE

1.     Answering Paragraph 1 of the Complaint filed herein, Defendant alleges Paragraph 1 contains jurisdictional allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

2.     Answering Paragraph 2 of the Complaint filed herein, Defendant alleges

Paragraph 2 contains venue allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

## INTRODUCTION

3.      Answering Paragraph 3 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and accordingly denies generally and specifically each, all and every allegation contained therein.

## PARTIES

4.      Answering Paragraph 4 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and accordingly denies generally and specifically each, all and every allegation contained therein.

5.      Answering Paragraph 5 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and accordingly denies generally and specifically each, all and every allegation contained therein.

6.      Answering Paragraph 6 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and accordingly denies generally and specifically each, all and every allegation contained therein.

7.      Answering Paragraph 7 of the Complaint filed herein, Defendant admits that, at all relevant times, Defendant City of Indio was and is a duly organized public entity existing under the laws of the State of California. Defendant admits it is and was the employer of Defendant Kyle Lawrence. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and accordingly denies generally and specifically each, all and every allegation contained therein.

9.     Answering Paragraph 9 of the Complaint filed herein, Defendant admits, at all relevant times, Defendant Kyle Lawrence was acting under color of law and within the course and scope of his duties as an Indio Police Officer. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

10.     Answering Paragraph 10 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and accordingly denies generally and specifically each, all and every allegation contained therein.

11.     Answering Paragraph 11 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and accordingly denies generally and specifically each, all and every allegation contained therein.

12.     Answering Paragraph 12 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and accordingly denies generally and specifically each, all and every allegation contained therein.

13.     Answering Paragraph 13 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

14.     Answering Paragraph 14 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and accordingly denies generally and specifically each, all and every allegation contained therein.

15.     Answering Paragraph 15 of the Complaint filed herein, Defendant admits, upon information and belief, that Defendant Lawrence is a resident of the County of Riverside. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15, and accordingly denies generally and specifically each, all and every remaining allegation contained therein.

16.     Answering Paragraph 16 of the Complaint filed herein, Defendant is without

CITY OF INDIO ANSWER TO COMPLAINT

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and accordingly denies generally and specifically each, all and every allegation contained therein.

17.    Answering Paragraph 17 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and accordingly denies generally and specifically each, all and every allegation contained therein.

18.    Answering Paragraph 18 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

19.    Answering Paragraph 19 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

20.    Answering Paragraph 20 of the Complaint filed herein, Defendant admits Plaintiffs' claims for damages were rejected by the City on March 7, 2023. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

21.    Answering Paragraph 21 of the Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this answer as though set forth fully herein.

22.    Answering Paragraph 22 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22, and accordingly denies generally and specifically each, all and every allegation contained therein.

23.    Answering Paragraph 23 of the Complaint filed herein, Defendant admits Defendant Lawrence responded to a call at 84054 Indio Springs Dr., Indio, CA relating to a request for a welfare check on Decedent Octavio Zazueta (hereinafter "Decedent"). Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 23, and accordingly denies generally and specifically each, all and every allegation contained therein.

CITY OF INDIO ANSWER TO COMPLAINT

24.     Answering Paragraph 24 of the Complaint filed herein, Defendant admits Defendant Lawrence arrested and transported Decedent to the John Benoit Detention Center in the early morning of August 25, 2022. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 24, and accordingly denies generally and specifically each, all and every allegation contained therein.

25.     Answering Paragraph 25 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

26.     Answering Paragraph 26 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

27.     Answering Paragraph 27 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

28.     Answering Paragraph 28 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28, and accordingly denies generally and specifically each, all and every allegation contained therein.

29.     Answering Paragraph 29 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29, and accordingly denies generally and specifically each, all and every allegation contained therein.

30.     Answering Paragraph 30 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30, and accordingly denies generally and specifically each, all and every allegation contained therein.

31.     Answering Paragraph 31 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and accordingly denies generally and specifically each, all and every allegation contained therein.

32.     Answering Paragraph 32 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32, and accordingly denies generally and specifically each, all and every allegation contained therein.

33.     Answering Paragraph 33 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and accordingly denies generally and specifically each, all and every allegation contained therein.

34.     Answering Paragraph 34 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34, and accordingly denies generally and specifically each, all and every allegation contained therein.

35.     Answering Paragraph 35 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35, and accordingly denies generally and specifically each, all and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)

(All Plaintiffs against Lawrence and Does 1 - 3)

36.     Answering Paragraph 36 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

37.     Answering Paragraph 37 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

38.     Answering Paragraph 38 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer

1 | thereto is required.

2 |     39.    Answering Paragraph 39 of the Complaint filed herein, the allegations
3 | contained therein are not asserted against the answering Defendant and, as such, no answer
4 | thereto is required.

5 |     40.    Answering Paragraph 40 of the Complaint filed herein, the allegations
6 | contained therein are not asserted against the answering Defendant and, as such, no answer
7 | thereto is required.

8 |     41.    Answering Paragraph 41 of the Complaint filed herein, the allegations
9 | contained therein are not asserted against the answering Defendant and, as such, no answer
10 | thereto is required.

11 |     42.    Answering Paragraph 42 of the Complaint filed herein, the allegations
12 | contained therein are not asserted against the answering Defendant and, as such, no answer
13 | thereto is required.

14 |     43.    Answering Paragraph 43 of the Complaint filed herein, the allegations
15 | contained therein are not asserted against the answering Defendant and, as such, no answer
16 | thereto is required.

17 |     44.    Answering Paragraph 44 of the Complaint filed herein, the allegations
18 | contained therein are not asserted against the answering Defendant and, as such, no answer
19 | thereto is required.

20 |     45.    Answering Paragraph 45 of the Complaint filed herein, the allegations
21 | contained therein are not asserted against the answering Defendant and, as such, no answer
22 | thereto is required.

23 |     46.    Answering Paragraph 46 of the Complaint filed herein, the allegations
24 | contained therein are not asserted against the answering Defendant and, as such, no answer
25 | thereto is required.

26 | ///

27 | ///

28 | ///

## SECOND CLAIM FOR RELIEF

### Fourteenth Amendment – Denial of Medical Care (42 U.S.C. § 1983)

(All Plaintiffs against Does 4-10)

47.     Answering Paragraph 47 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

48.     Answering Paragraph 48 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

49.     Answering Paragraph 49 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

50.     Answering Paragraph 50 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

51.     Answering Paragraph 51 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

52.     Answering Paragraph 52 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

53.     Answering Paragraph 53 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

54.     Answering Paragraph 54 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

55.     Answering Paragraph 55 of the Complaint filed herein, the allegations

CITY OF INDIO ANSWER TO COMPLAINT

contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

56.     Answering Paragraph 56 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

## THIRD CLAIM FOR RELIEF

### Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983)

(All Plaintiffs against All Defendants)

57.     Answering Paragraph 57 of the Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this answer as though set forth fully herein.

58.     Answering Paragraph 58 of the Complaint filed herein, Defendant alleges Paragraph 58 contains allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

59.     Answering Paragraph 59 of the Complaint filed herein, Defendant admits, at all relevant times, Defendant Kyle Lawrence was acting under color of law. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 59, and accordingly denies generally and specifically each, all and every allegation contained therein.

60.     Answering Paragraph 60 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

61.     Answering Paragraph 61 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

62.     Answering Paragraph 62 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62, and accordingly denies generally and specifically each, all and every allegation contained therein.

63.     Answering Paragraph 63 of the Complaint filed herein, Defendant denies

CITY OF INDIO ANSWER TO COMPLAINT

1   generally and specifically each, all and every allegation contained therein.

2       64.     Answering Paragraph 64 of the Complaint filed herein, Defendant denies

3   generally and specifically each, all and every allegation contained therein.

4       65.     Answering Paragraph 65 of the Complaint filed herein, Defendant denies

5   generally and specifically each, all and every allegation contained therein.

6       66.     Answering Paragraph 66 of the Complaint filed herein, Defendant denies

7   generally and specifically each, all and every allegation contained therein.

8       67.     Answering Paragraph 67 of the Complaint filed herein, Defendant is without

9   knowledge or information sufficient to form a belief as to the truth of the allegations

10  contained in Paragraph 67, and accordingly denies generally and specifically each, all and

11  every allegation contained therein.

12                          **<u>FOURTH CLAIM FOR RELIEF</u>**

13              **Municipal Liability – Failure to Train (42 U.S.C. § 1983)**

14              (By Plaintiffs against Defendants County of Riverside and Doe 10)

15      68.     Answering Paragraph 68 of the Complaint filed herein, the allegations

16  contained therein are not asserted against the answering Defendant and, as such, no answer

17  thereto is required.

18      69.     Answering Paragraph 69 of the Complaint filed herein, the allegations

19  contained therein are not asserted against the answering Defendant and, as such, no answer

20  thereto is required.

21      70.     Answering Paragraph 70 of the Complaint filed herein, the allegations

22  contained therein are not asserted against the answering Defendant and, as such, no answer

23  thereto is required.

24      71.     Answering Paragraph 71 of the Complaint filed herein, the allegations

25  contained therein are not asserted against the answering Defendant and, as such, no answer

26  thereto is required.

27      72.     Answering Paragraph 72 of the Complaint filed herein, the allegations

28  contained therein are not asserted against the answering Defendant and, as such, no answer

1    thereto is required.

2        73.    Answering Paragraph 73 of the Complaint filed herein, the allegations

3    contained therein are not asserted against the answering Defendant and, as such, no answer

4    thereto is required.

5        74.    Answering Paragraph 74 of the Complaint filed herein, the allegations

6    contained therein are not asserted against the answering Defendant and, as such, no answer

7    thereto is required.

8        75.    Answering Paragraph 75 of the Complaint filed herein, the allegations

9    contained therein are not asserted against the answering Defendant and, as such, no answer

10   thereto is required.

11                           **FIFTH CLAIM FOR RELIEF**

12   **Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

13            (By Plaintiffs against Defendants County of Riverside and Does 4-10)

14       76.    Answering Paragraph 76 of the Complaint filed herein, the allegations

15   contained therein are not asserted against the answering Defendant and, as such, no answer

16   thereto is required.

17       77.    Answering Paragraph 77 of the Complaint filed herein, the allegations

18   contained therein are not asserted against the answering Defendant and, as such, no answer

19   thereto is required.

20       78.    Answering Paragraph 78 of the Complaint filed herein, the allegations

21   contained therein are not asserted against the answering Defendant and, as such, no answer

22   thereto is required.

23       79.    Answering Paragraph 79 of the Complaint filed herein, the allegations

24   contained therein are not asserted against the answering Defendant and, as such, no answer

25   thereto is required.

26       80.    Answering Paragraph 80 of the Complaint filed herein, the allegations

27   contained therein are not asserted against the answering Defendant and, as such, no answer

28   thereto is required.

CITY OF INDIO ANSWER TO COMPLAINT

81.     Answering Paragraph 81 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

82.     Answering Paragraph 82 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

83.     Answering Paragraph 83 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

84.     Answering Paragraph 84 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

85.     Answering Paragraph 85 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

86.     Answering Paragraph 86 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

## SIXTH CLAIM FOR RELIEF

### Municipal Liability – Ratification (42 U.S.C. § 1983)

(By Plaintiffs against Defendants County of Riverside and Doe 10)

87.     Answering Paragraph 87 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

88.     Answering Paragraph 88 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

89.     Answering Paragraph 89 of the Complaint filed herein, the allegations

CITY OF INDIO ANSWER TO COMPLAINT

1   contained therein are not asserted against the answering Defendant and, as such, no answer

2   thereto is required.

3      90.   Answering Paragraph 90 of the Complaint filed herein, the allegations

4   contained therein are not asserted against the answering Defendant and, as such, no answer

5   thereto is required.

6      91.   Answering Paragraph 91 of the Complaint filed herein, the allegations

7   contained therein are not asserted against the answering Defendant and, as such, no answer

8   thereto is required.

9      92.   Answering Paragraph 92 of the Complaint filed herein, the allegations

10   contained therein are not asserted against the answering Defendant and, as such, no answer

11   thereto is required.

12      93.   Answering Paragraph 93 of the Complaint filed herein, the allegations

13   contained therein are not asserted against the answering Defendant and, as such, no answer

14   thereto is required.

15      94.   Answering Paragraph 94 of the Complaint filed herein, the allegations

16   contained therein are not asserted against the answering Defendant and, as such, no answer

17   thereto is required.

18      95.   Answering Paragraph 95 of the Complaint filed herein, the allegations

19   contained therein are not asserted against the answering Defendant and, as such, no answer

20   thereto is required.

21                    **<u>SEVENTH CLAIM FOR RELIEF</u>**

22            **Failure to Summon Medical Care (Cal. Gov. Code § 845.6)**

23                    (By Plaintiffs against all Defendants)

24      96.   Answering Paragraph 96 of the Complaint filed herein, Defendant

25   incorporates by reference all preceding paragraphs of this answer as though set forth fully

26   herein.

27      97.   Answering Paragraph 97 of the Complaint filed herein, Defendant alleges

28   Paragraph 97 contains allegations that present legal conclusions and questions of law to be

13

1  determined by the Court to which no answer is required.

2      98.    Answering Paragraph 98 of the Complaint filed herein, Defendant admits

3  Decedent was arrested for public intoxication. Defendant denies generally and specifically

4  each, all and every remaining allegation contained therein.

5      99.    Answering Paragraph 99 of the Complaint filed herein, Defendant denies

6  generally and specifically each, all and every allegation contained therein.

7      100.   Answering Paragraph 100 of the Complaint filed herein, Defendant denies

8  generally and specifically each, all and every allegation contained therein.

9      101.   Answering Paragraph 101 of the Complaint filed herein, Defendant alleges

10 Paragraph 101 contains allegations that present legal conclusions and questions of law to be

11 determined by the Court to which no answer is required.

12     102.   Answering Paragraph 102 of the Complaint filed herein, Defendant denies

13 generally and specifically each, all and every allegation contained therein.

14     103.   Answering Paragraph 103 of the Complaint filed herein, Defendant is without

15 knowledge or information sufficient to form a belief as to the truth of the allegations

16 contained in Paragraph 103, and accordingly denies generally and specifically each, all and

17 every allegation contained therein.

18                      **EIGHTH CLAIM FOR RELIEF**

19              **Negligence—Medical Mal Practice (Wrongful Death)**

20          (By Plaintiffs against Defendants Does 7-9 and County of Riverside)

21     104.   Answering Paragraph 104 of the Complaint filed herein, the allegations

22 contained therein are not asserted against the answering Defendant and, as such, no answer

23 thereto is required.

24     105.   Answering Paragraph 105 of the Complaint filed herein, the allegations

25 contained therein are not asserted against the answering Defendant and, as such, no answer

26 thereto is required.

27     106.   Answering Paragraph 106 of the Complaint filed herein, the allegations

28 contained therein are not asserted against the answering Defendant and, as such, no answer

1    thereto is required.

2        107.    Answering Paragraph 107 of the Complaint filed herein, the allegations

3    contained therein are not asserted against the answering Defendant and, as such, no answer

4    thereto is required.

5        108.    Answering Paragraph 108 of the Complaint filed herein, the allegations

6    contained therein are not asserted against the answering Defendant and, as such, no answer

7    thereto is required.

8        109.    Answering Paragraph 109 of the Complaint filed herein, the allegations

9    contained therein are not asserted against the answering Defendant and, as such, no answer

10   thereto is required.

11       110.    Answering Paragraph 110 of the Complaint filed herein, the allegations

12   contained therein are not asserted against the answering Defendant and, as such, no answer

13   thereto is required.

14                        **EIGHTH CLAIM FOR RELIEF**

15                              **Negligence**

16                    (By Plaintiffs against all Defendants)

17       111.    Answering Paragraph 111 of the Complaint filed herein, Defendant

18   incorporates by reference all preceding paragraphs of this answer as though set forth fully

19   herein.

20       112.    Answering Paragraph 112 of the Complaint filed herein, Defendant alleges

21   Paragraph 112 contains allegations that present legal conclusions and questions of law to be

22   determined by the Court to which no answer is required.

23       113.    Answering Paragraph 113 of the Complaint filed herein, Defendant is without

24   knowledge or information sufficient to form a belief as to the truth of the allegations

25   contained in Paragraph 113, and accordingly denies generally and specifically each, all and

26   every allegation contained therein.

27       114.    Answering Paragraph 114 of the Complaint filed herein, Defendant alleges

28   Paragraph 114 contains allegations that present legal conclusions and questions of law to be

CITY OF INDIO ANSWER TO COMPLAINT

1  determined by the Court to which no answer is required.

2  115.    Answering Paragraph 115 of the Complaint filed herein, Defendant denies

3  generally and specifically each, all and every allegation contained therein.

4  116.    Answering Paragraph 116 of the Complaint filed herein, Defendant denies

5  generally and specifically each, all and every allegation contained therein.

6  117.    Answering Paragraph 117 of the Complaint filed herein, Defendant denies

7  generally and specifically each, all and every allegation contained therein.

8  118.    Answering Paragraph 118 of the Complaint filed herein, Defendant is without

9  knowledge or information sufficient to form a belief as to the truth of the allegations

10  contained in Paragraph 118, and accordingly denies generally and specifically each, all and

11  every allegation contained therein.

12  119.    Answering Paragraph 119 of the Complaint filed herein, Defendant is without

13  knowledge or information sufficient to form a belief as to the truth of the allegations

14  contained in Paragraph 119, and accordingly denies generally and specifically each, all and

15  every allegation contained therein.

16  **NINTH CLAIM FOR RELIEF**

17  **Violation of Cal. Civil Code § 52.1**

18  (By Plaintiffs against all Defendants)

19  120.    Answering Paragraph 120 of the Complaint filed herein, Defendant

20  incorporates by reference all preceding paragraphs of this answer as though set forth fully

21  herein.

22  121.    Answering Paragraph 121 of the Complaint filed herein, Defendant alleges the

23  first sentence in Paragraph 121 contains allegations that present legal conclusions and

24  questions of law to be determined by the Court to which no answer is required.  Defendant

25  is without knowledge or information sufficient to form a belief as to the truth of the

26  remaining allegations contained in Paragraph 121, and accordingly denies generally and

27  specifically each, all and every allegation contained therein.

28  122.    Answering Paragraph 122 of the Complaint filed herein, Defendant is without

CITY OF INDIO ANSWER TO COMPLAINT

knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122, and accordingly denies generally and specifically each, all and every allegation contained therein.

123.    Answering Paragraph 123 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

124.    Answering Paragraph 124 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124, and accordingly denies generally and specifically each, all and every allegation contained therein.

125.    Answering Paragraph 125 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

126.    Answering Paragraph 126 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

127.    Answering Paragraph 127 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127, and accordingly denies generally and specifically each, all and every allegation contained therein.

128.    Answering Paragraph 128 of the Complaint filed herein, Defendant alleges Paragraph 128 contains allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

129.    Answering Paragraph 129 of the Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

130.    Answering Paragraph 130 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130, and accordingly denies generally and specifically each, all and every allegation contained therein.

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

As a First Affirmative Defense, Defendant asserts the Complaint, and every purported cause of action in the Complaint, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

As a Second Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have failed to allege or establish any violation or deprivation of a constitutional right of Plaintiffs' decedent and therefore the Complaint fails to state any claim upon which relief can be granted against Defendant.

## THIRD AFFIRMATIVE DEFENSE

As a Third Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have failed to allege or establish any violation or deprivation of a constitutional right of any Plaintiff and therefore the Complaint fails to state any claim upon which relief can be granted against Defendant.

## FOURTH AFFIRMATIVE DEFENSE

As a Fourth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them,  have waived any and all claims Plaintiffs may have had against Defendant.

## FIFTH AFFIRMATIVE DEFENSE

As a Fifth Affirmative Defense, Defendant asserts that Plaintiffs' claims are barred by the statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

As a Sixth Affirmative Defense, Defendant asserts that Defendant's police officers had reasonable cause to detain and/or probable cause to arrest Plaintiff's decedent.

## SEVENTH AFFIRMATIVE DEFENSE

As a Seventh Affirmative Defense, Defendant asserts that Plaintiffs' claims are barred by California Government Code § 820.2 which provides immunity for

discretionary acts of public employees.

EIGHTH AFFIRMATIVE DEFENSE

As an Eighth Affirmative Defense, Defendant asserts that Plaintiffs' claims in whole or in part, are barred by Government Code § 815.2(b) and § 820.4 which immunizes peace officers from liability resulting from the execution or enforcement of any law.

NINTH AFFIRMATIVE DEFENSE

As a Ninth Affirmative Defense, Defendant asserts that at all times alleged in the Complaint, Defendant's police officers acted in good faith, without malice and within the scope of the duties of peace officers of the City of Indio.

TENTH AFFIRMATIVE DEFENSE

As the Tenth Affirmative Defense, Defendant asserts any damages incurred by Plaintiff's decedent or Plaintiffs was directly and proximately caused or contributed to by Plaintiff's decedent's own actions.

ELEVENTH AFFIRMATIVE DEFENSE

As the Eleventh Affirmative Defense, Defendant alleges that if it is held liable for damages to any of the Plaintiffs or any other party in any amount, that Defendant is only severally liable in an amount equal to its apportioned share of liability for any damages suffered by the Plaintiffs or any other party. The fault, if any, of Defendant should be compared with the fault of other defendants or third parties and damages, if any, should be apportioned among the defendants or other parties in direct relation to each Defendant's or parties comparative fault. Defendant should be obligated to pay only such damages, if any, which are directly attributable to its percentage of comparative fault. To require Defendant to pay any more than its percentage of comparative fault violates equal protection and due process clauses of the Constitution of the United States and the Constitution of the State of California.

TWELFTH AFFIRMATIVE DEFENSE

As the Twelfth Affirmative Defense, Defendant asserts any damages alleged by

19
CITY OF INDIO ANSWER TO COMPLAINT

Plaintiffs were not proximately caused by any negligence, wrongful acts or omissions on the part of Defendant's employees.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a Thirteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have engaged in conduct with respect to the activities which are the subject of the Complaint and by reason of said activities and conduct, Plaintiffs, and each of them, are estopped from asserting any claims of damages or seeking any other relief against Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

As the Fourteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, lack standing to bring all or some of the claims sought to be alleged in the Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a Fifteenth Affirmative Defense, Defendant asserts that each and every purported cause of action sought to be alleged in the Complaint is barred in whole or in part by the failure to comply with applicable claim submission requirements, including but not limited to those set forth in Government Code §905, §910, §911.2, §913, §915.2, §935, §945.4, §945.6 and §950.2.

### SIXTEENTH AFFIRMATIVE DEFENSE

As the Sixteenth Affirmative Defense, Defendant alleges that, at all times and places set forth in the Complaint, Plaintiff's decedent failed to exercise ordinary care on his own behalf which negligence and carelessness was a legal cause of some portion up to and including the whole thereof of the injuries and damages complained of in this action. Plaintiffs' recovery therefore, if any, against Defendant should be barred or reduced according to the principles of comparative negligence.

### SEVENTEENTH AFFIRMATIVE DEFENSE

As a Seventeenth Affirmative Defense, Defendant alleges that Plaintiffs, and each of them, have failed to exercise reasonable care and diligence to avoid loss and to

minimize damages and that, therefore, Plaintiffs may not recover for losses which could have been prevented by reasonable efforts on their part or by expenditures which might reasonably have been made, and, therefore, Plaintiffs' recovery, if any, should be reduced by the failure to mitigate damages, if any there be.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As an Eighteenth Affirmative Defense, Defendant's employees acted at all times within the scope of discretion, in good faith, with due care, and pursuant to applicable rules, regulations, and practices reasonably and in good faith believed to be in accordance with the Constitution and laws of the United States, and Defendant is therefore not liable.

## NINETEENTH AFFIRMATIVE DEFENSE

As a Nineteenth Affirmative Defense, Defendant alleges that decedent was guilty of willful misconduct and gross negligence and that such willful misconduct and gross negligence caused his death, and therefore, Plaintiffs' claims are barred thereby.

## TWENTIETH AFFIRMATIVE DEFENSE

As a Twentieth Affirmative Defense, Defendant asserts that any judgment entered herein against Defendant may be reduced pursuant to Government Code § 985 for collateral source payments.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

As a Twenty-First Affirmative Defense, Defendant is not liable for any injury caused by the alleged act or omission of others, pursuant to Government Code §§ 820.8 and 815.2.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

As a Twenty-Second Affirmative Defense, Plaintiffs' claims are barred in whole or in part by California Government Code § 815.2(b) which immunizes a public entity from liability for injuries arising from acts or omissions of an employee of the public entity where the employee is immune from liability.

///

1

### TWENTY-THIRD AFFIRMATIVE DEFENSE

2    As a Twenty-Third Affirmative Defense, Defendant is informed and believes

3 and thereon alleges that it is immune from liability pursuant to California Government

4 Code § 820.4, as any act or omission alleged in the Complaint was performed with due

5 care and in the execution and enforcement of the laws of the State of California.

6

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

7    As a Twenty-Fourth Affirmative Defense, Defendant is informed and believes

8 and thereon alleges that it is immune from liability pursuant to California Government

9 Code § 820.6, as any act or omission alleged in the Complaint was performed in good

10 faith and without malice.

11

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

12    As a Twenty-Fifth Affirmative Defense, Defendant is informed and believes

13 and thereon alleges that it is immune from liability pursuant to California Penal Code

14 § 847(b)(1).

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

CITY OF INDIO ANSWER TO COMPLAINT

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

As a Twenty-Sixth Affirmative Defense, Defendant is informed and believes and thereon alleges that it is entitled to immunity under Government Code § 815 subsections (a) and (b).

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs takes nothing by way of the Complaint;

2. For costs of suit;

3. For reasonable attorneys' fees and other expenses; and

4. For such other and further relief as the Court deems just and proper.


McCORMICK, MITCHELL & RASMUSSEN

Dated: October 9, 2023                    /s/ Konrad M. Rasmussen

John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Brett L. Cirincione, Esq.
Attorneys for Defendant
CITY OF INDIO