Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge: Wesley L. Hsu <br> Magistrate Judge: Shashi H. Kewalramani <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: September 14, 2023 <br> Current Response Date: October 19, 2023 <br> New Response Date: November 2, 2023 |

IT IS HEREBY STIPULATED BY AND BETWEEN ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased ("Plaintiffs") and COUNTY OF RIVERSIDE ("Defendant"), as follows:

1. Plaintiffs' complaint against defendants was filed on September 7, 2023. Defendant was served with plaintiffs' complaint on September 14, 2023, and defendant's response to plaintiffs' complaint was originally set to be due on October

5, 2023.

2. The parties initially met and conferred and agreed that defendant would have until October 19, 2023, to respond to plaintiffs' complaint.

3. The parties met and conferred again with respect to a motion to dismiss, and the parties have agreed that defendant would have until November 2, 2023 to respond to plaintiffs' complaint.

4. This stipulation does not extend the time for a response to the initial complaint more than 30 days from when it would have been due, in accordance with Central District of California Local Rule 8-3.

ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff and defendants, through their respective attorneys of record, as follows:

5. Defendant COUNTY OF RIVERSIDE shall have up to and including November 2, 2023, to respond to the initial complaint.

DATED: October 18, 2023   **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:   */s/ Kayleigh A. Andersen*
Kayleigh Andersen
Attorneys for Defendants, COUNTY OF RIVERSIDE

DATED: October 18, 2023   **LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Dale Galipo*
Dale K. Galipo, Esq.
Ranhee Lee, Esq.
Attorneys for Plaintiffs, ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased

2
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**