**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**The Law Office of Bradley I. Kramer**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600
Facsimile: (866) 289-2771

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>*District Judge Wesley L. Hsu*<br>*Magistrate Judge Kewalramani*<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE FROM NOVEMBER 17, 2023 TO DECEMBER 1, 2023** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants County of Riverside and City of Indio, by and through their respective attorneys of record, as follows:

1. The Parties hereby respectfully stipulate and request to continue the Scheduling Conference now set before the Honorable Wesley L. Hsu from

November 17, 2023 at 1 p.m. to December 1, 2023 at 1 p.m.

2.     During a meet and confer session regarding Defendant County of Riverside's motion to dismiss, Defendant County of Riverside raised specific issues with the Complaint, and Plaintiffs agreed to attempt to resolve these issues by amendment. Both parties believe that amending the Complaint at this stage will conserve judicial resources and streamline the litigation process.

3.     The continuance is requested because Plaintiffs intend to file an amended complaint on October 30, 2023, and as a result, it is unlikely that Defendants will have had chance to file their responses by the current November 17, 2023 date set for the scheduling conference.

4.     The Parties respectfully submit that there is good cause for the requested continuance of the Scheduling Conference to December 1, 2023. The continuance will allow for a more productive and efficient conference by ensuring that all parties have had the opportunity to thoroughly review and respond to the amended complaint, thus promoting accuracy and a more informed discussion during the conference.

3.     The Parties have conferred and all counsel are available on December 1, 2023. If the Court would be agreeable to continue the Scheduling Conference, the Parties would request that the Scheduling Conference be continued to that date or some other later date available for the Court.

DATED: October 26, 2023       **LAW OFFICES OF DALE K. GALIPO**

By:         */s/ Cooper Alison-Mayne*
             Cooper Alison-Mayne
             Dale K. Galipo
             Attorneys for Plaintiffs ROSA ZAZUETA
             and OCTAVIO ZAZUETA

1

DATED:  October 26, 2023

**MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

2

3

4

By: _____*/s/ Kayleigh A. Andersen*_____

5

Kayleigh A. Andersen

6

Attorney for Defendant COUNTY OF RIVERSIDE

7

8

9

10

DATED:  October 26, 2023

**McCORMICK, MITCHELL & RASMUSSEN**

11

12

13

By: _____*/s/ Konrad M. Rasmussen*_____

14

Konrad M. Rasmussen

Attorney for Defendant CITY OF INDIO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SCHEDULING CONFERENCE