# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>**ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

ORDER

## ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the parties' Joint Stipulation to Continue Scheduling Conference, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Scheduling Conference shall be continued to December 1, 2023 at 1:00 p.m. The Joint Rule 26f Report shall be filed not later than November 17, 2023. All other requirements of the Order Setting Scheduling Conference not amended by this Order shall remain in effect.

IT IS SO ORDERED.

DATED: _____, 2023

_____
Hon. Wesley L. Hsu