**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>**ORDER RE: STIPULATION TO CONTINUE SCHEDULING CONFERENCE [17]** |

ORDER

1  Having reviewed the parties' Joint Stipulation to Continue Scheduling
2  Conference, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that
3  the Scheduling Conference shall be continued to December 1, 2023, at 1:30 p.m.
4  The Joint Rule 26(f) Report shall be filed not later than November 17, 2023. All
5  other requirements of the Order Setting Scheduling Conference not amended by this
6  Order shall remain in effect.

8  **IT IS SO ORDERED.**

9  DATED: November 1, 2023

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE