John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendant CITY OF INDIO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>                         Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br>                         Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT** |

COMES NOW Defendant CITY OF INDIO by and through its counsel of record, and answers Plaintiffs' First Amended Complaint on file herein, denying and alleging as follows:

### JURISDICTION AND VENUE

1.      Answering Paragraph 1 of the First Amended Complaint filed herein, Defendant alleges Paragraph 1 contains jurisdictional allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

2.      Answering Paragraph 2 of the First Amended Complaint filed herein, Defendant

alleges Paragraph 2 contains venue allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

## INTRODUCTION

3.    Answering Paragraph 3 of the Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and accordingly denies generally and specifically each, all and every allegation contained therein.

## PARTIES

4.    Answering Paragraph 4 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and accordingly denies generally and specifically each, all and every allegation contained therein.

5.    Answering Paragraph 5 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and accordingly denies generally and specifically each, all and every allegation contained therein.

6.    Answering Paragraph 6 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and accordingly denies generally and specifically each, all and every allegation contained therein.

7.    Answering Paragraph 7 of the First Amended Complaint filed herein, Defendant admits that, at all relevant times, Defendant City of Indio was and is a duly organized public entity existing under the laws of the State of California. Defendant admits it is and was the employer of Defendant Kyle Lawrence. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

8.    Answering Paragraph 8 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and accordingly denies generally and specifically

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

1  each, all and every allegation contained therein.

2      9.    Answering Paragraph 9 of the First Amended Complaint filed herein,

3  Defendant admits, at all relevant times, Defendant Kyle Lawrence was acting under color of

4  law and within the course and scope of his duties as an Indio Police Officer. Defendant

5  denies generally and specifically each, all and every remaining allegation contained therein.

6      10.    Answering Paragraph 10 of the First Amended Complaint filed herein,

7  Defendant is without knowledge or information sufficient to form a belief as to the truth of

8  the allegations contained in Paragraph 10, and accordingly denies generally and specifically

9  each, all and every allegation contained therein.

10      11.    Answering Paragraph 11 of the First Amended Complaint filed herein,

11  Defendant is without knowledge or information sufficient to form a belief as to the truth of

12  the allegations contained in Paragraph 11, and accordingly denies generally and specifically

13  each, all and every allegation contained therein.

14      12.    Answering Paragraph 12 of the First Amended Complaint filed herein,

15  Defendant is without knowledge or information sufficient to form a belief as to the truth of

16  the allegations contained in Paragraph 12, and accordingly denies generally and specifically

17  each, all and every allegation contained therein.

18      13.    Answering Paragraph 13 of the First Amended Complaint filed herein,

19  Defendant denies generally and specifically each, all and every allegation contained therein.

20      14.    Answering Paragraph 14 of the First Amended Complaint filed herein,

21  Defendant is without knowledge or information sufficient to form a belief as to the truth of

22  the allegations contained in Paragraph 14, and accordingly denies generally and specifically

23  each, all and every allegation contained therein.

24      15.    Answering Paragraph 15 of the First Amended Complaint filed herein,

25  Defendant admits, upon information and belief, that Defendant Lawrence is a resident of the

26  County of Riverside. Defendant is without knowledge or information sufficient to form a

27  belief as to the truth of the remaining allegations contained in Paragraph 15, and accordingly

28  denies generally and specifically each, all and every remaining allegation contained therein.

16.     Answering Paragraph 16 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and accordingly denies generally and specifically each, all and every allegation contained therein.

17.     Answering Paragraph 17 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and accordingly denies generally and specifically each, all and every allegation contained therein.

18.     Answering Paragraph 18 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

19.     Answering Paragraph 19 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

20.     Answering Paragraph 20 of the First Amended Complaint filed herein, Defendant admits Plaintiffs' claims for damages were rejected by the City on March 7, 2023. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

21.     Answering Paragraph 21 of the First Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this answer as though set forth fully herein.

22.     Answering Paragraph 22 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22, and accordingly denies generally and specifically each, all and every allegation contained therein.

23.     Answering Paragraph 23 of the First Amended Complaint filed herein, Defendant admits Defendant Lawrence responded to a call at 84054 Indio Springs Dr., Indio, CA relating to a request for a welfare check on Decedent Octavio Zazueta (hereinafter "Decedent"). Defendant is without knowledge or information sufficient to form

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

1   a belief as to the truth of the remaining allegations contained in Paragraph 23, and

2   accordingly denies generally and specifically each, all and every allegation contained

3   therein.

4         24.     Answering Paragraph 24 of the First Amended Complaint filed herein,

5   Defendant admits Defendant Lawrence arrested and transported Decedent to the John

6   Benoit Detention Center in the early morning of August 25, 2022. Defendant is without

7   knowledge or information sufficient to form a belief as to the truth of the remaining

8   allegations contained in Paragraph 24, and accordingly denies generally and specifically

9   each, all and every allegation contained therein.

10         25.     Answering Paragraph 25 of the First Amended Complaint filed herein,

11   Defendant denies generally and specifically each, all and every allegation contained therein.

12         26.     Answering Paragraph 26 of the First Amended Complaint filed herein,

13   Defendant denies generally and specifically each, all and every allegation contained therein.

14         27.     Answering Paragraph 27 of the First Amended Complaint filed herein,

15   Defendant denies generally and specifically each, all and every allegation contained therein.

16         28.     Answering Paragraph 28 of the First Amended Complaint filed herein,

17   Defendant is without knowledge or information sufficient to form a belief as to the truth of

18   the allegations contained in Paragraph 28, and accordingly denies generally and specifically

19   each, all and every allegation contained therein.

20         29.     Answering Paragraph 29 of the First Amended Complaint filed herein,

21   Defendant is without knowledge or information sufficient to form a belief as to the truth of

22   the allegations contained in Paragraph 29, and accordingly denies generally and specifically

23   each, all and every allegation contained therein.

24         30.     Answering Paragraph 30 of the First Amended Complaint filed herein,

25   Defendant is without knowledge or information sufficient to form a belief as to the truth of

26   the allegations contained in Paragraph 30, and accordingly denies generally and specifically

27   each, all and every allegation contained therein.

28         31.     Answering Paragraph 31 of the First Amended Complaint filed herein,

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and accordingly denies generally and specifically each, all and every allegation contained therein.

32.     Answering Paragraph 32 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32, and accordingly denies generally and specifically each, all and every allegation contained therein.

33.     Answering Paragraph 33 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and accordingly denies generally and specifically each, all and every allegation contained therein.

34.     Answering Paragraph 34 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34, and accordingly denies generally and specifically each, all and every allegation contained therein.

35.     Answering Paragraph 35 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35, and accordingly denies generally and specifically each, all and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)

(All Plaintiffs against Lawrence and Does 1 - 3)

36.     Answering Paragraph 36 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

37.     Answering Paragraph 37 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such,

no answer thereto is required.

38.     Answering Paragraph 38 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

39.     Answering Paragraph 39 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

40.     Answering Paragraph 40 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

41.     Answering Paragraph 41 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

42.     Answering Paragraph 42 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

43.     Answering Paragraph 43 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

44.     Answering Paragraph 44 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

45.     Answering Paragraph 45 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

46.     Answering Paragraph 46 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

## **SECOND CLAIM FOR RELIEF**

### **Fourteenth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

(All Plaintiffs against Does 4-10)

47.     Answering Paragraph 47 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

48.     Answering Paragraph 48 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

49.     Answering Paragraph 49 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

50.     Answering Paragraph 50 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

51.     Answering Paragraph 51 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

52.     Answering Paragraph 52 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

53.     Answering Paragraph 53 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

54.     Answering Paragraph 54 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

55.     Answering Paragraph 55 of the First Amended Complaint filed herein, the

8

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

1    allegations contained therein are not asserted against the answering Defendant and, as such,
2    no answer thereto is required.

3        56.    Answering Paragraph 56 of the First Amended Complaint filed herein, the
4    allegations contained therein are not asserted against the answering Defendant and, as such,
5    no answer thereto is required.

6                              **THIRD CLAIM FOR RELIEF**

7        **Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983)**

8                      (All Plaintiffs against LAWRENCE and DOES 1-10)

9        57.    Answering Paragraph 57 of the First Amended Complaint filed herein, the
10   allegations contained therein are not asserted against the answering Defendant and, as such,
11   no answer thereto is required.

12       58.    Answering Paragraph 58 of the First Amended Complaint filed herein, the
13   allegations contained therein are not asserted against the answering Defendant and, as such,
14   no answer thereto is required.

15       59.    Answering Paragraph 59 of the First Amended Complaint filed herein, the
16   allegations contained therein are not asserted against the answering Defendant and, as such,
17   no answer thereto is required.

18       60.    Answering Paragraph 60 of the First Amended Complaint filed herein, the
19   allegations contained therein are not asserted against the answering Defendant and, as such,
20   no answer thereto is required.

21       61.    Answering Paragraph 61 of the First Amended Complaint filed herein, the
22   allegations contained therein are not asserted against the answering Defendant and, as such,
23   no answer thereto is required.

24       62.    Answering Paragraph 62 of the First Amended Complaint filed herein, the
25   allegations contained therein are not asserted against the answering Defendant and, as such,
26   no answer thereto is required.

27       63.    Answering Paragraph 63 of the First Amended Complaint filed herein, the
28   allegations contained therein are not asserted against the answering Defendant and, as such,

9

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

1 | no answer thereto is required.

2 |      64. Answering Paragraph 64 of the First Amended Complaint filed herein, the

3 | allegations contained therein are not asserted against the answering Defendant and, as such,

4 | no answer thereto is required.

5 |      65. Answering Paragraph 65 of the First Amended Complaint filed herein, the

6 | allegations contained therein are not asserted against the answering Defendant and, as such,

7 | no answer thereto is required.

8 |      66. Answering Paragraph 67 of the First Amended Complaint filed herein, the

9 | allegations contained therein are not asserted against the answering Defendant and, as such,

10 | no answer thereto is required.

11 |      67. Answering Paragraph 67 of the First Amended Complaint filed herein, the

12 | allegations contained therein are not asserted against the answering Defendant and, as such,

13 | no answer thereto is required.

14 | **FOURTH CLAIM FOR RELIEF**

15 | **Municipal Liability – Failure to Train (42 U.S.C. § 1983)**

16 | (By Plaintiffs against Defendant County of Riverside)

17 |      68. Answering Paragraph 68 of the First Amended Complaint filed herein, the

18 | allegations contained therein are not asserted against the answering Defendant and, as such,

19 | no answer thereto is required.

20 |      69. Answering Paragraph 69 of the First Amended Complaint filed herein, the

21 | allegations contained therein are not asserted against the answering Defendant and, as such,

22 | no answer thereto is required.

23 |      70. Answering Paragraph 70 of the First Amended Complaint filed herein, the

24 | allegations contained therein are not asserted against the answering Defendant and, as such,

25 | no answer thereto is required.

26 |      71. Answering Paragraph 71 of the First Amended Complaint filed herein, the

27 | allegations contained therein are not asserted against the answering Defendant and, as such,

28 | no answer thereto is required.

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

72.     Answering Paragraph 72 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

73.     Answering Paragraph 73 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

74.     Answering Paragraph 74 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

75.     Answering Paragraph 75 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

### FIFTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

(By Plaintiffs against Defendant County of Riverside)

76.     Answering Paragraph 76 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

77.     Answering Paragraph 77 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

78.     Answering Paragraph 78 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

79.     Answering Paragraph 79 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

80.     Answering Paragraph 80 of the First Amended Complaint filed herein, the

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

1  allegations contained therein are not asserted against the answering Defendant and, as such,
2  no answer thereto is required.

3        81.    Answering Paragraph 81 of the First Amended Complaint filed herein, the
4  allegations contained therein are not asserted against the answering Defendant and, as such,
5  no answer thereto is required.

6        82.    Answering Paragraph 82 of the First Amended Complaint filed herein, the
7  allegations contained therein are not asserted against the answering Defendant and, as such,
8  no answer thereto is required.

9        83.    Answering Paragraph 83 of the First Amended Complaint filed herein, the
10  allegations contained therein are not asserted against the answering Defendant and, as such,
11  no answer thereto is required.

12        84.    Answering Paragraph 84 of the First Amended Complaint filed herein, the
13  allegations contained therein are not asserted against the answering Defendant and, as such,
14  no answer thereto is required.

15        85.    Answering Paragraph 85 of the First Amended Complaint filed herein, the
16  allegations contained therein are not asserted against the answering Defendant and, as such,
17  no answer thereto is required.

18        86.    Answering Paragraph 86 of the First Amended Complaint filed herein, the
19  allegations contained therein are not asserted against the answering Defendant and, as such,
20  no answer thereto is required.

21                          **SIXTH CLAIM FOR RELIEF**

22          **Municipal Liability – Ratification (42 U.S.C. § 1983)**

23              (By Plaintiffs against Defendant County of Riverside)

24        87.    Answering Paragraph 87 of the First Amended Complaint filed herein, the
25  allegations contained therein are not asserted against the answering Defendant and, as such,
26  no answer thereto is required.

27        88.    Answering Paragraph 88 of the First Amended Complaint filed herein, the
28  allegations contained therein are not asserted against the answering Defendant and, as such,

1 | no answer thereto is required.

2 | 89.   Answering Paragraph 89 of the First Amended Complaint filed herein, the

3 | allegations contained therein are not asserted against the answering Defendant and, as such,

4 | no answer thereto is required.

5 | 90.   Answering Paragraph 90 of the First Amended Complaint filed herein, the

6 | allegations contained therein are not asserted against the answering Defendant and, as such,

7 | no answer thereto is required.

8 | 91.   Answering Paragraph 91 of the First Amended Complaint filed herein, the

9 | allegations contained therein are not asserted against the answering Defendant and, as such,

10 | no answer thereto is required.

11 | 92.   Answering Paragraph 92 of the First Amended Complaint filed herein, the

12 | allegations contained therein are not asserted against the answering Defendant and, as such,

13 | no answer thereto is required.

14 | 93.   Answering Paragraph 93 of the First Amended Complaint filed herein, the

15 | allegations contained therein are not asserted against the answering Defendant and, as such,

16 | no answer thereto is required.

17 | 94.   Answering Paragraph 94 of the First Amended Complaint filed herein, the

18 | allegations contained therein are not asserted against the answering Defendant and, as such,

19 | no answer thereto is required.

20 | 95.   Answering Paragraph 95 of the First Amended Complaint filed herein, the

21 | allegations contained therein are not asserted against the answering Defendant and, as such,

22 | no answer thereto is required.

23 | **SEVENTH CLAIM FOR RELIEF**

24 | **Failure to Summon Medical Care (Cal. Gov. Code § 845.6)**

25 | (By Plaintiffs against all Defendants)

26 | 96.   Answering Paragraph 96 of the First Amended Complaint filed herein,

27 | Defendant incorporates by reference all preceding paragraphs of this answer as though set

28 | forth fully herein.

1   97.    Answering Paragraph 97 of the First Amended Complaint filed herein,
2   Defendant alleges Paragraph 97 contains allegations that present legal conclusions and
3   questions of law to be determined by the Court to which no answer is required.

4   98.    Answering Paragraph 98 of the First Amended Complaint filed herein,
5   Defendant admits Decedent was arrested for public intoxication. Defendant denies generally
6   and specifically each, all and every remaining allegation contained therein.

7   99.    Answering Paragraph 99 of the First Amended Complaint filed herein,
8   Defendant denies generally and specifically each, all and every allegation contained therein.

9   100.    Answering Paragraph 100 of the First Amended Complaint filed herein,
10   Defendant denies generally and specifically each, all and every allegation contained therein.

11   101.    Answering Paragraph 101 of the First Amended Complaint filed herein,
12   Defendant alleges Paragraph 101 contains allegations that present legal conclusions and
13   questions of law to be determined by the Court to which no answer is required.

14   102.    Answering Paragraph 102 of the First Amended Complaint filed herein,
15   Defendant denies generally and specifically each, all and every allegation contained therein.

16   103.    Answering Paragraph 103 of the First Amended Complaint filed herein,
17   Defendant is without knowledge or information sufficient to form a belief as to the truth of
18   the allegations contained in Paragraph 103, and accordingly denies generally and
19   specifically each, all and every allegation contained therein.

20   ## EIGHTH CLAIM FOR RELIEF

21   ### Negligence—Medical Mal Practice (Wrongful Death)

22   (By Plaintiffs against Defendants Does 7-9 and County of Riverside)

23   104.    Answering Paragraph 104 of the First Amended Complaint filed herein, the
24   allegations contained therein are not asserted against the answering Defendant and, as such,
25   no answer thereto is required.

26   105.    Answering Paragraph 105 of the First Amended Complaint filed herein, the
27   allegations contained therein are not asserted against the answering Defendant and, as such,
28   no answer thereto is required.

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

106.    Answering Paragraph 106 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

107.    Answering Paragraph 107 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

108.    Answering Paragraph 108 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

109.    Answering Paragraph 109 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

110.    Answering Paragraph 110 of the First Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

### EIGHTH CLAIM FOR RELIEF

#### Negligence

(By Plaintiffs against all Defendants)

111.    Answering Paragraph 111 of the First Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this answer as though set forth fully herein.

112.    Answering Paragraph 112 of the First Amended Complaint filed herein, Defendant alleges Paragraph 112 contains allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

113.    Answering Paragraph 113 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113, and accordingly denies generally and specifically each, all and every allegation contained therein.

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

114.    Answering Paragraph 114 of the First Amended Complaint filed herein, Defendant alleges Paragraph 114 contains allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

115.    Answering Paragraph 115 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

116.    Answering Paragraph 116 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

117.    Answering Paragraph 117 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

118.    Answering Paragraph 118 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118, and accordingly denies generally and specifically each, all and every allegation contained therein.

119.    Answering Paragraph 119 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119, and accordingly denies generally and specifically each, all and every allegation contained therein.

## NINTH CLAIM FOR RELIEF

### Violation of Cal. Civil Code § 52.1

(By Plaintiffs against all Defendants)

120.    Answering Paragraph 120 of the First Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this answer as though set forth fully herein.

121.    Answering Paragraph 121 of the First Amended Complaint filed herein, Defendant alleges the first sentence in Paragraph 121 contains allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 121, and accordingly denies

generally and specifically each, all and every allegation contained therein.

122.   Answering Paragraph 122 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122, and accordingly denies generally and specifically each, all and every allegation contained therein.

123.   Answering Paragraph 123 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

124.   Answering Paragraph 124 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124, and accordingly denies generally and specifically each, all and every allegation contained therein.

125.   Answering Paragraph 125 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

126.   Answering Paragraph 126 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

127.   Answering Paragraph 127 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127, and accordingly denies generally and specifically each, all and every allegation contained therein.

128.   Answering Paragraph 128 of the First Amended Complaint filed herein, Defendant alleges Paragraph 128 contains allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

129.   Answering Paragraph 129 of the First Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

130.   Answering Paragraph 130 of the First Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130, and accordingly denies generally and specifically each, all and every allegation contained therein.

1

## **AFFIRMATIVE DEFENSES**

2

### FIRST AFFIRMATIVE DEFENSE

3

4

As a First Affirmative Defense, Defendant asserts the First Amended Complaint, and every purported cause of action in the First Amended Complaint, fails to state a claim upon which relief can be granted.

5

6

### SECOND AFFIRMATIVE DEFENSE

7

8

As a Second Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have failed to allege or establish any violation or deprivation of a constitutional right of Plaintiffs' decedent and therefore the First Amended Complaint fails to state any claim upon which relief can be granted against Defendant.

9

10

11

### THIRD AFFIRMATIVE DEFENSE

12

13

14

As a Third Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have failed to allege or establish any violation or deprivation of a constitutional right of any Plaintiff and therefore the First Amended Complaint fails to state any claim upon which relief can be granted against Defendant.

15

16

### FOURTH AFFIRMATIVE DEFENSE

17

18

As a Fourth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them,  have waived any and all claims Plaintiffs may have had against Defendant.

19

### FIFTH AFFIRMATIVE DEFENSE

20

21

As a Fifth Affirmative Defense, Defendant asserts that Plaintiffs' claims are barred by the statute of limitations.

22

### SIXTH AFFIRMATIVE DEFENSE

23

24

25

As a Sixth Affirmative Defense, Defendant asserts that Defendant's police officers had reasonable cause to detain and/or probable cause to arrest Plaintiff's decedent.

26

### SEVENTH AFFIRMATIVE DEFENSE

27

28

As a Seventh Affirmative Defense, Defendant asserts that Plaintiffs' claims are barred by California Government Code § 820.2 which provides immunity for

18

discretionary acts of public employees.

### EIGHTH AFFIRMATIVE DEFENSE

As an Eighth Affirmative Defense, Defendant asserts that Plaintiffs' claims in whole or in part, are barred by Government Code § 815.2(b) and § 820.4 which immunizes peace officers from liability resulting from the execution or enforcement of any law.

### NINTH AFFIRMATIVE DEFENSE

As a Ninth Affirmative Defense, Defendant asserts that at all times alleged in the First Amended Complaint, Defendant's police officers acted in good faith, without malice and within the scope of the duties of peace officers of the City of Indio.

### TENTH AFFIRMATIVE DEFENSE

As the Tenth Affirmative Defense, Defendant asserts any damages incurred by Plaintiff's decedent or Plaintiffs was directly and proximately caused or contributed to by Plaintiff's decedent's own actions.

### ELEVENTH AFFIRMATIVE DEFENSE

As the Eleventh Affirmative Defense, Defendant alleges that if it is held liable for damages to any of the Plaintiffs or any other party in any amount, that Defendant is only severally liable in an amount equal to its apportioned share of liability for any damages suffered by the Plaintiffs or any other party. The fault, if any, of Defendant should be compared with the fault of other defendants or third parties and damages, if any, should be apportioned among the defendants or other parties in direct relation to each Defendant's or parties comparative fault. Defendant should be obligated to pay only such damages, if any, which are directly attributable to its percentage of comparative fault. To require Defendant to pay any more than its percentage of comparative fault violates equal protection and due process clauses of the Constitution of the United States and the Constitution of the State of California.

### TWELFTH AFFIRMATIVE DEFENSE

As the Twelfth Affirmative Defense, Defendant asserts any damages alleged by

Plaintiffs were not proximately caused by any negligence, wrongful acts or omissions on the part of Defendant's employees.

### THIRTEENTH AFFIRMATIVE DEFENSE

As a Thirteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have engaged in conduct with respect to the activities which are the subject of the First Amended Complaint and by reason of said activities and conduct, Plaintiffs, and each of them, are estopped from asserting any claims of damages or seeking any other relief against Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

As the Fourteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, lack standing to bring all or some of the claims sought to be alleged in the First Amended Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE

As a Fifteenth Affirmative Defense, Defendant asserts that each and every purported cause of action sought to be alleged in the First Amended Complaint is barred in whole or in part by the failure to comply with applicable claim submission requirements, including but not limited to those set forth in Government Code §905, §910, §911.2, §913, §915.2, §935, §945.4, §945.6 and §950.2.

### SIXTEENTH AFFIRMATIVE DEFENSE

As the Sixteenth Affirmative Defense, Defendant alleges that, at all times and places set forth in the First Amended Complaint, Plaintiff's decedent failed to exercise ordinary care on his own behalf which negligence and carelessness was a legal cause of some portion up to and including the whole thereof of the injuries and damages complained of in this action. Plaintiffs' recovery therefore, if any, against Defendant should be barred or reduced according to the principles of comparative negligence.

### SEVENTEENTH AFFIRMATIVE DEFENSE

As a Seventeenth Affirmative Defense, Defendant alleges that Plaintiffs, and each of them, have failed to exercise reasonable care and diligence to avoid loss and to

minimize damages and that, therefore, Plaintiffs may not recover for losses which could have been prevented by reasonable efforts on their part or by expenditures which might reasonably have been made, and, therefore, Plaintiffs' recovery, if any, should be reduced by the failure to mitigate damages, if any there be.

### EIGHTEENTH AFFIRMATIVE DEFENSE

As an Eighteenth Affirmative Defense, Defendant's employees acted at all times within the scope of discretion, in good faith, with due care, and pursuant to applicable rules, regulations, and practices reasonably and in good faith believed to be in accordance with the Constitution and laws of the United States, and Defendant is therefore not liable.

### NINETEENTH AFFIRMATIVE DEFENSE

As a Nineteenth Affirmative Defense, Defendant alleges that decedent was guilty of willful misconduct and gross negligence and that such willful misconduct and gross negligence caused his death, and therefore, Plaintiffs' claims are barred thereby.

### TWENTIETH AFFIRMATIVE DEFENSE

As a Twentieth Affirmative Defense, Defendant asserts that any judgment entered herein against Defendant may be reduced pursuant to Government Code § 985 for collateral source payments.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

As a Twenty-First Affirmative Defense, Defendant is not liable for any injury caused by the alleged act or omission of others, pursuant to Government Code §§ 820.8 and 815.2.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

As a Twenty-Second Affirmative Defense, Plaintiffs' claims are barred in whole or in part by California Government Code § 815.2(b) which immunizes a public entity from liability for injuries arising from acts or omissions of an employee of the public entity where the employee is immune from liability.

///

## TWENTY-THIRD AFFIRMATIVE DEFENSE

As a Twenty-Third Affirmative Defense, Defendant is informed and believes and thereon alleges that it is immune from liability pursuant to California Government Code § 820.4, as any act or omission alleged in the First Amended Complaint was performed with due care and in the execution and enforcement of the laws of the State of California.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

As a Twenty-Fourth Affirmative Defense, Defendant is informed and believes and thereon alleges that it is immune from liability pursuant to California Government Code § 820.6, as any act or omission alleged in the First Amended Complaint was performed in good faith and without malice.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

As a Twenty-Fifth Affirmative Defense, Defendant is informed and believes and thereon alleges that it is immune from liability pursuant to California Penal Code § 847(b)(1).

///
///
///
///
///
///
///
///
///
///
///
///
///

CITY OF INDIO'S ANSWER TO FIRST AMENDED COMPLAINT

1

<u>TWENTY-SIXTH AFFIRMATIVE DEFENSE</u>

2

As a Twenty-Sixth Affirmative Defense, Defendant is informed and believes

3  and thereon alleges that it is entitled to immunity under Government Code § 815

4  subsections (a) and (b).

5

WHEREFORE, Defendant prays for judgment as follows:

6

1. That Plaintiffs takes nothing by way of the First Amended Complaint;

7

2. For costs of suit;

8

3. For reasonable attorneys' fees and other expenses; and

9

4. For such other and further relief as the Court deems just and proper.

10

11

McCORMICK, MITCHELL & RASMUSSEN

12

13  Dated: November 13, 2023                    /s/ Konrad M. Rasmussen

14                                              John P. McCormick, Esq.
                                                Konrad M. Rasmussen, Esq.
15                                              Brett L. Cirincione, Esq.
                                                Attorneys for Defendant City of Indio and Kyle
16                                              Lawrence

17

18

19

20

21

22

23

24

25

26

27

28