John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendant CITY OF INDIO and KYLE LAWRENCE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**DEMAND FOR JURY TRIAL** |

　　　PLEASE TAKE NOTICE that Defendant Kyle Lawrence hereby demands trial by jury in this action.

　　　　　　　　　　　　　　　　　　McCORMICK, MITCHELL & RASMUSSEN

Dated: November 13, 2023　　　　 /s/ Konrad M. Rasmussen

　　　　　　　　　　　　　　　　　John P. McCormick, Esq.
　　　　　　　　　　　　　　　　　Konrad M. Rasmussen, Esq.
　　　　　　　　　　　　　　　　　Brett L. Cirincione, Esq.
　　　　　　　　　　　　　　　　　Attorneys for Defendant CITY OF INDIO and KYLE LAWRENCE

1
DEMAND FOR JURY TRIAL