Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,  COUNTY OF
RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge:  Wesley L. Hsu <br> Magistrate Judge:  Shashi H. Kewalramani <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> *Filed Concurrently with Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' First Amended Complaint; [Proposed] Order* <br><br> Judge:   Hon. Wesley L. Hsu <br> Date:    December 15, 2023 <br> Time:    1:30 p.m. <br> Crtrm.:  9B <br><br><br> Filed on:      09/07/23 <br> Trial Date:    N/A |

Case No. 5:23-cv-01825-WLH-SHK

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF RIVERSIDE'S
MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

**TO THIS COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant County of Riverside hereby requests that the Court take judicial notice of the following documents pursuant to Federal Rules of Evidence, Rule 201, in support of Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6):

1.      Attached hereto as Exhibit 1 is a true and correct copy of the Claim for Damages to Person or Property submitted on behalf of claimant, Octavio Zazueta, Jr. (decedent) by Attorney Dale K. Galipo, and sent to the County of Riverside on or about February 20, 2023, and supporting documents;

2.      Attached hereto as Exhibit 2 is a true and correct copy of the Claim for Damages to Person or Property submitted on behalf of claimant, Rosa Zazueta by Attorney Dale K. Galipo, and sent to the County of Riverside on or about February 17, 2023, and supporting documents;

3.      Attached hereto as Exhibit 3 is a true and correct copy of the Claim for Damages to Person or Property submitted on behalf of claimant, Octavio Ernesto Zazueta by Attorney Dale K. Galipo, and sent to the County of Riverside on or about February 17, 2023, and supporting documents;

4.      Attached hereto as Exhibit 4 is a true and correct copy of the Notice of Rejection of Claim dated February 28, 2023, sent to Octavio Zazueta, Jr. (Decedent) by the Office of the Clerk of the Board of Supervisors for the County of Riverside;

5.      Attached hereto as Exhibit 5 is a true and correct copy of the Notice of Rejection of Claim dated February 28, 2023, sent to Rosa Zazueta by the Office of the Clerk of the Board of Supervisors for the County of Riverside;

///

///

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

6.      Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Rejection of Claim dated February 28, 2023, sent to Octavio Ernesto Zazueta by the Office of the Clerk of the Board of Supervisors for the County of Riverside.

DATED:  November 13, 2023          **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**


By: _____
    Eugene P. Ramirez
    Kayleigh A. Andersen
    Attorneys for Defendants,  COUNTY OF
    RIVERSIDE

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF RIVERSIDE'S
MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**

# EXHIBIT 1

## COUNTY OF RIVERSIDE        CLAIM FOR DAMAGES TO PERSON OR PROPERTY

**INSTRUCTIONS:**

1. Read claim *thoroughly*.
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available.
4. This claim form *must* be signed.

**DELIVER OR U.S. MAIL TO:** CLERK OF THE BOARD OF SUPERVISORS
ATTN: CLAIMS DIVISION
P.O. BOX 1147, 4080 LEMON ST, 1ST FL.
RIVERSIDE, CA. 92502-1147   (951) 955-1060

OFFICE USE ONLY
RECEIVED
CLAIM# 100-22D   SUM#_____

FEB 2 3 2023

CLERK OF THE BOARD OF SUPERVISORS
COUNTY OF RIVERSIDE, STATE OF CALIFORNIA
BY: _____ Joseph Shen
Deputy
TIME STAMP HERE

**1. FULL NAME OF CLAIMANT**
Octavio Zazueta, Jr. (Decedent)

**2. MAILING ADDRESS (STREET / PO BOX)**
21800 Burbank Blvd. Suite 310

**CITY** Woodland Hills,   **STATE** CA   **ZIP CODE** 91367

**HOME TELEPHONE** ( )   **BUSINESS TELEPHONE** (818) 347-3333

**3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT)**
August 24, 2022

**4. WHERE DID DAMAGE OR INJURY OCCUR?**
John Benoit Detention Center

**STREET CITY** 1570 Kings County Drive Hanford, CA   **STATE**   **ZIP CODE** 93230

**5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED**

See Attachment A

**6. WERE POLICE OR PARAMEDICS CALLED?** ☐ YES   ☐ NO

**7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER:**

**DATE OF FIRST VISIT**   **PHYSICIAN'S/HOSPITAL'S NAME**

**PHYSICIAN'S/HOSPITAL'S ADDRESS**   **PHONE:** ( )

**8. WHY DO YOU CLAIM THE COUNTY IS RESPONSIBLE?**

See Attachment A

**9. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE).**

NAME:   DEPARTMENT: Riverside County Sheriff's Department

**10. WITNESSESS TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:**

| NAME | PHONE |
|------|-------|
| ADDRESS | |
| NAME | PHONE |
| ADDRESS | |
| NAME | PHONE |
| ADDRESS | |

**11. LIST DAMAGES INCURRED TO DATE (attach copies of receipts or repair estimates)**

See Attachment A

**TOTAL DAMAGES TO DATE** $_____   **TOTAL ESTIMATED PROSPECTIVE DAMAGES** $_____

**THIS CLAIM MUST BE SIGNED TO BE VALID.   NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)**

**W A R N I N G :**

➤ CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ SUBJECT TO CERTAIN EXCEPTIONS. YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

➤ IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

**12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF**
Attorney
SIGNATURE   RELATIONSHIP TO CLAIMANT

**13. PRINT OR TYPE NAME** Dale K. Galipo   **DATE** 02/20/2023

4/7/23

COB 06/27/03 BGS   REVISED: 7/20/2010

02/28/2023

CLAIM FOR DAMAGES
(AGAINST COUNTY OF RIVERSIDE and INVOLVED COUNTY OF
RIVERSIDE SHERIFF'S DEPUTIES)
<u>Government Code</u> Section 910.4

<u>TO:</u>                COUNTY OF RIVERSIDE ("RIVERSIDE COUNTY");
                         INVOLVED COUNTY OF RIVERSIDE SHERIFF'S
                         DEPARTMENT DEPUTIES (names currently unknown)

<u>FROM:</u>              LAW OFFICES OF DALE K. GALIPO
                         21800 Burbank Boulevard, Suite 310
                         Woodland Hills, California 91367
                         (818) 347-3333

<u>CLAIMANTS:</u>         OCTAVIO ZAZUETA JR. (decedent); ROSA
                         ZAZUETA (Mother of Decedent); OCTAVIO
                         ZAZUETA (Father of Decedent); MIRIAM ZAZUETA
                         (sister of Decedent); NANCY ZAZUETA (sister of
                         Decedent), and all SUCCESSORS IN INTEREST.

<u>INJURY/DAMAGE:</u>     1. Wrongful Death damages
                         2. Survival damages
                         3. General damages
                         4. Funeral and Burial expenses
                         5. Pain and suffering
                         6. Emotional Distress
                         7. Loss of Financial Support
                         8. Punitive damages
                         9. Attorney's fees
                         10. Costs

<u>AMOUNT CLAIMED:</u>    In excess of $5 million

<u>DATE OF INCIDENT:</u>  On or about August 24, 2022 and August 25, 2022

                         <u>PLACE OF INCIDENT:</u>  John Benoit Detention Center;
                         82675 St. Hwy. 111, Indio, CA 92201

<u>WITNESSES:</u>         INVOLVED COUNTY OF RIVERSIDE SHERIFF'S
                         DEPARTMENT DEPUTIES (names currently

                         Attachment A

02/28/2023

unknown); MEDICAL PERSONNEL (names currently unknown); OTHER COUNTY OF RIVERSIDE JAIL STAFF (names currently unknown)

CLAIMS AGAINST:    COUNTY OF RIVERSIDE; INVOLVED COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT DEPUTIES (names currently unknown)

STATEMENT OF FACTS:

On or about August 24, 2022, Mr. Octavio Ernesto Zazueta Jr. was arrested for public intoxication, a misdemeanor, by City of Indio Police Department Officers. Instead of bringing Mr. Zazueta to the hospital for obviously necessary medical treatment, City of Indio Police Department Officers brought Mr. Zazueta to John Benoit Detention Center on August 25, 2022, where he was booked at 1:45 A.M. On information and belief, Mr. Zazueta was experiencing a substance overdose and was in clear need of immediate medical intervention and treatment. Despite this need, on information and belief, no County employees assessed or adequately assessed Mr. Zazueta when he was booked. On information and belief, Mr. Zazueta was not placed in a "sobering cell," or a cell which would permit County employees to monitor him through video cameras, windows, microphones, or other means of surveillance. On information and belief, County employees did not perform standard wellness checks or summon medical personnel to treat Mr. Zazueta at any relevant time. As a result of these failures, Mr. Zazueta was found unresponsive in the holding tank approximately nine hours after he was booked. He was transported to the hospital, where he succumbed to his injuries. At the time of Mr. Zazueta's detention until his death, County Deputies were on notice that Mr. Zazueta was under the influence of an intoxicating substance to a life-threatening degree, given that arrested and booked on charges of "Public Intoxication."

Attachment A

By taking no action, Riverside County Sheriff's Department Deputies at the John Benoit Detention Center denied Mr. Zazueta necessary medical care, resulting in his unnecessary death. At all relevant times, the involved County of Riverside County sheriff's deputies, jail staff, and medical personnel were acting under color of state law and in the scope and course of their employment with the County of Riverside. As a result of their actions and inactions, Mr. Zazueta experienced pain and suffering, physical and emotional distress, and loss of life.

CONTENTIONS OF THE CLAIMANT:

(1) Negligence; (2) Violation of the Bane Act (Civil Code § 52.1); (3) Violations of State Constitution; (4) Failure to Summon Medical Assistance pursuant to Cal. Gov't. Code Section 845.6; (5) Failure to Train/Negligent Training; (6) Integral Participation/Failure to Intervene; (7) Intentional Infliction of Emotional Distress; (10) Violation of Claimant's Right to Enjoy Civil Rights; (11) Violation of Claimant's State Statutory Rights.

AMOUNT OF CLAIM:

In excess of $5 million. Jurisdiction is designated as "unlimited." The United States District Court for the Central District of California and the Superior Court of the State of California for the County of Riverside would have jurisdiction over any action filed with respect to this claim.

CLAIMANTS' ADDRESS:

c/o Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367

CLAIMANTS' TELEPHONE NUMBER:

c/o Law Offices of Dale K. Galipo
(818) 347-3333

Attachment A

<u>ADDRESS TO WHICH ALL NOTICES ARE TO BE SENT:</u>

Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367

DATED: February 20, 2023

Dale K. Galipo
Attorneys for Claimants

Attachment A

02/28/2023

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Santiago G. Laurel, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On February 20, 2023, I served the foregoing document described as **Claim for Damages to Person or Property (Octavio Zazueta, Jr.)** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

> Clerk of the Board of Supervisors
> Attn: Claim Division
> P.O. Box 1147
> Riverside, CA 92502

<u>METHOD OF SERVICE</u>

☒  (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☒  I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 20, 2023, at Woodland Hills, California.

_____
Santiago G. Laurel

-1-

PROOF OF SERVICE

02/28/2023

# EXHIBIT 2

**COUNTY OF RIVERSIDE**          **CLAIM FOR DAMAGES TO PERSON OR PROPERTY**

**INSTRUCTIONS:**

1. Read claim *thoroughly*.
2. Fill out claim as indicated; attach additional information if necessary.
3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available.
4. This claim form *must* be signed.

**DELIVER OR U.S. MAIL TO:**  CLERK OF THE BOARD OF SUPERVISORS
ATTN: CLAIMS DIVISION
P.O. BOX 1147, 4080 LEMON ST, 1ST FL.
RIVERSIDE, CA. 92502-1147   (951) 955-1060

OFFICE USE ONLY
RECEIVED
CLAIM# 100-23C SUM#
FEB 21 2023
CLERK OF THE BOARD OF SUPERVISORS
COUNTY OF RIVERSIDE, STATE OF CALIFORNIA
BY: _____ Deputy
TIME STAMP HERE

1. FULL NAME OF CLAIMANT
Rosa Zazueta

2. MAILING ADDRESS (STREET / PO BOX)
21800 Burbank Blvd. Suite 310

CITY
Woodland Hills,   STATE CA   ZIP CODE 91367

HOME TELEPHONE
( )

BUSINESS TELEPHONE
(818) 347-3333

3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT)
August 24, 2022

4. WHERE DID DAMAGE OR INJURY OCCUR?
John Benoit Detention Center

STREET   CITY   STATE   ZIP CODE
1570 Kings County Drive Hanford, CA 93230

5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED:

See Attachment A

6. WERE POLICE OR PARAMEDICS CALLED?  ☐ YES   ☐ NO

7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER:

DATE OF FIRST VISIT   PHYSICIAN'S/HOSPITAL'S NAME

PHYSICIAN'S/HOSPITAL'S ADDRESS   PHONE:
( )

8. WHY DO YOU CLAIM THE COUNTY IS RESPONSIBLE?

See Attachment A

9. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE).
NAME:   DEPARTMENT: Riverside County Sheriff's Department

10. WITNESSESS TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION:

NAME   PHONE
ADDRESS

NAME   PHONE
ADDRESS

NAME   PHONE
ADDRESS

11. LIST DAMAGES INCURRED TO DATE (attach copies of receipts or repair estimates)

See Attachment A

TOTAL DAMAGES TO DATE   TOTAL ESTIMATED PROSPECTIVE DAMAGES
$_____   $_____

**THIS CLAIM MUST BE SIGNED TO BE VALID.**   *NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)*

**W A R N I N G :**

➢ CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➢ ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➢ SUBJECT TO CERTAIN EXCEPTIONS. YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

➢ IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF
Attorney

SIGNATURE   RELATIONSHIP TO CLAIMANT

13. PRINT OR TYPE NAME   DATE
Dale K. Galipo   02/17/2023

4/7/23

COB 06/27/03 BGS   REVISED: 7/20/2010

02/23/2023

CLAIM FOR DAMAGES
(AGAINST COUNTY OF RIVERSIDE and INVOLVED COUNTY OF
RIVERSIDE SHERIFF'S DEPUTIES)
Government Code Section 910.4

TO:                  COUNTY OF RIVERSIDE ("RIVERSIDE COUNTY");
                     INVOLVED COUNTY OF RIVERSIDE SHERIFF'S
                     DEPARTMENT DEPUTIES (names currently unknown)

FROM:                LAW OFFICES OF DALE K. GALIPO
                     21800 Burbank Boulevard, Suite 310
                     Woodland Hills, California 91367
                     (818) 347-3333

CLAIMANTS:           OCTAVIO ZAZUETA JR. (decedent); ROSA
                     ZAZUETA (Mother of Decedent); OCTAVIO
                     ZAZUETA (Father of Decedent); MIRIAM ZAZUETA
                     (sister of Decedent); NANCY ZAZUETA (sister of
                     Decedent), and all SUCCESSORS IN INTEREST.

INJURY/DAMAGE:       1. Wrongful Death damages
                     2. Survival damages
                     3. General damages
                     4. Funeral and Burial expenses
                     5. Pain and suffering
                     6. Emotional Distress
                     7. Loss of Financial Support
                     8. Punitive damages
                     9. Attorney's fees
                     10. Costs

AMOUNT CLAIMED:      In excess of $5 million

DATE OF INCIDENT:    On or about August 24, 2022 and August 25, 2022

                     PLACE OF INCIDENT:  John Benoit Detention Center;
                     82675 St. Hwy. 111, Indio, CA 92201

WITNESSES:           INVOLVED COUNTY OF RIVERSIDE SHERIFF'S
                     DEPARTMENT DEPUTIES (names currently

Attachment A

02/23/2023

unknown); MEDICAL PERSONNEL (names currently unknown); OTHER COUNTY OF RIVERSIDE JAIL STAFF (names currently unknown)

CLAIMS AGAINST:    COUNTY OF RIVERSIDE; INVOLVED COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT DEPUTIES (names currently unknown)

STATEMENT OF FACTS:

On or about August 24, 2022, Mr. Octavio Ernesto Zazueta Jr. was arrested for public intoxication, a misdemeanor, by City of Indio Police Department Officers. Instead of bringing Mr. Zazueta to the hospital for obviously necessary medical treatment, City of Indio Police Department Officers brought Mr. Zazueta to John Benoit Detention Center on August 25, 2022, where he was booked at 1:45 A.M. On information and belief, Mr. Zazueta was experiencing a substance overdose and was in clear need of immediate medical intervention and treatment. Despite this need, on information and belief, no County employees assessed or adequately assessed Mr. Zazueta when he was booked. On information and belief, Mr. Zazueta was not placed in a "sobering cell," or a cell which would permit County employees to monitor him through video cameras, windows, microphones, or other means of surveillance. On information and belief, County employees did not perform standard wellness checks or summon medical personnel to treat Mr. Zazueta at any relevant time. As a result of these failures, Mr. Zazueta was found unresponsive in the holding tank approximately nine hours after he was booked. He was transported to the hospital, where he succumbed to his injuries. At the time of Mr. Zazueta's detention until his death, County Deputies were on notice that Mr. Zazueta was under the influence of an intoxicating substance to a life-threatening degree, given that arrested and booked on charges of "Public Intoxication."

Attachment A

02/23/2023

By taking no action, Riverside County Sheriff's Department Deputies at the John Benoit Detention Center denied Mr. Zazueta necessary medical care, resulting in his unnecessary death. At all relevant times, the involved County of Riverside County sheriff's deputies, jail staff, and medical personnel were acting under color of state law and in the scope and course of their employment with the County of Riverside. As a result of their actions and inactions, Mr. Zazueta experienced pain and suffering, physical and emotional distress, and loss of life.

CONTENTIONS OF THE CLAIMANT:

(1) Negligence; (2) Violation of the Bane Act (Civil Code § 52.1); (3) Violations of State Constitution; (4) Failure to Summon Medical Assistance pursuant to Cal. Gov't. Code Section 845.6; (5) Failure to Train/Negligent Training; (6) Integral Participation/Failure to Intervene; (7) Intentional Infliction of Emotional Distress; (10) Violation of Claimant's Right to Enjoy Civil Rights; (11) Violation of Claimant's State Statutory Rights.

AMOUNT OF CLAIM:

In excess of $5 million. Jurisdiction is designated as "unlimited." The United States District Court for the Central District of California and the Superior Court of the State of California for the County of Riverside would have jurisdiction over any action filed with respect to this claim.

CLAIMANTS' ADDRESS:

c/o Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367

CLAIMANTS' TELEPHONE NUMBER:

c/o Law Offices of Dale K. Galipo
(818) 347-3333

Attachment A

02/23/2023

ADDRESS TO WHICH ALL NOTICES ARE TO BE SENT:

Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367

DATED: February 17, 2023

Dale K. Galipo
Attorneys for Claimants

Attachment A

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Santiago G. Laurel, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On February 17, 2023, I served the foregoing document described as **Claim for Damages to Person or Property (Miriam Zazueta); Claim for Damages to Person or Property (Nancy Zazueta); Claim for Damages to Person or Property (Octavio Ernesto Zazueta); and Claim for Damages to Person or Property (Rosa Zazueta)** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

Clerk of the Board of Supervisors
Attn: Claim Division
4080 Lemon 1st Street Floor
Riverside, CA 92502

### METHOD OF SERVICE

☒   (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses specified above. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 17, 2023, at Woodland Hills, California.

_____
Santiago G. Laurel

-1-

PROOF OF SERVICE

02/23/2023

# EXHIBIT 3

**COUNTY OF RIVERSIDE**     **CLAIM FOR DAMAGES TO PERSON OR PROPERTY**

| | |
|---|---|
| **INSTRUCTIONS:** | **OFFICE USE ONLY** |
| 1. Read claim *thoroughly*. | CLAIM# 100-23 B SUM# |
| 2. Fill out claim as indicated; attach additional information if necessary. | |
| 3. This office needs the *original* completed claim form and clear readable copies of attachments (if any) if originals are not available. | FEB 2 1 2023 |
| 4. This claim form *must* be signed. | CLERK OF THE BOARD OF SUPERVISORS COUNTY OF RIVERSIDE, STATE OF CALIFORNIA |
| **DELIVER OR U.S. MAIL TO:** CLERK OF THE BOARD OF SUPERVISORS ATTN: CLAIMS DIVISION P.O. BOX 1147, 4080 LEMON ST, 1ST FL. RIVERSIDE, CA. 92502-1147 (951) 955-1060 | BY: _____ Deputy    TIME STAMP HERE |

| 1. FULL NAME OF CLAIMANT | 8. WHY DO YOU CLAIM THE COUNTY IS RESPONSIBLE? |
|---|---|
| Octavio Ernesto Zazueta | |

| 2. MAILING ADDRESS (STREET / PO BOX) | |
|---|---|
| 21800 Burbank Blvd. Suite 310 | **See Attachment A** |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Woodland Hills, | CA | 91367 |

| HOME TELEPHONE | BUSINESS TELEPHONE |
|---|---|
| ( ) | (818) 347-3333 |

| 3. WHEN DID DAMAGE OR INJURY OCCUR (PLEASE BE EXACT) | 9. NAMES OF ANY COUNTY EMPLOYEES (AND THEIR DEPARTMENTS) INVOLVED IN INJURY OR DAMAGE (IF APPLICABLE). |
|---|---|
| August 24, 2022 | NAME:    DEPARTMENT: Riverside County Sheriff's Department |

| 4. WHERE DID DAMAGE OR INJURY OCCUR? | 10. WITNESSESS TO DAMAGE OR INJURY: LIST ALL PERSONS AND ADDRESSES OF PERSONS KNOWN TO HAVE INFORMATION: |
|---|---|
| John Benoit Detention Center | |

| STREET   CITY   STATE   ZIP CODE | NAME | PHONE |
|---|---|---|
| 1570 Kings County Drive Hanford, CA 93230 | | |

| 5. DESCRIBE IN DETAIL HOW DAMAGE OR INJURY OCCURRED: | ADDRESS |
|---|---|
| | |
| | NAME    PHONE |
| **See Attachment A** | |
| | ADDRESS |
| | NAME    PHONE |
| | |
| | ADDRESS |

| 11. LIST DAMAGES INCURRED TO DATE (attach copies of receipts or repair estimates) |
|---|

| 6. WERE POLICE OR PARAMEDICS CALLED? ☐ YES ☐ NO | |
|---|---|
| 7. IF PHYSICIAN/HOSPITAL WAS VISITED DUE TO INJURY, INCLUDE DATE OF FIRST VISIT AND HOSPITAL'S NAME, ADDRESS AND PHONE NUMBER: | **See Attachment A** |

| DATE OF FIRST VISIT | PHYSICIAN'S/HOSPITAL'S NAME |
|---|---|
| | |

| PHYSICIAN'S/HOSPITAL'S ADDRESS | PHONE: | TOTAL DAMAGES TO DATE    TOTAL ESTIMATED PROSPECTIVE DAMAGES |
|---|---|---|
| | ( ) | $ _____    $ _____ |

**THIS CLAIM MUST BE SIGNED TO BE VALID.**    *NOTE: PRESENTATION OF A FALSE CLAIM IS A FELONY (PENAL CODE SECTION 72.)*

**W A R N I N G :**

➤ CLAIMS FOR DEATH, INJURY TO PERSON OR TO PERSONAL PROPERTY MUST BE FILED NOT LATER THAN SIX (6) MONTHS AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ ALL OTHER CLAIMS FOR DAMAGES MUST BE FILED NOT LATER THAN ONE (1) YEAR AFTER THE OCCURRENCE. (GOVERNMENT CODE SECTION 911.2)

➤ SUBJECT TO CERTAIN EXCEPTIONS. YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE OF THE WRITTEN NOTICE OF REJECTION OF YOUR CLAIM TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

➤ IF WRITTEN NOTICE OF REJECTION OF YOUR CLAIM IS NOT GIVEN, YOU HAVE TWO (2) YEARS FROM ACCRUAL OF THE CAUSE OF ACTION TO FILE A COURT ACTION. (GOVERNMENT CODE SECTION 945.6)

| 12. CLAIMANT OR PERSON FILING ON HIS/HER BEHALF | 13. PRINT OR TYPE NAME | DATE |
|---|---|---|
| SIGNATURE    Attorney   RELATIONSHIP TO CLAIMANT | Dale K. Galipo | 02/17/2023 |

4/7/23

COB 06/27/03 BGS      REVISED: 7/20/2010

02/23/2023

CLAIM FOR DAMAGES
(AGAINST COUNTY OF RIVERSIDE and INVOLVED COUNTY OF
RIVERSIDE SHERIFF'S DEPUTIES)
<u>Government Code</u> Section 910.4

<u>TO:</u>  COUNTY OF RIVERSIDE ("RIVERSIDE COUNTY");
INVOLVED COUNTY OF RIVERSIDE SHERIFF'S
DEPARTMENT DEPUTIES (names currently unknown)

<u>FROM:</u>  LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333

<u>CLAIMANTS:</u>  OCTAVIO ZAZUETA JR. (decedent); ROSA
ZAZUETA (Mother of Decedent); OCTAVIO
ZAZUETA (Father of Decedent); MIRIAM ZAZUETA
(sister of Decedent); NANCY ZAZUETA (sister of
Decedent), and all SUCCESSORS IN INTEREST.

<u>INJURY/DAMAGE:</u>  1. Wrongful Death damages
2. Survival damages
3. General damages
4. Funeral and Burial expenses
5. Pain and suffering
6. Emotional Distress
7. Loss of Financial Support
8. Punitive damages
9. Attorney's fees
10. Costs

<u>AMOUNT CLAIMED:</u>  In excess of $5 million

<u>DATE OF INCIDENT:</u>  On or about August 24, 2022 and August 25, 2022

<u>PLACE OF INCIDENT:</u>  John Benoit Detention Center;
82675 St. Hwy. 111, Indio, CA 92201

<u>WITNESSES:</u>  INVOLVED COUNTY OF RIVERSIDE SHERIFF'S
DEPARTMENT DEPUTIES (names currently

Attachment A

02/23/2023

unknown); MEDICAL PERSONNEL (names currently unknown); OTHER COUNTY OF RIVERSIDE JAIL STAFF (names currently unknown)

CLAIMS AGAINST:    COUNTY OF RIVERSIDE; INVOLVED COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT DEPUTIES (names currently unknown)

STATEMENT OF FACTS:

On or about August 24, 2022, Mr. Octavio Ernesto Zazueta Jr. was arrested for public intoxication, a misdemeanor, by City of Indio Police Department Officers. Instead of bringing Mr. Zazueta to the hospital for obviously necessary medical treatment, City of Indio Police Department Officers brought Mr. Zazueta to John Benoit Detention Center on August 25, 2022, where he was booked at 1:45 A.M. On information and belief, Mr. Zazueta was experiencing a substance overdose and was in clear need of immediate medical intervention and treatment. Despite this need, on information and belief, no County employees assessed or adequately assessed Mr. Zazueta when he was booked. On information and belief, Mr. Zazueta was not placed in a "sobering cell," or a cell which would permit County employees to monitor him through video cameras, windows, microphones, or other means of surveillance. On information and belief, County employees did not perform standard wellness checks or summon medical personnel to treat Mr. Zazueta at any relevant time. As a result of these failures, Mr. Zazueta was found unresponsive in the holding tank approximately nine hours after he was booked. He was transported to the hospital, where he succumbed to his injuries. At the time of Mr. Zazueta's detention until his death, County Deputies were on notice that Mr. Zazueta was under the influence of an intoxicating substance to a life-threatening degree, given that arrested and booked on charges of "Public Intoxication."

Attachment A

By taking no action, Riverside County Sheriff's Department Deputies at the John Benoit Detention Center denied Mr. Zazueta necessary medical care, resulting in his unnecessary death. At all relevant times, the involved County of Riverside County sheriff's deputies, jail staff, and medical personnel were acting under color of state law and in the scope and course of their employment with the County of Riverside. As a result of their actions and inactions, Mr. Zazueta experienced pain and suffering, physical and emotional distress, and loss of life.

CONTENTIONS OF THE CLAIMANT:

(1) Negligence; (2) Violation of the Bane Act (Civil Code § 52.1); (3) Violations of State Constitution; (4) Failure to Summon Medical Assistance pursuant to Cal. Gov't. Code Section 845.6; (5) Failure to Train/Negligent Training; (6) Integral Participation/Failure to Intervene; (7) Intentional Infliction of Emotional Distress; (10) Violation of Claimant's Right to Enjoy Civil Rights; (11) Violation of Claimant's State Statutory Rights.

AMOUNT OF CLAIM:

In excess of $5 million. Jurisdiction is designated as "unlimited." The United States District Court for the Central District of California and the Superior Court of the State of California for the County of Riverside would have jurisdiction over any action filed with respect to this claim.

CLAIMANTS' ADDRESS:

> c/o Law Offices of Dale K. Galipo
> 21800 Burbank Boulevard, Suite 310
> Woodland Hills, California 91367

CLAIMANTS' TELEPHONE NUMBER:

> c/o Law Offices of Dale K. Galipo
> (818) 347-3333

Attachment A

02/23/2023

ADDRESS TO WHICH ALL NOTICES ARE TO BE SENT:

> Law Offices of Dale K. Galipo
> 21800 Burbank Boulevard, Suite 310
> Woodland Hills, California 91367

DATED: February 17, 2023

Dale K. Galipo
Attorneys for Claimants

Attachment A

02/23/2023

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Santiago G. Laurel, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On February 17, 2023, I served the foregoing document described as **Claim for Damages to Person or Property (Miriam Zazueta); Claim for Damages to Person or Property (Nancy Zazueta); Claim for Damages to Person or Property (Octavio Ernesto Zazueta); and Claim for Damages to Person or Property (Rosa Zazueta)** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

Clerk of the Board of Supervisors
Attn: Claim Division
4080 Lemon 1st Street Floor
Riverside, CA 92502

### METHOD OF SERVICE

☒   (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses specified above. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 17, 2023, at Woodland Hills, California.


_____
Santiago G. Laurel

-1-

02/23/2023

# EXHIBIT 4



OFFICE OF THE
**CLERK OF THE BOARD OF SUPERVISORS**
1st FLOOR, COUNTY ADMINISTRATIVE CENTER
P.O. BOX 1147, 4080 LEMON STREET
RIVERSIDE, CA 92502-1147
PHONE: (951) 955-1060    FAX: (951) 955-1071

**KIMBERLY A. RECTOR**
Clerk of the Board of Supervisors

**APRIL BOYDD**
Assistant Clerk of the Board

February 28, 2023

OCTAVIO ZAZUETA (DECENDENT)
C/O LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD. STE. 310
WOODLAND HILLS, CA 91367

**RE: NOTICE OF REJECTION OF CLAIM**
**Claimant(s):**            **ZAZUETA (DECENDENT), Octavio**
**Date of Loss:**           **08/24/2022**
**Claim No:**               **100-23D**
**Date Claim Received:**    **02/23/2023**

Notice is hereby given that the claim you presented to the Clerk of the Board of Supervisors was rejected by the Board on February 28, 2023.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6.

You may seek the advice of any attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This warning, and the six-month deadline, only apply to the extent a lawsuit would be based on California law, and do not apply to the extent a lawsuit would be based on federal law.

Kimberly A. Rector
Clerk to the Board of Supervisors

By:    *Joseph Sha*

Joseph Sheinin, Board Assistant

I declare that my business address is 1st Floor, County Administrative Center, 4080 Lemon Street, Riverside California, that I am a citizen of the United States of America, employed by the County of Riverside and am not a party to the action. On the date stated below I mailed the foregoing notice by depositing a copy thereof in the outgoing mail at Riverside, California, in a sealed envelope, with postage prepaid, addressed to the person(s) listed above. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Riverside, California on February 28, 2023.

*Joseph Sha*

Joseph Sheinin, Board Assistant
GL090

RM:    202236667

03/01/2023

# EXHIBIT 5



OFFICE OF THE
**CLERK OF THE BOARD OF SUPERVISORS**
1st FLOOR, COUNTY ADMINISTRATIVE CENTER
P.O. BOX 1147, 4080 LEMON STREET
RIVERSIDE, CA 92502-1147
PHONE: (951) 955-1060    FAX: (951) 955-1071

**KIMBERLY A. RECTOR**
Clerk of the Board of Supervisors

**APRIL BOYDD**
Assistant Clerk of the Board

February 28, 2023

ROSA ZAZUETA
C/O LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD. STE. 310
WOODLAND HILLS, CA 91367

**RE: NOTICE OF REJECTION OF CLAIM**
**Claimant(s):**           **ZAZUETA, Rosa**
**Date of Loss:**          **08/24/2022**
**Claim No:**               **100-23C**
**Date Claim Received:** **02/21/2023**

Notice is hereby given that the claim you presented to the Clerk of the Board of Supervisors was rejected by the Board on February 28, 2023.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6.

You may seek the advice of any attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This warning, and the six-month deadline, only apply to the extent a lawsuit would be based on California law, and do not apply to the extent a lawsuit would be based on federal law.

Kimberly A. Rector
Clerk to the Board of Supervisors

By:    *Joseph Sheinin*
Joseph Sheinin, Board Assistant

I declare that my business address is 1st Floor, County Administrative Center, 4080 Lemon Street, Riverside California, that I am a citizen of the United States of America, employed by the County of Riverside and am not a party to the action. On the date stated below I mailed the foregoing notice by depositing a copy thereof in the outgoing mail at Riverside, California, in a sealed envelope, with postage prepaid, addressed to the person(s) listed above. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Riverside, California on February 28, 2023.

*Joseph Sheinin*

Joseph Sheinin, Board Assistant
GL090

RM:      202236667

03/01/2023

# EXHIBIT 6



OFFICE OF THE
**CLERK OF THE BOARD OF SUPERVISORS**
1st FLOOR, COUNTY ADMINISTRATIVE CENTER
P.O. BOX 1147, 4080 LEMON STREET
RIVERSIDE, CA 92502-1147
PHONE: (951) 955-1060    FAX: (951) 955-1071

**KIMBERLY A. RECTOR**
Clerk of the Board of Supervisors

**APRIL BOYDD**
Assistant Clerk of the Board

February 28, 2023

OCTAVIO ERNESTO ZAZUETA
C/O LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD. STE. 310
WOODLAND HILLS, CA 91367

RE:  **NOTICE OF REJECTION OF CLAIM**
**Claimant(s):**            **ZAZUETA, Octavio Ernesto**
**Date of Loss:**           **08/24/2022**
**Claim No:**               **100-23B**
**Date Claim Received:**    **02/21/2023**

Notice is hereby given that the claim you presented to the Clerk of the Board of Supervisors was rejected by the Board on February 28, 2023.

<u>**WARNING**</u>

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.  See Government Code section 945.6.

You may seek the advice of any attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

This warning, and the six-month deadline, only apply to the extent a lawsuit would be based on California law, and do not apply to the extent a lawsuit would be based on federal law.

Kimberly A. Rector
Clerk to the Board of Supervisors

By:

Joseph Sheinin, Board Assistant

I declare that my business address is 1st Floor, County Administrative Center, 4080 Lemon Street, Riverside California, that I am a citizen of the United States of America, employed by the County of Riverside and am not a party to the action.  On the date stated below I mailed the foregoing notice by depositing a copy thereof in the outgoing mail at Riverside, California, in a sealed envelope, with postage prepaid, addressed to the person(s) listed above.  I declare under penalty of perjury that the foregoing is true and correct.

Executed at Riverside, California on February 28, 2023.

Joseph Sheinin, Board Assistant
GL090

RM:      202236667

03/01/2023