DocuSign Envelope ID: 33534FF9-2FED-4C18-B974-50305CD79776

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-01825-WLH-SHK**<br><br>District Judge: Wesley L. Hsu<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**DECLARATION OF OCTAVIO ZAZUETA AS SUCCESSOR IN INTEREST TO OCTAVIO ZAZUETA, Jr. (C.C.P. § 377.32)**<br><br>[Cal. Code Civ. Proc. §377] |

-1-
DECLARATION OF Octavio zazueta

## C.C.P. § 377.32 DECLARATION OF OCTAVIO ZAZUETA AS SUCCESSOR IN INTEREST TO OCTAVIO ZAZUETA JR.

I, Octavio Zazueta, do hereby declare as follows:

1. My name is Octavio Zazueta, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

3. The name of the decedent in this action is Octavio Zazueta, Jr. ("Decedent").

4. I am the biological father of Decedent.

5. Decedent died on August 26, 2022, in the city of Indio, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the father of Decedent.

8. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiff Rosa Zazueta, Decedent's biological mother, who has also executed a declaration as Decedent's successors-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

/ / /

/ / /

/ / /

/ / /

-2-
DECLARATION OF OCTAVIO ZAZUETA

1     I, Octavio Zazueta, declare under penalty of perjury under the laws of
2 the State of California that the foregoing is true and correct.

5     Executed on   11/20/2023   in the city of  Coachella , California.

DocuSigned by:

*Octavio Zazueta*

474970B1FEAB496...
Octavio Zazueta

-3-
DECLARATION OF OCTAVIO ZAZUETA

# Exhibit A

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

**CERTIFICATION OF VITAL RECORD**

STATE FILE NUMBER: 3052022200491
LOCAL REGISTRATION NUMBER: 3202233013086

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

### DECEDENT'S PERSONAL DATA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | OCTAVIO |
| 2. MIDDLE | ERNESTO |
| 3. LAST (Family) | ZAZUETA, JR |
| AKA. ALSO KNOWN AS | — |
| 4. DATE OF BIRTH mm/dd/ccyy | 08/19/1992 |
| 5. AGE Yrs. | 30 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | NO (X) |
| 12. MARITAL STATUS/SRDP | NEVER MARRIED |
| 7. DATE OF DEATH mm/dd/ccyy | 08/26/2022 |
| 8. HOUR (24 Hours) | 0335 |
| 13. EDUCATION | 08 |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES (X) MEXICAN AMERICAN |
| 16. DECEDENT'S RACE | MEXICAN AMERICAN |
| 17. USUAL OCCUPATION | LANDSCAPER |
| 18. KIND OF BUSINESS OR INDUSTRY | LANDSCAPING |
| 19. YEARS IN OCCUPATION | 2 |

### USUAL RESIDENCE

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 84348 KING COURT |
| 21. CITY | COACHELLA |
| 22. COUNTY/PROVINCE | RIVERSIDE |
| 23. ZIP CODE | 92236 |
| 24. YEARS IN COUNTY | 30 |
| 25. STATE/FOREIGN COUNTRY | CA |

### INFORMANT

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME; RELATIONSHIP | ROSA ISELA ZAZUETA, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 84348 KING COURT, COACHELLA, CA 92236 |

### SPOUSE/SRDP AND PARENT INFORMATION

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | — |
| 29. MIDDLE | — |
| 30. LAST (BIRTH NAME) | — |
| 31. NAME OF FATHER/PARENT – FIRST | OCTAVIO |
| 32. MIDDLE | ERNESTO |
| 33. LAST | ZAZUETA, SR |
| 34. BIRTH STATE | SIN, MX |
| 35. NAME OF MOTHER/PARENT – FIRST | ROSA |
| 36. MIDDLE | ISELA |
| 37. LAST (BIRTH NAME) | RUBIO |
| 38. BIRTH STATE | SIN, MX |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 09/15/2022 |
| 40. PLACE OF FINAL DISPOSITION | COACHELLA VALLEY CEMETERY, 82925 AVE 52, COACHELLA, CA 92236 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | MICHAEL ALLEN WERK |
| 43. LICENSE NUMBER | EMB9227 |
| 44. NAME OF FUNERAL ESTABLISHMENT | CASILLAS FAMILY FUNERAL HOME |
| 45. LICENSE NUMBER | FD1498 |
| 46. SIGNATURE OF LOCAL REGISTRAR | GEOFFREY LEUNG, M.D., ED. M |
| 47. DATE mm/dd/ccyy | 08/30/2022 |

### PLACE OF DEATH

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | JOHN F. KENNEDY MEMORIAL HOSPITAL |
| 102. IF HOSPITAL, SPECIFY ONE | IP (X) |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | — |
| 104. COUNTY | RIVERSIDE |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 47111 MONROE ST |
| 106. CITY | INDIO |

### CAUSE OF DEATH

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING |
| 108. DEATH REPORTED TO CORONER? | YES (X) |
| REFERRAL NUMBER | 2022-07572 |
| 109. BIOPSY PERFORMED? | NO (X) |
| 110. AUTOPSY PERFORMED? | YES (X) |
| 111. USED IN DETERMINING CAUSE? | YES (X) |
| 112. OTHER SIGNIFICANT CONDITIONS | — |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO (X) |

### PHYSICIAN'S CERTIFICATION

(blank)

### CORONER'S USE ONLY

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED... | |
| 120. MANNER OF DEATH | Pending Investigation (X) |
| 120. INJURED AT WORK? | — |
| 121. INJURY DATE | — |
| 122. HOUR | — |
| 123. PLACE OF INJURY | — |
| 124. DESCRIBE HOW INJURY OCCURRED | — |
| 125. LOCATION OF INJURY | — |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JASMIN DALILA DIAZ |
| 127. DATE | 08/30/2022 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | JASMIN DALILA DIAZ, CORONER |

---

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

DATE ISSUED: **Jan 5, 2023**   1/2

*Geoffrey Leung*
Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

*002159220*

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.
PBNCO (Rev) 08/21

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE