DocuSign Envelope ID: 33534FF9-2FED-4C18-B974-50305CD79776

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:23-cv-01825-WLH-SHK**<br><br>District Judge:  Wesley L. Hsu<br>Magistrate Judge:  Shashi H. Kewalramani<br><br>**DECLARATION OF ROSA ZAZUETA AS SUCCESSOR IN INTEREST TO OCTAVIO ZAZUETA, Jr.**<br>**(C.C.P. § 377.32)**<br><br>**[Cal. Code Civ. Proc. §377]** |

-1-
DECLARATION OF ROSA ZAZUETA

# C.C.P. § 377.32 DECLARATION OF ROSA ZAZUETA AS SUCCESSOR IN INTEREST TO OCTAVIO ZAZUETA, Jr.

I, Rosa Zazueta, do hereby declare as follows:

1. My name is Rosa Zazueta, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

3. The name of the decedent in this action is Octavio Zazueta, Jr. ("Decedent").

4. I am the biological mother of Decedent.

5. Decedent died on August 26, 2022, in the city of Indio, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the mother of Decedent.

8. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiff Octavio Zazueta, Jr., Decedent's biological father, who has also executed a declaration as Decedent's successors-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

/ / /

/ / /

/ / /

/ / /

1  I, Sandra Rosa Zazueta, declare under penalty of perjury under the laws
2  of the State of California that the foregoing is true and correct.
3
4
5  Executed on ___11/20/2023___ in the city of __Coachella__, California.
6
7  ──────────────────────
   Rosa Zazueta
   *DocuSigned by: Rosa Zazueta / 9308134F5E8048B...*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
DECLARATION OF ROSA ZAZUETA

# Exhibit A

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

STATE FILE NUMBER: 3052022200491
LOCAL REGISTRATION NUMBER: 3202233013086

**DECEDENT'S PERSONAL DATA**

| # | Field | Value |
|---|---|---|
| 1 | NAME OF DECEDENT–FIRST (Given) | OCTAVIO |
| 2 | MIDDLE | ERNESTO |
| 3 | LAST (Family) | ZAZUETA, JR |
| 4 | DATE OF BIRTH mm/dd/ccyy | 08/19/1992 |
| 5 | AGE Yrs. | 30 |
| 6 | SEX | M |
| 7 | DATE OF DEATH mm/dd/ccyy | 08/26/2022 |
| 8 | HOUR (24 Hours) | 0335 |
| 9 | BIRTH STATE/FOREIGN COUNTRY | CA |
| 10 | SOCIAL SECURITY NUMBER | [redacted] |
| 11 | EVER IN U.S. ARMED FORCES? | NO |
| 12 | MARITAL STATUS/SRDP (at Time of Death) | NEVER MARRIED |
| 13 | EDUCATION – Highest Level/Degree | 08 |
| 14/15 | WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES – MEXICAN AMERICAN |
| 16 | DECEDENT'S RACE | MEXICAN AMERICAN |
| 17 | USUAL OCCUPATION | LANDSCAPER |
| 18 | KIND OF BUSINESS OR INDUSTRY | LANDSCAPING |
| 19 | YEARS IN OCCUPATION | 2 |

**USUAL RESIDENCE**

| # | Field | Value |
|---|---|---|
| 20 | DECEDENT'S RESIDENCE | 84348 KING COURT |
| 21 | CITY | COACHELLA |
| 22 | COUNTY/PROVINCE | RIVERSIDE |
| 23 | ZIP CODE | 92236 |
| 24 | YEARS IN COUNTY | 30 |
| 25 | STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| # | Field | Value |
|---|---|---|
| 26 | INFORMANT'S NAME; RELATIONSHIP | ROSA ISELA ZAZUETA, MOTHER |
| 27 | INFORMANT'S MAILING ADDRESS | 84348 KING COURT, COACHELLA, CA 92236 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| # | Field | Value |
|---|---|---|
| 28 | NAME OF SURVIVING SPOUSE/SRDP–FIRST | - |
| 29 | MIDDLE | - |
| 30 | LAST (BIRTH NAME) | - |
| 31 | NAME OF FATHER/PARENT–FIRST | OCTAVIO |
| 32 | MIDDLE | ERNESTO |
| 33 | LAST | ZAZUETA, SR |
| 34 | BIRTH STATE | SIN, MX |
| 35 | NAME OF MOTHER/PARENT–FIRST | ROSA |
| 36 | MIDDLE | ISELA |
| 37 | LAST (BIRTH NAME) | RUBIO |
| 38 | BIRTH STATE | SIN, MX |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| # | Field | Value |
|---|---|---|
| 39 | DISPOSITION DATE mm/dd/ccyy | 09/15/2022 |
| 40 | PLACE OF FINAL DISPOSITION | COACHELLA VALLEY CEMETERY, 82925 AVE 52, COACHELLA, CA 92236 |
| 41 | TYPE OF DISPOSITION(S) | BURIAL |
| 42 | SIGNATURE OF EMBALMER | MICHAEL ALLEN WERK |
| 43 | LICENSE NUMBER | EMB9227 |
| 44 | NAME OF FUNERAL ESTABLISHMENT | CASILLAS FAMILY FUNERAL HOME |
| 45 | LICENSE NUMBER | FD1498 |
| 46 | SIGNATURE OF LOCAL REGISTRAR | GEOFFREY LEUNG, M.D., ED. M. |
| 47 | DATE mm/dd/ccyy | 08/30/2022 |

**PLACE OF DEATH**

| # | Field | Value |
|---|---|---|
| 101 | PLACE OF DEATH | JOHN F. KENNEDY MEMORIAL HOSPITAL |
| 102 | IF HOSPITAL, SPECIFY ONE | IP |
| 103 | IF OTHER THAN HOSPITAL, SPECIFY ONE | - |
| 104 | COUNTY | RIVERSIDE |
| 105 | FACILITY ADDRESS OR LOCATION WHERE FOUND | 47111 MONROE ST |
| 106 | CITY | INDIO |

**CAUSE OF DEATH**

| # | Field | Value |
|---|---|---|
| 107 | IMMEDIATE CAUSE (A) | PENDING |
| 108 | DEATH REPORTED TO CORONER? | YES – REFERRAL NUMBER 2022-07572 |
| 109 | BIOPSY PERFORMED? | NO |
| 110 | AUTOPSY PERFORMED? | YES |
| 111 | USED IN DETERMINING CAUSE? | YES |
| 112 | OTHER SIGNIFICANT CONDITIONS | |
| 113 | WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | NO |
| 113A | DECEDENT PREGNANT IN LAST YEAR? | NO |

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER
117. DATE mm/dd/ccyy
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

| # | Field | Value |
|---|---|---|
| 119 | I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | Pending Investigation |
| 120 | INJURED AT WORK? | |
| 121 | INJURY DATE mm/dd/ccyy | |
| 122 | HOUR (24 Hours) | |
| 123 | PLACE OF INJURY | |
| 124 | DESCRIBE HOW INJURY OCCURRED | |
| 125 | LOCATION OF INJURY | |
| 126 | SIGNATURE OF CORONER / DEPUTY CORONER | JASMIN DALILA DIAZ |
| 127 | DATE mm/dd/ccyy | 08/30/2022 |
| 128 | TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | JASMIN DALILA DIAZ, CORONER |

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA } SS
COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*002159220*

DATE ISSUED **Jan 5, 2023**    1/2

Dr. Geoffrey Leung, M.D., Ed.M., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

PBNCO (Rev) 08/21

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE