**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333

**The Law Office of Bradley I. Kramer**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10,<br><br>Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>**DECLARATION OF KAREN SLYAPICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT RIVERSIDE'S MOTION FOR SUMMARY JUDGMENT** |

## **DECLARATION OF KAREN SLYAPICH**

I, Karen Sylapich, declare and state as follows:

1. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. I am over the age of eighteen and am competent to testify to the matters set forth in this Declaration. I am employed as a paralegal at the Law Offices of Dale Galipo, located at 21800 Burbank Blvd, Woodland Hills, CA 91367. I have been employed in this capacity for approximately 7 years.

3. In my role at the Law Offices of Dale Galipo, I am responsible for the management of incoming legal documents, including the processing and filing of important legal correspondence related to our cases.

4. It is our standard practice that upon receipt of any legal mail, including rejections to California Tort Claims Act claims, the document is immediately scanned and uploaded to the office's secure server for record-keeping and easy accessibility. This process ensures that all critical documents are promptly and securely stored.

5. Pertaining to the matter at hand, after a thorough search of our office's server and physical records, I can confirm that the rejection letter supposedly sent by the County of Riverside in relation to the current case was not received by our office. There is no record, either electronic or physical, of such a document being processed or stored in our filing system.

6. Based on our standard office procedures and my personal experience and practice, I can confidently state that if the rejection letter had been received by our office, it would have been scanned, uploaded, and available on our server. The absence of such a file on our server is a clear indication that the letter was never received by our office.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 22, 2023

Karen Slyapich

2
DECLARATION OF KAREN SLYAPICH