# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23–cv–01825–WLH–SHK<br><br><br>**ORDER/REFERRAL TO ADR** |

The Court, having reviewed the parties' Request: ADR Procedure Selection (Form ADR-01), the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and L.R. 26-1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1**: This case is referred to ☐ the magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct. Counsel are directed to contact the magistrate judge's courtroom deputy to arrange a date and time for the ADR proceeding.

☑ **ADR PROCEDURE NO. 2**: This case is referred to the Court Mediation Panel. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral on the Court Mediation Panel who will conduct the mediation and shall file Form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☐ **ADR PROCEDURE NO. 3**: This case is referred to private mediation. Counsel are directed to contact the private mediator of their choice to arrange a date and time for the mediation.

**IT IS FURTHER ORDERED:**

The ADR proceeding is to be completed by: __9/27/2024__.

The parties shall file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of the settlement discussions.

The Court sets a further status conference for: _____.

Dated: December 1, 2023

United States District Judge/Magistrate Judge