LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
Cooper Alison-Mayne (Bar No. 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23-cv-01825-WLH-SHK<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Cooper Alison-Mayne___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: December 21, 2023        /s/ Cooper Alison-Mayne
                                Attorney For Plaintiff

Dated:                          
                                Attorney For Plaintiff

Dated: December 21, 2023        /s/ Kayleigh A. Anderson
                                Attorney For Defendant   County of Riverside

Dated: December 27, 2023        /s/ Konrad M. Rasmussen
                                Attorney For Defendant   City of Indio

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)        **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**