1 | John P. McCormick, Esq. (SBN 38064)
2 | Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
3 | McCORMICK, MITCHELL & RASMUSSEN
4 | 8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
5 | Tel:  (619) 235-8444
6 | Fax:  (619) 294-8447

7 | Attorneys for Defendant CITY OF INDIO

8

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,

CASE NO.:  5:23-CV-01825-WLH-SHK

**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Plaintiffs,

vs.

COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,

Defendants.

21 | Plaintiffs Rosa Zazueta and Octavio Zazueta and Defendants City of Indio and Kyle

22 | Lawrence, as confirmed by the signatures hereinbelow, do hereby stipulate as follows:

23 | WHEREAS the City of Indio and Kyle Lawrence were served with the Second

24 | Amended Complaint on January 8, 2024;

25 | WHEREAS the parties hereto are in the process of meeting and conferring regarding

26 | issues raised by Defendants concerning a potential motion to strike portions of paragraph 22

27 | and the eighth claim for relief and a possible motion to dismiss the eighth claim for relief, as

28 | well as Plaintiffs' intent to seek leave to file a Third Amended Complaint, and wish to extend

1
STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1    the current January 22, 2024 date for Defendants' response to allow time to continue the meet

2    and confer process;

3         Accordingly, Plaintiffs Rosa Zazueta and Octavio Zazueta and Defendants City of

4    Indio and Kyle Lawrence hereby stipulate to and jointly seek an extension through and

5    including February 5, 2024 for Defendants to respond to the Second Amended Complaint.

6    A proposed order is submitted herewith.

7

8    Dated: January 17, 2024              LAW OFFICES OF DALE GALIPO

9                                             */s/ Cooper Alison-Mayne, Esq.*

10                                         Cooper Alison-Mayne, Esq.
                                           Attorney for Plaintiffs Rosa Zazueta and
11                                         Octavio Zazueta

12

13   Dated: January 17, 2024              McCORMICK, MITCHELL & RASMUSSEN

14                                            */s/ Konrad M. Rasmussen*

15                                         Konrad M. Rasmussen
                                           Attorney for Defendants City of Indio and
16                                         Kyle Lawrence

17

18                            **SIGNATURE CERTIFICATION**

19        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies &

20   Procedures Manual, I hereby certify that the contents of this document are acceptable to

21   Mr. Cooper Alison-Mayne, counsel for Plaintiffs Rosa Zazueta and Octavio Zazueta, and that

22   I have obtained his authorization to affix his electronic signature to the document.

23

24   Dated: January 17, 2024              */s/ Konrad M. Rasmussen*
                                          Konrad M. Rasmussen
25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT