# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

On January __, 2024, Defendants City of Indio and Kyle Lawrence filed a stipulation to extend the time for said Defendants to respond to the Second Amended Complaint. [ECF _____]. The Court, having considered the stipulation, and good cause appearing, hereby orders as follows:

///

///

///

1
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1. Defendants City of Indio and Kyle Lawrence shall have through and including February 5, 2024 in which to respond to the Second Amended Complaint herein.

IT IS SO ORDERED.

Dated: January __, 2024

_____
Hon. Wesley L. Hsu
United States District Judge