Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge:  Wesley L. Hsu <br> Magistrate Judge:  Shashi H. Kewalramani <br><br> NOTICE OF ERRATA RE: DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS FILED AS ANSWER [DKT. 45 and DKT. 45-1] <br><br> Filed on:     09/07/23 <br> Trial Date:   N/A |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on

Defendant County of Riverside hereby respectfully submits this notice of errata to advise the Court and all parties that Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint was mistakenly filed under the wrong event as an "Answer", when it should have been filed as a Motion to Dismiss in the Court's CM/ECF system [Dkt. 45]. Filed

concurrently with Defendant's Motion at Dkt. 45-1, was a [Proposed] Order Granting Defendant's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint.

As stated in the Notice of the Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint, the preferred hearing date is Friday, February 23, 2024, at 1:30 p.m. As such, the Opposition deadline is Friday, February 2, 2024, per United States District Court for the Central District of California, Local Rule 7-9. The Reply deadline is Friday, February 9, 2024, per United States District Court for the Central District of California, Local Rule 7-10.

This error should not prejudice the parties, or the Court as the Motion was filed more than 28 days before the hearing date.

After speaking with the CM/ECF helpdesk, it was advised to file the instant Notice of Errata and to re-file Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint and Defendant's [Proposed] Order Granting Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint. No changes will be made to the re-filing of the same.

DATED: January 23, 2024

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Kayleigh Andersen
Kayleigh Andersen
Attorneys for Defendant, COUNTY OF RIVERSIDE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On January 23, 2024, I served true copies of the following document(s) described as **NOTICE OF ERRATA RE: DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS FILED AS ANSWER [DKT. 45 and DKT. 45-1]** on the interested parties in this action as follows:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Cooper Alison-Mayne**
  cmayne@galipolaw.com,coopermayne@recap.email

- **Kayleigh Ann Andersen**
  kayleigh.andersen@manningkass.com,dxf@manningllp.com,kaa@manningllp.com

- **Brett Lee Cirincione**
  blc@mmr4law.com

- **Richard T Copeland**
  rtc@conflict-solution.com

- **Dale K Galipo**
  dalekgalipo@yahoo.com,blevine@galipolaw.com,evalenzuela@galipolaw.com,rvalentine@galipolaw.com,kslyapich@galipolaw.com,slaurel@galipolaw.com,CMayne@galipolaw.com,sleap@galipolaw.com,msincich@galipolaw.com,jdeleon@galipolaw.com,amonguia@galipolaw.com,hlee@galipolaw.com

- **Bradley I Kramer , MD**
  bkramer@biklaw.com

- **John P McCormick**
  jpm@mmr4law.com

- **Eugene P Ramirez**
  epr@manningllp.com,julie.contreras@manningkass.com,sxh@manningllp.com

- **Konrad Muth Rasmussen**
  kmr@mmr4law.com,jpm@mmr4law.com,scp@mmr4law.com,blc@mmr4law.com

- **Lacey N Sipsey**
  lacey.sipsey@manningkass.com,sandra.alarcon@manningkass.com

Case 5:23-cv-01825-WLH-SHK   Document 47   Filed 01/23/24   Page 4 of 4   Page ID #:491

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2024, at Los Angeles, California.

/s/ Sandra Alarcon
Sandra Alarcon

2