1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge: Wesley L. Hsu <br> Magistrate Judge: Shashi H. Kewalramani <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> *Filed concurrently with Defendant's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint* <br><br> Judge: Hon. Wesley L. Hsu <br> Date: February 23, 2024 <br> Time: 1:30 p.m. <br> Crtrm.: 9B <br><br> Filed on: 09/07/23 <br> Trial Date: N/A |

Case No. 5:23-cv-01825-WLH-SHK

**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint came on for hearing before this Court on February 23, 2024, at 1:30 p.m. Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, including but not limited to Federal Rules of Civil Procedure 12 *et seq.*, as well as the applicable United States District Court, Central District of California Local Rules, and Orders of the Court; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore and in furtherance of the interests of justice, **IT IS HEREBY ORDERED** that:

1. The Court hereby **GRANTS** Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint;

2. The Court hereby dismisses Plaintiffs' Fourth Cause of Action for Municipal Liability for Failure to Train pursuant to 42 U.S.C. § 1983 (*Monell*), as to Defendant County of Riverside, for failure to state a claim upon which relief can be granted;

3. The Court hereby dismisses Plaintiffs' Fifth Cause of Action for Municipal Liability for Unlawful Custom and Practice pursuant to 42 U.S.C. § 1983 (*Monell*), as to Defendant County of Riverside, for failure to state a claim upon which relief can be granted;

4. The Court hereby dismisses Plaintiffs' Sixth Cause of Action for Municipal Liability for Ratification pursuant to 42 U.S.C. § 1983 (*Monell*), as to Defendant County of Riverside, for

5. Additionally, in light of the foregoing, the Court finds that Plaintiffs cannot amend their Second Amended Complaint to correct such defects. Accordingly, the Court hereby denies Plaintiffs leave to amend the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

Hon. Wesley L. Hsu
Judge, United States District Court

1  Submitted by:

2  Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
3  Kayleigh Andersen (State Bar No. 306442)
   *kayleigh.andersen@manningkass.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
7
   Attorneys for Defendants, COUNTY OF RIVERSIDE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3   Case No. 5:23-cv-01825-WLH-SHK
**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT**