# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>     Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br>     Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT [44]** |

Plaintiffs Rosa Zazueta and Octavio Zazueta and defendants City of Indio and Kyle Lawrence ("Defendants") filed a stipulation to extend the time for said Defendants to respond to the Second Amended Complaint. (Stip., Docket No. 44). The Court, having considered the stipulation, and good cause appearing, hereby orders as follows:

///

///

///

Defendants City of Indio and Kyle Lawrence shall have through and including February 5, 2024, in which to respond to the Second Amended Complaint.

    IT IS SO ORDERED.

Dated:  January 23, 2024

                                            HON. WESLEY L. HSU
                                            UNITED STATES DISTRICT JUDGE