**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333

**The Law Office of Bradley I. Kramer**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10,<br><br>Defendants. | Case No.  5:23-cv-01825-WLH-SHK<br><br>**DECLARATION COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND** |

## <u>DECLARATION COOPER ALISON-MAYNE</u>

I, Cooper Alison-Mayne, declare and state as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for

1
DECLARATION OF COOPER ALISON-MAYNE

Plaintiffs Rosa Zazueta and Octavio Zazueta in this instant action. I make this declaration in support of Plaintiffs' motion to amend their complaint. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called

2. Attached hereto as **Exhibit 1** is a true and correct redlined copy of Plaintiffs' proposed Third Amended Complaint, reflecting the proposed changes.

3. Attached here to as **Exhibit 2** is a clean copy of Plaintiffs' proposed Third Amended Complaint.

4. Prior to filing the instant Motion, On January 26, 2024, I met and conferred with counsel for Defendant City of Indio and counsel for Defendant County of Riverside regarding Plaintiffs' intention to file a Third Amended Complaint in this case.

5. On January 26, 2024, I sent a relined version the TAC to counsel for Defendant City of Indio, which included the changes that related to the city. After some discussions throughout the week, counsel informed me that they would not stipulated to the amendment.

6. On January 30, 2024, I sent a relined version the TAC to counsel for Defendant County of Riverside, which included the changes that related to the County. Counsel informed me that they would not stipulated to the amendment but that they would not oppose it either.

7. On February 2, 2024, I received an email from counsel for Defendant County of Riverside confirming that they would not oppose our motion to amend.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 2, 2024   /s/Cooper Alison-Mayne
              Cooper Alison-Mayne

2
DECLARATION OF COOPER ALISON-MAYNE