# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br>　　　　　　　　Defendants. | CASE NO.: 5:23-CV-01825-WLH-SHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

　　Having reviewed Plaintiffs' Motion for Leave to File a Third Amended Complaint, and GOOD CAUSE appearing therefrom, Plaintiffs are hereby granted leave to amend their complaint. IT IS SO ORDERED.

Dated: February __, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Wesley L. Hsu
　　　　　　　　　　　　　　　　　　　　United States District Judge