1  John P. McCormick, Esq. (SBN 38064)
2  Konrad M. Rasmussen, Esq. (SBN 157030)
   Brett L. Cirincione, Esq. (SBN 330807)
3  McCORMICK, MITCHELL & RASMUSSEN
4  8885 Rio San Diego Drive, Suite 227
   San Diego, CA 92108
5  Tel: (619) 235-8444
   Fax: (619) 294-8447
6
7  Attorneys for Defendant CITY OF INDIO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 5:23-CV-01825-WLH-SHK<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Plaintiffs Rosa Zazueta and Octavio Zazueta and Defendants City of Indio and Kyle Lawrence, as confirmed by the signatures hereinbelow, do hereby stipulate as follows:

WHEREAS the City of Indio and Kyle Lawrence were served with the Second Amended Complaint on January 8, 2024;

WHEREAS on January 23, 2024, Defendant County of Riverside filed its Motion to Dismiss Portions of Second Amended Complaint, which is set for hearing on February 23, 2024 [Docket No. 48];

///

1
STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1    WHEREAS on January 24, 2024, the Court entered its order extending Defendants
2 City of Indio's and Kyle Lawrence's time to respond to the Second Amended Complaint to
3 February 5, 2024 [Docket No. 49];

4    WHEREAS Plaintiffs have file a motion for leave to file a Third Amended Complaint
5 which is set for hearing on March 1, 2024 [Docket No. 51] ;

6    WHEREAS the parties hereto have previously met and conferred regarding issues
7 raised by Defendants concerning a potential motion to strike and motion to dismiss portions
8 of the Second Amended Complaint. Such motions are due to be filed by February 5, 2024,
9 but will become moot if Plaintiffs are granted leave to file a Third Amended Complaint.

10    Accordingly, Plaintiffs Rosa Zazueta and Octavio Zazueta and Defendants City of
11 Indio and Kyle Lawrence hereby stipulate to and jointly seek a further extension for
12 Defendants to respond as follows:

13    1.    If Plaintiffs are granted leave to file a Third Amended Complaint, Defendants'
14 response shall be due 14 days from the date of service of same.

15    2.    If Plaintiffs' motion for leave to file a Third Amended Complaint is denied,
16 Defendants shall file their response to the Second Amended Complaint within 14 days of the
17 Order denying leave to amend.

18    A proposed order is submitted herewith.

Dated: February 2, 2024          LAW OFFICES OF DALE GALIPO

                                  /s/ *Cooper Alison-Mayne, Esq.*
                                 Cooper Alison-Mayne, Esq.
                                 Attorney for Plaintiffs Rosa Zazueta and
                                 Octavio Zazueta


Dated: February 2, 2024          McCORMICK, MITCHELL & RASMUSSEN

                                  /s/ *Konrad M. Rasmussen*
                                 Konrad M. Rasmussen
                                 Attorney for Defendants City of Indio and
                                 Kyle Lawrence

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby certify that the contents of this document are acceptable to Mr. Cooper Alison-Mayne, counsel for Plaintiffs Rosa Zazueta and Octavio Zazueta, and that I have obtained his authorization to affix his electronic signature to the document.

Dated: February 2, 2024             */s/ Konrad M. Rasmussen*
                                    Konrad M. Rasmussen