# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

On February 2, 2024, Defendants City of Indio and Kyle Lawrence filed a stipulation to extend the time for said Defendants to respond to the Second Amended Complaint. [Stip., Docket No. 52]. The Court, having considered the stipulation, and good cause appearing, hereby orders as follows:

1. In the event Plaintiffs' motion for leave to file a Third Amended Complaint is denied, Defendants City of Indio and Kyle Lawrence shall respond to the Second Amended Complaint within 14 days of entry of the Order denying leave;

2. In the event Plaintiffs are granted leave to file a Third Amended Complaint, Defendants City of Indio and Kyle Lawrence shall file a response thereto within 14 days of service of the Third Amended Complaint.

IT IS SO ORDERED.

Dated: February __, 2024

_____
Hon. Wesley L. Hsu
United States District Judge