```
 1  John P. McCormick, Esq. (SBN 38064)
 2  Konrad M. Rasmussen, Esq. (SBN 157030)
    Brett L. Cirincione, Esq. (SBN 330807)
 3  McCORMICK, MITCHELL & RASMUSSEN
    8885 Rio San Diego Drive, Suite 227
 4  San Diego, CA 92108
 5  Tel:  (619) 235-8444
    Fax:  (619) 294-8447
 6
 7  Attorneys for Defendant CITY OF INDIO
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**PROOF OF SERVICE** |

I, Sally C. Peach, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case.  I am employed in the County of San Diego, California, where the service occurs.  My business address is 8885 Rio San Diego Drive, Suite 227, San Diego, CA 92108.

      On February 2, 2024 I served the following:

**1.**	**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

1

PROOF OF SERVICE

2. **[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Served on:

Dale Galipo, Esq.
LAW OFFICES OF DALE GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333
Fax: 818-347-4118
dalekgalipo@yahoo.com

Bradley I. Kramer, Esq.
Law Offices of Bradley I. Kramer
8840 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211
Tel: 310-289-2600
Fax: 866-289-2771
bkramer@biklaw.com
*Attorneys for Plaintiffs*

Kayleigh Ann Andersen
Manning and Kass Ellrod Ramirez Trester LLP
801 South Figueroa, 15th Floor
Los Angeles, CA 90017
Kayleigh.andersen@manningkass.com
*Attorneys for Defendant County of Riverside*

Service was effectuated as follows:

☒ ELECTRONIC SERVICE. Complying with the Federal Rules of Civil Procedure 5 and 83, I caused such document(s) to be electronically served using the Court's Electronic Case Filing System.

I declare under the penalty of perjury under the laws of the State of California the above is true and correct. Executed on February 2, 2024 at San Diego, California.

_____
Sally C. Peach