1

2

3

4

5

6

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,

12

13             Plaintiffs,

14

15 v.

16 COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,

17

18            Defendants.

19

Case No.  5:23-cv-01825-WLH-SHK

**ORDER RE STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT [52]**

20

21     Having reviewed and considered the plaintiffs Rosa Zazueta and Octavio

22 Zazuetas ("Plaintiffs") and defendants City of Indio and Kyle Lawrences'

23 ("Defendants") Stipulation Extending Time to Respond to Second Amended

24 Complaint ("Stipulation," Docket No. 52), and good cause appearing, the Court

25 extends Defendants' deadline to respond to the Second Amended Complaint as

26 follows:

27     1.     If Plaintiffs are granted leave to file a Third Amended Complaint,

28 Defendants' response shall be due 14 days from the date of service of same.

2.      If Plaintiffs' Motion for Leave to File a Third Amended Complaint, (Docket No. 51), is denied, Defendants shall file their response to the Second Amended Complaint within 14 days of the entry of the order denying leave to amend.

**IT IS SO ORDERED.**

Dated:  February 6, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE