John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendant CITY OF INDIO and Kyle Lawrence

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**DECLARATION OF KONRAD M. RASMUSSEN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>Date: March 1, 2024<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |

I, Konrad M. Rasmussen, declare:

1. If called as a witness in the above-referenced matter, I am competent to and would in fact testify to the following facts of which I have personal knowledge, except as otherwise indicated.

2. I am a shareholder with the law firm of McCormick, Mitchell & Rasmussen, which represents Defendants City of Indio and Kyle Lawrence in this action. I am licensed to practice before the Central District of California and all courts in the State of California.

3. I have obtained records from the City of Indio Police Department in the course of this litigation. These include the Certificate of Detention of Octavio Zazueta, Jr., which I

1  am informed and believe was completed and signed by Kyle Lawrence. A true and correct
2  copy of this Certificate of Detention is attached hereto as Exhibit "A".
3      I declare under penalty of perjury under the laws of the United States of America that
4  the above is true and correct, and that this Declaration is executed this 9th day of February,
5  2024, at San Diego, California.

          */s/ Konrad M. Rasmussen*
          KONRAD M. RASMUSSEN

# EXHIBIT A

**Indio Police Department**
**DETENTION CERTIFICATE**

Case Number: 22I-4030

**Penal Code section 849 provides:**

(a) When an arrest is made without a warrant by a peace officer or private person, the person arrested, if not otherwise released, shall, without unnecessary delay, be taken before the nearest or most accessible magistrate in the county in which the offense is triable, and a complaint stating the charge against the arrested person shall be laid before the magistrate.

(b) A peace officer may release from custody, instead of taking the person before a magistrate, a person arrested without a warrant in the following circumstances:

  1) The officer is satisfied that there are insufficient grounds for making a criminal complaint against the person arrested.

  2) The person arrested was arrested for intoxication only, and no further proceedings are desirable.

  3) The person was arrested only for being under the influence of a controlled substance or drug and such person is delivered to a facility or hospital for treatment and no further proceedings are desirable.

  4) The person arrested was arrested for driving under the influence of alcohol or drugs and the person is delivered to a hospital for medical treatment that prohibits immediate delivery before a magistrate.

(c) The record of arrest of a person released pursuant to paragraphs (1) and (3) of subdivision (b) shall include a record of release. Thereafter, the arrest shall not be deemed an arrest, but a detention only.

**Penal Code section 849.5 provides:**

In any case in which a person is arrested and released and no accusatory pleading is filed charging that person with an offense, any record of arrest of the person shall include a record of release. Thereafter, the arrest shall not be deemed an arrest, but a detention only.

**Penal Code section 851.6 provides, in part:**

(a) In any case in which a person is arrested and released pursuant to paragraph (1) or (3) of subdivision (b) of Section 849, the person shall be issued a certificate, signed by the releasing officer or his superior officer, describing the action as a detention.

(b) In any case in which a person is arrested and released and no accusatory pleading is filed charging that person with an offense, the person shall be issued a certificate by the law enforcement agency which arrested the person describing the action as a detention.

As required by Penal Code section 851.6, I hereby certify that the taking into custody of:

_____ on _____ by the Indio Police Department was a detention
Subject's Printed Name                 Date

only, not an arrest. _____ was released on _____ by
                       Subject's Printed Name                          Date

_____ of the Indio Police Department.
Releasing Officer's Printed Name

_____                       _____
Subject's Signature                              Releasing Officer's Signature, Title, and Badge #

Distribution:
White: Original Case File
Yellow: Subject
Pink: Jail
(Rev. 8/17)