Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge: Wesley L. Hsu <br> Magistrate Judge: Shashi H. Kewalramani <br><br> **STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT [DOC. 48]** <br><br> Complaint Served: September 14, 2023 |

IT IS HEREBY STIPULATED BY AND BETWEEN ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased ("Plaintiffs") and COUNTY OF RIVERSIDE ("Defendant"), as follows:

1. Plaintiffs' complaint against defendants was filed on September 7, 2023. Defendant was served with plaintiffs' complaint on September 14, 2023.

2. Defendant County of Riverside filed a Motion to Dismiss Portions of Plaintiffs' First Amended Complaint on or about November 13, 2023. [Doc. 23]. The

Court granted the Defendant's Motion to Dismiss on December 18, 2023. [Doc. 40].

3. On January 8, 2024, Plaintiffs filed a Second Amended Complaint. [Doc. 43].

4. Defendant County of Riverside filed a Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint on or about January 23, 2024. [Doc. 48]. The Motion is set for hearing on February 23, 2024. The Motion is fully briefed as of the date of filing this Joint Stipulation.

5. Plaintiffs filed a Motion for Leave to File a Third Amended Complaint on February 2, 2024. [Doc. 51]. The hearing on Plaintiffs' Motion for Leave is set for March 1. 2024. Defendant County of Riverside did not file any opposition to this Motion for Leave.

6. The parties met and conferred regarding the pending motions and respectfully request that the Court continue the hearing on Defendant County of Riverside's Motion to Dismiss from February 23, 2024 to March 1, 2024, to be heard at the same time as Plaintiffs' Motion for Leave. Defendant's pending Motion to Dismiss will be potentially mooted by this Court's ruling on Plaintiffs' Motion for Leave, and therefore in the interests of time and judicial efficiency, the parties respectfully request that the Court conduct both hearing on the same date, March 1, 2024.

ACCORDINGLY, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED:

7. The hearing on Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint be continued from February 23, 2024 to March 1, 2024.

8. This stipulation does not request any changes to this Court's Scheduling Order or any other hearings in this matter.

| | |
|---|---|
| DATED: February 15, 2024 | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |
| | By: ____*/s/ Kayleigh A. Andersen*____<br>Kayleigh Andersen<br>Attorneys for Defendants, COUNTY OF RIVERSIDE |
| DATED: February 15, 2024 | **LAW OFFICES OF DALE K. GALIPO** |
| | By: ____*/s/ Cooper Alison-Mayne*____<br>Dale K. Galipo, Esq.<br>Cooper Alison-Mayne Esq.<br>Attorneys for Plaintiffs, ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased |