# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge: Wesley L. Hsu <br> Magistrate Judge: Shashi H. Kewalramani <br><br> **[PROPOSED] ORDER RE STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT [DOC. 48]** <br><br> Complaint Served: September 14, 2023 |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

1  IT IS HEREBY ORDERED as follows:

2  1.  The hearing on Defendant County of Riverside's Motion to Dismiss
3  Portions of Plaintiffs' Second Amended Complaint is continued from February 23,
4  2024 to March 1, 2024.

5  2.  Except as specified herein above, all other dates and deadlines
6  operative as of the Court's scheduling orders shall remain unchanged.

DATED: _____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____
    Hon. Wesley L. Hsu,
    UNITED STATES DISTRICT JUDGE

2

**[PROPOSED] ORDER RE STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT [DOC. 48]**