# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br>Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br>**ORDER RE STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT COUNTY OF RIVERSIDE'S MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT [56]** |

The Court, having reviewed the Stipulation and Joint Request to Continue Hearing on Defendant County of Riverside's Motion to Dismiss, (Stip., Docket No. 56), and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. The hearing on Defendant County of Riverside's Motion to Dismiss Portions of Plaintiffs' Second Amended Complaint is continued from February 23, 2024, to March 1, 2024, at 10:30 a.m.

///

///

2. All dates and deadlines contained in the Court's scheduling orders shall otherwise remain unchanged.

DATED: February 20, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE