**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**The Law Office of Bradley I. Kramer**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600
Facsimile: (866) 289-2771

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>*District Judge Wesley L. Hsu*<br>*Magistrate Judge Kewalramani*<br><br>**JOINT STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE CARMEN MATEI FOR DOE 9** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, as follows:

Plaintiffs filed their Complaint on September 7, 2023, their Frist Amended Complaint on October 27, 2023, and their Second Amended Complaint on January 8, 2024. (Dkt. Nos. 1, 18, 43.) On March 5, 2024, the Court granted Plaintiffs'

motion to file a Third Amended Complaint. (Dkt. No. 61.)

At the time of filing the proposed Third Amended Complaint ("TAC"), Plaintiffs were genuinely ignorant of the name of Riverside County employee Registered Nurse Carmen Matei, who was referred to as "Doe 9" in the proposed TAC. (Dkt. No. 51-3.)

The parties request that the Court grant Plaintiffs leave to file their TAC with one additional change: Carmen Matei will be substituted in for "Doe 9." A redlined copy of Plaintiffs' proposed TAC is attached hereto as "Exhibit A."

The parties request that the Court afford Plaintiffs seven (7) days to file their TAC after the Court grants them leave. The parties further request that Defendants' responsive pleading be due fourteen (14) days after service of the TAC.

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiffs to file their TAC with Carmen Matei substituted for "DOE 9."

DATED: March 6, 2024

LAW OFFICES OF DALE K. GALIPO

By:     */s/Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | DATED:  March 6, 2024 | **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP** |
| 2 | | |
| | | By:   */s/ Kayleigh A. Andersen*<br>Kayleigh A. Andersen<br>Attorney for Defendant COUNTY OF RIVERSIDE |
| 10 | DATED:  March 6, 2024 | **McCORMICK, MITCHELL & RASMUSSEN** |
| | | By:   */s/ Konrad M. Rasmussen*<br>Konrad M. Rasmussen<br>Attorney for Defendant CITY OF INDIO and KYLE LAWRENCE |