1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>                    Plaintiffs,<br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>*District Judge Wesley L. Hsu*<br>*Magistrate Judge Kewalramani*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO AMEND THE COMPLAINT TO SUBSTITUTE CARMEN MATEI FOR DOE 9** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' March 6, 2024 Stipulation in Case No. 5:23-cv-01825-WLH-SHK is **GRANTED** and the Plaintiffs are granted leave to file a Third Amended Complaint with Carmen Matei substituted in for DOE 9 within seven (7) days of this order.

Defendants' responsive pleadings shall be due fourteen (14) days from service of the Third Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Wesley L. Hsu