John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendant CITY OF INDIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>              Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br>                        Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**CITY OF INDIO'S ANSWER TO THIRD AMENDED COMPLAINT** |

COMES NOW Defendant CITY OF INDIO by and through its counsel of record, and answers Plaintiffs' Third Amended Complaint on file herein, denying and alleging as follows:

## **JURISDICTION AND VENUE**

1.      Answering Paragraph 1 of the Third Amended Complaint filed herein, Defendant alleges Paragraph 1 contains jurisdictional allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

2.       Answering Paragraph 2 of the Third Amended Complaint filed herein, Defendant alleges Paragraph 2 contains venue allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

**INTRODUCTION**

3.       Answering Paragraph 3 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and accordingly denies generally and specifically each, all and every allegation contained therein.

**PARTIES**

4.       Answering Paragraph 4 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and accordingly denies generally and specifically each, all and every allegation contained therein.

5.       Answering Paragraph 5 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and accordingly denies generally and specifically each, all and every allegation contained therein.

6.       Answering Paragraph 6 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and accordingly denies generally and specifically each, all and every allegation contained therein.

7.       Answering Paragraph 7 of the Third Amended Complaint filed herein, Defendant admits that, at all relevant times, Defendant City of Indio was and is a duly organized public entity existing under the laws of the State of California. Defendant admits it is and was the employer of Defendants Kyle Lawrence, Jeron Justice and Peter Fuentes. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

///

8.      Answering Paragraph 8 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and accordingly denies generally and specifically each, all and every allegation contained therein.

9.      Answering Paragraph 9 of the Third Amended Complaint filed herein, Defendant admits, at all relevant times, DEFENDANT OFFICERS were acting under color of law and within the course and scope of their duties as Indio Police Officers. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

10.     Answering Paragraph 10 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and accordingly denies generally and specifically each, all and every allegation contained therein.

11.     Answering Paragraph 11 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and accordingly denies generally and specifically each, all and every allegation contained therein.

12.     Answering Paragraph 12 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and accordingly denies generally and specifically each, all and every allegation contained therein.

13.     Answering Paragraph 13 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and accordingly denies generally and specifically each, all and every allegation contained therein.

14.     Answering Paragraph 14 of the Third Amended Complaint filed herein, Defendant admits, upon information and belief, that DEFENDANT OFFICERS are residents of the County of Riverside. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14, and accordingly

denies generally and specifically each, all and every remaining allegation contained therein.

15.     Answering Paragraph 15 of the Third Amended Complaint filed herein, Defendant admits, upon information and belief, that Defendant Lawrence is a resident of the County of Riverside. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15, and accordingly denies generally and specifically each, all and every remaining allegation contained therein.

16.     Answering Paragraph 16 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and accordingly denies generally and specifically each, all and every allegation contained therein.

17.     Answering Paragraph 17 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and accordingly denies generally and specifically each, all and every allegation contained therein.

18.     Answering Paragraph 18 of the Third Amended Complaint filed herein, Defendant admits Plaintiffs' claims for damages were rejected by the CITY on March 7, 2023. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

19.     Answering Paragraph 19 of the Third Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this Answer as though set forth fully herein.

20.     Answering Paragraph 20 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20, and accordingly denies generally and specifically each, all and every allegation contained therein.

21.     Answering Paragraph 21 of the Third Amended Complaint filed herein, Defendant admits DEFENDANT OFFICERS arrived at 84054 Indio Springs Dr., Indio, CA

for a wellness check call on the DECEDENT. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21, and accordingly denies generally and specifically each, all and every allegation contained therein.

22.     Answering Paragraph 22 of the Third Amended Complaint filed herein, Defendant admits the DECEDENT was detained and transported to John Benoit Detention Center. Defendant denies generally and specifically each, all and every remaining allegation contained in Paragraph 22.

23.     Answering Paragraph 23 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

24.     Answering Paragraph 24 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

25.     Answering Paragraph 25 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained the first sentence therein. The allegations of the second sentence of Paragraph 25 are not asserted against this answering Defendant and, as such, no answer thereto is required.

26.     Answering Paragraph 26 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against this answering Defendant and, as such, no answer thereto is required.

27.     Answering Paragraph 27 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and accordingly denies generally and specifically each, all and every allegation contained therein.

28.     Answering Paragraph 28 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against this answering Defendant and, as such, no answer thereto is required.

29.     Answering Paragraph 29 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against this answering Defendant and, as such,

1  no answer thereto is required.

2      30.    Answering Paragraph 30 of the Third Amended Complaint filed herein, the

3  allegations contained therein are not asserted against this answering Defendant and, as such,

4  no answer thereto is required.

5      31.    Answering Paragraph 31 of the Third Amended Complaint filed herein,

6  Defendant is without knowledge or information sufficient to form a belief as to the truth of

7  the allegations contained in Paragraph 31, and accordingly denies generally and specifically

8  each, all and every allegation contained therein.

9      32.    Answering Paragraph 32 of the Third Amended Complaint filed herein,

10  Defendant is without knowledge or information sufficient to form a belief as to the truth of

11  the allegations contained in Paragraph 32, and accordingly denies generally and specifically

12  each, all and every allegation contained therein.

13      33.    Answering Paragraph 33 of the Third Amended Complaint filed herein,

14  Defendant is without knowledge or information sufficient to form a belief as to the truth of

15  the allegations contained in Paragraph 33, and accordingly denies generally and specifically

16  each, all and every allegation contained therein.

17  ## **FIRST CLAIM FOR RELIEF**

18  **Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

19  (All Plaintiffs against KYLE LAWRENCE, JERON JUSTICE and PETER FUENTES)

20      34.    Answering Paragraph 34 of the Third Amended Complaint filed herein, the

21  allegations contained therein are not asserted against the answering Defendant and, as such,

22  no answer thereto is required.

23      35.    Answering Paragraph 35 of the Third Amended Complaint filed herein, the

24  allegations contained therein are not asserted against the answering Defendant and, as such,

25  no answer thereto is required.

26      36.    Answering Paragraph 36 of the Third Amended Complaint filed herein, the

27  allegations contained therein are not asserted against the answering Defendant and, as such,

28  no answer thereto is required.

1    37.    Answering Paragraph 37 of the Third Amended Complaint filed herein, the
2    allegations contained therein are not asserted against the answering Defendant and, as such,
3    no answer thereto is required.

4    38.    Answering Paragraph 38 of the Third Amended Complaint filed herein, the
5    allegations contained therein are not asserted against the answering Defendant and, as such,
6    no answer thereto is required.

7    39.    Answering Paragraph 39 of the Third Amended Complaint filed herein, the
8    allegations contained therein are not asserted against the answering Defendant and, as such,
9    no answer thereto is required.

10    40.    Answering Paragraph 40 of the Third Amended Complaint filed herein, the
11    allegations contained therein are not asserted against the answering Defendant and, as such,
12    no answer thereto is required.

13    41.    Answering Paragraph 41 of the Third Amended Complaint filed herein, the
14    allegations contained therein are not asserted against the answering Defendant and, as such,
15    no answer thereto is required.

16    42.    Answering Paragraph 42 of the Third Amended Complaint filed herein, the
17    allegations contained therein are not asserted against the answering Defendant and, as such,
18    no answer thereto is required.

19    43.    Answering Paragraph 43 of the Third Amended Complaint filed herein, the
20    allegations contained therein are not asserted against the answering Defendant and, as such,
21    no answer thereto is required.

22    44.    Answering Paragraph 44 of the Third Amended Complaint filed herein, the
23    allegations contained therein are not asserted against the answering Defendant and, as such,
24    no answer thereto is required.

25    ///
26    ///
27    ///
28    ///

CITY OF INDIO'S ANSWER TO THIRD AMENDED COMPLAINT

**SECOND CLAIM FOR RELIEF**

**Fourteenth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

(All Plaintiffs against CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, and CARMEN MATEI)

45.     Answering Paragraph 45 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

46.     Answering Paragraph 46 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

47.     Answering Paragraph 47 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

48.     Answering Paragraph 48 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

49.     Answering Paragraph 49 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

50.     Answering Paragraph 50 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

51.     Answering Paragraph 51 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

52.     Answering Paragraph 52 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no

1   answer thereto is required.

2   53. Answering Paragraph 53 of the Third Amended Complaint filed herein, the

3   allegations contained therein are not asserted against the answering Defendant and, as such,

4   no answer thereto is required.

5   54. Answering Paragraph 54 of the Third Amended Complaint filed herein, the

6   allegations contained therein are not asserted against the answering Defendant and, as such,

7   no answer thereto is required.

8   55. Answering Paragraph 55 of the Third Amended Complaint filed herein, the

9   allegations contained therein are not asserted against the answering Defendant and, as such,

10  no answer thereto is required.

11  56. Answering Paragraph 56 of the Third Amended Complaint filed herein, the

12  allegations contained therein are not asserted against the answering Defendant and, as such,

13  no answer thereto is required.

14  57. Answering Paragraph 57 of the Third Amended Complaint filed herein, the

15  allegations contained therein are not asserted against the answering Defendant and, as such,

16  no answer thereto is required.

17  58. Answering Paragraph 58 of the Third Amended Complaint filed herein, the

18  allegations contained therein are not asserted against the answering Defendant and, as such,

19  no answer thereto is required.

20  59. Answering Paragraph 59 of the Third Amended Complaint filed herein, the

21  allegations contained therein are not asserted against the answering Defendant and, as such,

22  no answer thereto is required.

23  60. Answering Paragraph 60 of the Third Amended Complaint filed herein, the

24  allegations contained therein are not asserted against the answering Defendant and, as such,

25  no answer thereto is required.

26  61. Answering Paragraph 61 of the Third Amended Complaint filed herein, the

27  allegations contained therein are not asserted against the answering Defendant and, as such,

28  no answer thereto is required.

CITY OF INDIO'S ANSWER TO THIRD AMENDED COMPLAINT

62.     Answering Paragraph 62 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

63.     Answering Paragraph 63 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

## THIRD CLAIM FOR RELIEF

### Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983)

(All Plaintiffs against KYLE LAWRENCE, JERON JUSTICE, PETER FUENTES, CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, and CARMEN MATEI)

64.     Answering Paragraph 64 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

65.     Answering Paragraph 65 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

66.     Answering Paragraph 66 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

67.     Answering Paragraph 67 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

68.     Answering Paragraph 68 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

///

69.     Answering Paragraph 69 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

70.     Answering Paragraph 70 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

71.     Answering Paragraph 71 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

72.     Answering Paragraph 72 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

73.     Answering Paragraph 73 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

74.     Answering Paragraph 74 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 U.S.C. § 1983)

(By Plaintiffs against Defendant COUNTY)

75.     Answering Paragraph 75 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

76.     Answering Paragraph 76 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

77.     Answering Paragraph 77 of the Third Amended Complaint filed herein, the

1 allegations contained therein are not asserted against the answering Defendant and, as such,
2 no answer thereto is required.

3       78.    Answering Paragraph 78 of the Third Amended Complaint filed herein, the
4 allegations contained therein are not asserted against the answering Defendant and, as such,
5 no answer thereto is required.

6       79.    Answering Paragraph 79 of the Third Amended Complaint filed herein, the
7 allegations contained therein are not asserted against the answering Defendant and, as such,
8 no answer thereto is required.

9       80.    Answering Paragraph 80 of the Third Amended Complaint filed herein, the
10 allegations contained therein are not asserted against the answering Defendant and, as such,
11 no answer thereto is required.

12       81.    Answering Paragraph 81 of the Third Amended Complaint filed herein, the
13 allegations contained therein are not asserted against the answering Defendant and, as such,
14 no answer thereto is required.

15       82.    Answering Paragraph 82 of the Third Amended Complaint filed herein, the
16 allegations contained therein are not asserted against the answering Defendant and, as such,
17 no answer thereto is required.

18       83.    Answering Paragraph 83 of the Third Amended Complaint filed herein, the
19 allegations contained therein are not asserted against the answering Defendant and, as such,
20 no answer thereto is required.

21       84.    Answering Paragraph 84 of the Third Amended Complaint filed herein, the
22 allegations contained therein are not asserted against the answering Defendant and, as such,
23 no answer thereto is required.

24 **<u>FIFTH CLAIM FOR RELIEF</u>**

25 **Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

26 (By Plaintiffs against Defendant COUNTY)

27       85.    Answering Paragraph 85 of the Third Amended Complaint filed herein, the
28 allegations contained therein are not asserted against the answering Defendant and, as such,

1  no answer thereto is required.

2       86.    Answering Paragraph 86 of the Third Amended Complaint filed herein, the
3  allegations contained therein are not asserted against the answering Defendant and, as such,
4  no answer thereto is required.

5       87.    Answering Paragraph 87 of the Third Amended Complaint filed herein, the
6  allegations contained therein are not asserted against the answering Defendant and, as such,
7  no answer thereto is required.

8       88.    Answering Paragraph 88 of the Third Amended Complaint filed herein, the
9  allegations contained therein are not asserted against the answering Defendant and, as such,
10 no answer thereto is required.

11      89.    Answering Paragraph 89 of the Third Amended Complaint filed herein, the
12 allegations contained therein are not asserted against the answering Defendant and, as such,
13 no answer thereto is required.

14      90.    Answering Paragraph 90 of the Third Amended Complaint filed herein, the
15 allegations contained therein are not asserted against the answering Defendant and, as such,
16 no answer thereto is required.

17      91.    Answering Paragraph 91 of the Third Amended Complaint filed herein, the
18 allegations contained therein are not asserted against the answering Defendant and, as such,
19 no answer thereto is required.

20      92.    Answering Paragraph 92 of the Third Amended Complaint filed herein, the
21 allegations contained therein are not asserted against the answering Defendant and, as such,
22 no answer thereto is required.

23      93.    Answering Paragraph 93 of the Third Amended Complaint filed herein, the
24 allegations contained therein are not asserted against the answering Defendant and, as such,
25 no answer thereto is required.

26      94.    Answering Paragraph 94 of the Third Amended Complaint filed herein, the
27 allegations contained therein are not asserted against the answering Defendant and, as such,
28 no answer thereto is required.

95.     Answering Paragraph 95 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

96.     Answering Paragraph 96 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

97.     Answering Paragraph 97 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

98.     Answering Paragraph 98 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

99.     Answering Paragraph 99 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

100.    Answering Paragraph 100 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

101.    Answering Paragraph 101 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

102.    Answering Paragraph 102 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

103.    Answering Paragraph 103 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

///

CITY OF INDIO'S ANSWER TO THIRD AMENDED COMPLAINT

104.    Answering Paragraph 104 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

105.    Answering Paragraph 105 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

106.    Answering Paragraph 106 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

## SIXTH CLAIM FOR RELIEF

### Supervisory and Municipal Liability – Ratification – (42 U.S.C. §1983)

(By Plaintiffs against Defendants COUNTY)

107.    Answering Paragraph 107 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

108.    Answering Paragraph 108 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

109.    Answering Paragraph 109 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

110.    Answering Paragraph 110 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

111.    Answering Paragraph 111 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

///

112.    Answering Paragraph 112 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

113.    Answering Paragraph 113 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

114.    Answering Paragraph 114 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

115.    Answering Paragraph 115 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

116.    Answering Paragraph 116 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

117.    Answering Paragraph 117 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

118.    Answering Paragraph 118 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

119.    Answering Paragraph 119 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

120.    Answering Paragraph 120 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

///

1    121.   Answering Paragraph 121 of the Third Amended Complaint filed herein, the
2    allegations contained therein are not asserted against the answering Defendant and, as such,
3    no answer thereto is required.

4    122.   Answering Paragraph 122 of the Third Amended Complaint filed herein, the
5    allegations contained therein are not asserted against the answering Defendant and, as such,
6    no answer thereto is required.

7    123.   Answering Paragraph 123 of the Third Amended Complaint filed herein, the
8    allegations contained therein are not asserted against the answering Defendant and, as such,
9    no answer thereto is required.

10   124.   Answering Paragraph 124 of the Third Amended Complaint filed herein, the
11   allegations contained therein are not asserted against the answering Defendant and, as such,
12   no answer thereto is required.

13   125.   Answering Paragraph 125 of the Third Amended Complaint filed herein, the
14   allegations contained therein are not asserted against the answering Defendant and, as such,
15   no answer thereto is required.

16   126.   Answering Paragraph 126 of the Third Amended Complaint filed herein, the
17   allegations contained therein are not asserted against the answering Defendant and, as such,
18   no answer thereto is required.

19   127.   Answering Paragraph 127 of the Third Amended Complaint filed herein, the
20   allegations contained therein are not asserted against the answering Defendant and, as such,
21   no answer thereto is required.

### SEVENTH CLAIM FOR RELIEF

#### Negligence

(By Plaintiffs against KYLE LAWRENCE, JERON JUSTICE, PETER

FUENTES, and CITY)

26   128.   Answering Paragraph 128 of the Third Amended Complaint filed herein,
27   Defendant incorporates by reference all preceding paragraphs of this Answer as though set
28   forth fully herein.

129.   Answering Paragraph 129 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

130.   Answering Paragraph 130 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

131.   Answering Paragraph 131 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

132.   Answering Paragraph 132 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

133.   Answering Paragraph 133 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133, and accordingly denies generally and specifically each, all and every allegation contained therein.

## **EIGHTH CLAIM FOR RELIEF**

### **Violation of Cal. Civil Code § 52.1**

(By Plaintiffs against KYLE LAWRENCE, JERON JUSTICE, PETER FUENTES, and CITY)

134.   Answering Paragraph 134 of the Third Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this Answer as though set forth fully herein.

135.   Answering Paragraph 135 of the Third Amended Complaint filed herein, Defendant alleges the first sentence in Paragraph 135 contains allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required. Defendant denies generally and specifically each, all and every remaining allegation contained in Paragraph 135.

136.   Answering Paragraph 136 of the Third Amended Complaint filed herein, Defendant admits that all material times DEFENDANT OFFICERS were working for the CITY and acting within the course and scope of their duties. Defendant denies generally and specifically each, all and every remaining allegation contained in Paragraph 136.

137.    Defendant denies generally and specifically each, all and every allegation contained in Paragraph 137.

138.    Defendant denies generally and specifically each, all and every allegation contained in Paragraph 138.

139.    Defendant denies generally and specifically each, all and every allegation contained in Paragraph 139.

140.    Defendant denies generally and specifically each, all and every allegation contained in Paragraph 140.

141.    Defendant denies generally and specifically each, all and every allegation contained in Paragraph 141.

142.    Defendant denies generally and specifically each, all and every allegation contained in Paragraph 142.

143.    Answering Paragraph 143 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143, and accordingly denies generally and specifically each, all and every allegation contained therein.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

As a First Affirmative Defense, Defendant asserts the Third Amended Complaint, and every purported cause of action in the Third Amended Complaint, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a Second Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have failed to allege or establish any violation or deprivation of a constitutional right of Plaintiffs' decedent and therefore the Third Amended Complaint fails to state any claim upon which relief can be granted against Defendant.

///

///

1

THIRD AFFIRMATIVE DEFENSE

2   As a Third Affirmative Defense, Defendant asserts that Plaintiffs, and each of them,

3 have failed to allege or establish any violation or deprivation of a constitutional right of any

4 Plaintiff and therefore the Third Amended Complaint fails to state any claim upon which relief

5 can be granted against Defendant.

6

FOURTH AFFIRMATIVE DEFENSE

7   As a Fourth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them,

8 have waived any and all claims Plaintiffs may have had against Defendant.

9

FIFTH AFFIRMATIVE DEFENSE

10   As a Fifth Affirmative Defense, Defendant asserts that Plaintiffs' claims are barred by

11 the statute of limitations.

12

SIXTH AFFIRMATIVE DEFENSE

13   As a Sixth Affirmative Defense, Defendant asserts that Defendant's police officers had

14 reasonable cause to detain and/or probable cause to arrest Plaintiff's decedent.

15

SEVENTH AFFIRMATIVE DEFENSE

16   As a Seventh Affirmative Defense, Defendant asserts that Plaintiffs' claims are barred

17 by California Government Code § 820.2 which provides immunity for discretionary acts of

18 public employees.

19

EIGHTH AFFIRMATIVE DEFENSE

20   As an Eighth Affirmative Defense, Defendant asserts that Plaintiffs' claims in whole

21 or in part, are barred by Government Code § 815.2(b) and § 820.4 which immunizes peace

22 officers from liability resulting from the execution or enforcement of any law.

23

NINTH AFFIRMATIVE DEFENSE

24   As a Ninth Affirmative Defense, Defendant asserts that at all times alleged in the Third

25 Amended Complaint, Defendant's police officers acted in good faith, without malice and

26 within the scope of the duties of peace officers of the City of Indio.

27 ///

28 ///

## TENTH AFFIRMATIVE DEFENSE

As the Tenth Affirmative Defense, Defendant asserts any damages incurred by Plaintiff's decedent or Plaintiffs was directly and proximately caused or contributed to by Plaintiff's decedent's own actions.

## ELEVENTH AFFIRMATIVE DEFENSE

As the Eleventh Affirmative Defense, Defendant alleges that if it is held liable for damages to any of the Plaintiffs or any other party in any amount, that Defendant is only severally liable in an amount equal to its apportioned share of liability for any damages suffered by the Plaintiffs or any other party. The fault, if any, of Defendant should be compared with the fault of other defendants or third parties and damages, if any, should be apportioned among the defendants or other parties in direct relation to each Defendant's or parties comparative fault. Defendant should be obligated to pay only such damages, if any, which are directly attributable to its percentage of comparative fault. To require Defendant to pay any more than its percentage of comparative fault violates equal protection and due process clauses of the Constitution of the United States and the Constitution of the State of California.

## TWELFTH AFFIRMATIVE DEFENSE

As the Twelfth Affirmative Defense, Defendant asserts any damages alleged by Plaintiffs were not proximately caused by any negligence, wrongful acts or omissions on the part of Defendant's employees.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a Thirteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have engaged in conduct with respect to the activities which are the subject of the Third Amended Complaint and by reason of said activities and conduct, Plaintiffs, and each of them, are estopped from asserting any claims of damages or seeking any other relief against Defendant.

///

///

<u>FOURTEENTH AFFIRMATIVE DEFENSE</u>

As the Fourteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, lack standing to bring all or some of the claims sought to be alleged in the Third Amended Complaint.

<u>FIFTEENTH AFFIRMATIVE DEFENSE</u>

As a Fifteenth Affirmative Defense, Defendant asserts that each and every purported cause of action sought to be alleged in the Third Amended Complaint is barred in whole or in part by the failure to comply with applicable claim submission requirements, including but not limited to those set forth in Government Code §905, §910, §911.2, §913, §915.2, §935, §945.4, §945.6 and §950.2.

<u>SIXTEENTH AFFIRMATIVE DEFENSE</u>

As the Sixteenth Affirmative Defense, Defendant alleges that, at all times and places set forth in the Third Amended Complaint, Plaintiff's decedent failed to exercise ordinary care on his own behalf which negligence and carelessness was a legal cause of some portion up to and including the whole thereof of the injuries and damages complained of in this action. Plaintiffs' recovery therefore, if any, against Defendant should be barred or reduced according to the principles of comparative negligence.

<u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>

As a Seventeenth Affirmative Defense, Defendant alleges that Plaintiffs, and each of them, have failed to exercise reasonable care and diligence to avoid loss and to minimize damages and that, therefore, Plaintiffs may not recover for losses which could have been prevented by reasonable efforts on their part or by expenditures which might reasonably have been made, and, therefore, Plaintiffs' recovery, if any, should be reduced by the failure to mitigate damages, if any there be.

<u>EIGHTEENTH AFFIRMATIVE DEFENSE</u>

As an Eighteenth Affirmative Defense, Defendant's employees acted at all times within the scope of discretion, in good faith, with due care, and pursuant to applicable rules, regulations, and practices reasonably and in good faith believed to be in accordance with the

Constitution and laws of the United States, and Defendant is therefore not liable.

### NINETEENTH AFFIRMATIVE DEFENSE

As a Nineteenth Affirmative Defense, Defendant alleges that decedent was guilty of willful misconduct and gross negligence and that such willful misconduct and gross negligence caused his death, and therefore, Plaintiffs' claims are barred thereby.

### TWENTIETH AFFIRMATIVE DEFENSE

As a Twentieth Affirmative Defense, Defendant asserts that any judgment entered herein against Defendant may be reduced pursuant to Government Code § 985 for collateral source payments.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

As a Twenty-First Affirmative Defense, Defendant is not liable for any injury caused by the alleged act or omission of others, pursuant to Government Code §§ 820.8 and 815.2.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

As a Twenty-Second Affirmative Defense, Plaintiffs' claims are barred in whole or in part by California Government Code § 815.2(b) which immunizes a public entity from liability for injuries arising from acts or omissions of an employee of the public entity where the employee is immune from liability.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

As a Twenty-Third Affirmative Defense, Defendant is informed and believes and thereon alleges that it is immune from liability pursuant to California Government Code § 820.4, as any act or omission alleged in the Third Amended Complaint was performed with due care and in the execution and enforcement of the laws of the State of California.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

As a Twenty-Fourth Affirmative Defense, Defendant is informed and believes and thereon alleges that it is immune from liability pursuant to California Government Code § 820.6, as any act or omission alleged in the Third Amended Complaint was performed in good faith and without malice.

///

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

As a Twenty-Fifth Affirmative Defense, Defendant is informed and believes and thereon alleges that it is immune from liability pursuant to California Penal Code § 847(b)(1).

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

As a Twenty-Sixth Affirmative Defense, Defendant is informed and believes and thereon alleges that it is entitled to immunity under Government Code § 815 subsections (a) and (b).

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

As a Twenty-Seventh Affirmative Defense, Defendant is informed and believes and based thereon alleges that it is immune from liability pursuant to California Government Code § 855.6.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs takes nothing by way of the Third Amended Complaint;

2. For costs of suit;

3. For reasonable attorneys' fees and other expenses; and

4. For such other and further relief as the Court deems just and proper.

McCORMICK, MITCHELL & RASMUSSEN

Dated: March 28, 2024                    /s/ Konrad M. Rasmussen

John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Brett L. Cirincione, Esq.
Attorneys for Defendant City of Indio