Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant,  COUNTY OF
RIVERSIDE, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ; CARMEN MATEI; and CHAD BIANCO, <br><br> Defendant. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge:  Wesley L. Hsu <br> Magistrate Judge:  Shashi H. Kewalramani <br><br> **DEFENDANTS CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, AND CARMEN MATEI'S ANSWER TO THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** <br><br> Filed on:          09/07/23 |

*///*

*///*

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, and CARMEN MATEI ("Defendants") answer the Third Amended Complaint ("TAC") of Plaintiffs ("Plaintiffs").  If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO COMPLAINT

1.     Answering Paragraph 1, Defendants admits that this Court has original jurisdiction of plaintiffs' federal claims pursuant to 28 U.S.C. § 1331 and §1343(a)(3)-(4), and that this Court has supplemental jurisdiction of plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

2.     Answering Paragraph 2, Defendants admit that venue is proper before this Court.  Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

3.     Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4.     Answering Paragraph 4, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5.     Answering Paragraph 5, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 5 further contains legal conclusions and argument as to which no response is required.

///

6.     Answering Paragraph 6, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 6 further contains legal conclusions and argument as to which no response is required.

7.     Answering Paragraph 7, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 7 further contains legal conclusions and argument as to which no response is required.

8.     Answering Paragraph 8, Defendants admit that the COUNTY OF RIVERSIDE, at all relevant times, was an incorporated public entity operating under the laws of the State of California.  Defendant further admit that Defendant CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ; CARMEN MATEI; and CHAD BIANCO were at all relevant times, employees of the County of Riverside. Except as expressly admitted herein, Defendants deny each and every allegation contained therein.

9.     Answering Paragraph 9, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 9 further contains legal conclusions and argument as to which no response is required.

10.     Answering Paragraph 10, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11.     Answering Paragraph 11, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12. Answering Paragraph 12, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14. Answering Paragraph 14, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15. Answering Paragraph 15, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16. Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17. Answering Paragraph 17, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18. Answering Paragraph 18, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.     Answering Paragraph 19, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 18 of the TAC.

20.     Answering Paragraph 20, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.     Answering Paragraph 21, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22.     Answering Paragraph 22, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23.     Answering Paragraph 23, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24.     Answering Paragraph 24, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25.     Answering Paragraph 25, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 25 further contains legal conclusions and argument as to which no response is required.

///

26.    Answering Paragraph 26, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27.    Answering Paragraph 27, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28.    Answering Paragraph 28, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 27 of the TAC.

29.    Answering Paragraph 29, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.    Answering Paragraph 30, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.    Answering Paragraph 31, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.    Answering Paragraph 32, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 32 further contains legal conclusions and argument as to which no response is required.

///

33.     Answering Paragraph 33, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.     Answering Paragraph 34, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 33 of the TAC.

35.     Answering Paragraph 35, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36.     Answering Paragraph 36, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.     Answering Paragraph 37, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.     Answering Paragraph 38, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39.     Answering Paragraph 39, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 39 further contains legal conclusions and argument as to which no response is required.

///

40.   Answering Paragraph 40, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.   Answering Paragraph 41, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.   Answering Paragraph 42, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43.   Answering Paragraph 43, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44.   Answering Paragraph 44, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.   Answering Paragraph 45, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 44 of the TAC.

46.   Answering Paragraph 46, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

///

47.     Answering Paragraph 47, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.     Answering Paragraph 48, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49.     Answering Paragraph 49, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50.     Answering Paragraph 50, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 50 further contains legal conclusions and argument as to which no response is required.

51.     Answering Paragraph 51, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 51 further contains legal conclusions and argument as to which no response is required.

52.     Answering Paragraph 52, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 52 further contains legal conclusions and argument as to which no response is required.

53.     Answering Paragraph 53, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 53 further contains legal conclusions and argument as to which no response is required.

54.     Answering Paragraph 54, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 54 further contains legal conclusions and argument as to which no response is required.

55.     Answering Paragraph 55, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 55 further contains legal conclusions and argument as to which no response is required.

56.     Answering Paragraph 56, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 56 further contains legal conclusions and argument as to which no response is required.

57.     Answering Paragraph 57, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 57 further contains legal conclusions and argument as to which no response is required.

58.     Answering Paragraph 58, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59.     Answering Paragraph 59, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60.     Answering Paragraph 60, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61.    Answering Paragraph 61, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62.    Answering Paragraph 62, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63.    Answering Paragraph 63, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64.    Answering Paragraph 64, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 63 of the TAC.

65.    Answering Paragraph 65, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66.    Answering Paragraph 66, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67.    Answering Paragraph 67, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

///

68.     Answering Paragraph 68, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69.     Answering Paragraph 69, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70.     Answering Paragraph 70, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71.     Answering Paragraph 71, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72.     Answering Paragraph 72, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73.     Answering Paragraph 73, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 73 further contains legal conclusions and argument as to which no response is required.

74.     Answering Paragraph 74, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 74 further contains legal conclusions and argument as to which no response is required.

75.     Answering Paragraph 75, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 74 of the TAC.

76.     Answering Paragraph 76, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77.     Answering Paragraph 77, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78.     Answering Paragraph 78, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79.     Answering Paragraph 79, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 79 further contains legal conclusions and argument as to which no response is required.

80.     Answering Paragraph 80, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 80 further contains legal conclusions and argument as to which no response is required.

81.     Answering Paragraph 81, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 81 further contains legal conclusions and argument as to which no response is required.

///

82.    Answering Paragraph 82, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 82 further contains legal conclusions and argument as to which no response is required.

83.    Answering Paragraph 83, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 83 further contains legal conclusions and argument as to which no response is required.

84.    Answering Paragraph 84, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 84 further contains legal conclusions and argument as to which no response is required.

85.    Answering Paragraph 85, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 84 of the TAC.

86.    Answering Paragraph 86, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87.    Answering Paragraph 87, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88.    Answering Paragraph 88, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 88 further contains legal conclusions and argument as to which no response is required.

///

89.     Answering Paragraph 89, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 89 further contains legal conclusions and argument as to which no response is required.

90.     Answering Paragraph 90, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 90 further contains legal conclusions and argument as to which no response is required.

91.     Answering Paragraph 91, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 91 further contains legal conclusions and argument as to which no response is required.

92.     Answering Paragraph 92, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 92 further contains legal conclusions and argument as to which no response is required.

93.     Answering Paragraph 93,  Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 93 further contains legal conclusions and argument as to which no response is required.

94.     Answering Paragraph 94, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 94 further contains legal conclusions and argument as to which no response is required.

95.     Answering Paragraph 95, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 95 further contains legal conclusions and argument as to which no response is required.

96.     Answering Paragraph 96, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 96 further contains legal conclusions and argument as to which no response is required.

97.     Answering Paragraph 97, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 97 further contains legal conclusions and argument as to which no response is required.

98.     Answering Paragraph 98, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 98 further contains legal conclusions and argument as to which no response is required.

99.     Answering Paragraph 99, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 99 further contains legal conclusions and argument as to which no response is required.

100.    Answering Paragraph 100, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 100 further contains legal conclusions and argument as to which no response is required.

101.    Answering Paragraph 101, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 101 further contains legal conclusions and argument as to which no response is required.

102.    Answering Paragraph 102, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 102 further contains legal conclusions and argument as to which no response is required.

103.   Answering Paragraph 103, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 103 further contains legal conclusions and argument as to which no response is required.

104.   Answering Paragraph 104, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 104 further contains legal conclusions and argument as to which no response is required.

105.   Answering Paragraph 105, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 105 further contains legal conclusions and argument as to which no response is required.

106.   Answering Paragraph 106, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 106 further contains legal conclusions and argument as to which no response is required.

107.   Answering Paragraph 107, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 106 of the TAC.

108.   Answering Paragraph 108, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 108 further contains legal conclusions and argument as to which no response is required.

109.   Answering Paragraph 109, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 109 further contains legal conclusions and argument as to which no response is required.

110.   Answering Paragraph 110, Defendants lack sufficient knowledge or

information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 110 further contains legal conclusions and argument as to which no response is required.

111. Answering Paragraph 111, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 111 further contains legal conclusions and argument as to which no response is required.

112. Answering Paragraph 112, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 112 further contains legal conclusions and argument as to which no response is required.

113. Answering Paragraph 113, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 113 further contains legal conclusions and argument as to which no response is required.

114. Answering Paragraph 114, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 114 further contains legal conclusions and argument as to which no response is required.

115. Answering Paragraph 115, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 115 further contains legal conclusions and argument as to which no response is required.

116. Answering Paragraph 116, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 116 further contains legal conclusions and argument as to which no response is required.

117. Answering Paragraph 117, Defendants lack sufficient knowledge or

1   information to form a belief concerning the truth of the factual allegations contained

2   therein and on that basis deny such allegations.  Paragraph 179 further contains legal

3   conclusions and argument as to which no response is required.

4       118.   Answering Paragraph 118, Defendants lack sufficient knowledge or

5   information to form a belief concerning the truth of the factual allegations contained

6   therein and on that basis deny such allegations.  Paragraph 118 further contains legal

7   conclusions and argument as to which no response is required.

8       119.   Answering Paragraph 119, Defendants lack sufficient knowledge or

9   information to form a belief concerning the truth of the factual allegations contained

10  therein and on that basis deny such allegations.  Paragraph 119 further contains legal

11  conclusions and argument as to which no response is required.

12      120.   Answering Paragraph 120, Defendants lack sufficient knowledge or

13  information to form a belief concerning the truth of the factual allegations contained

14  therein and on that basis deny such allegations.  Paragraph 120 further contains legal

15  conclusions and argument as to which no response is required.

16      121.   Answering Paragraph 121, Defendants lack sufficient knowledge or

17  information to form a belief concerning the truth of the factual allegations contained

18  therein and on that basis deny such allegations.  Paragraph 121 further contains legal

19  conclusions and argument as to which no response is required.

20      122.   Answering Paragraph 122, Defendants lack sufficient knowledge or

21  information to form a belief concerning the truth of the factual allegations contained

22  therein and on that basis deny such allegations.  Paragraph 122 further contains legal

23  conclusions and argument as to which no response is required.

24      123.   Answering Paragraph 123, Defendants lack sufficient knowledge or

25  information to form a belief concerning the truth of the factual allegations contained

26  therein and on that basis deny such allegations.  Paragraph 123 further contains legal

27  conclusions and argument as to which no response is required.

28      124.   Answering Paragraph 124, Defendants lack sufficient knowledge or

MANNING | KASS

information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 124 further contains legal conclusions and argument as to which no response is required.

125.   Answering Paragraph 125, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 125 further contains legal conclusions and argument as to which no response is required.

126.   Answering Paragraph 126, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 126 further contains legal conclusions and argument as to which no response is required.

127.   Answering Paragraph 127, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 127 further contains legal conclusions and argument as to which no response is required.

128.   Answering Paragraph 128, Defendant repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 127 of the TAC.

127.   Answering Paragraph 127, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 127 further contains legal conclusions and argument as to which no response is required.

128.   Answering Paragraph 128, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.  Paragraph 128 further contains legal conclusions and argument as to which no response is required.

129.   Answering Paragraph 129, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis deny such allegations. Paragraph 129 further contains legal conclusions and argument as to which no response is required.

130. Answering Paragraph 130, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 130 further contains legal conclusions and argument as to which no response is required.

131. Answering Paragraph 131, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 131 further contains legal conclusions and argument as to which no response is required.

132. Answering Paragraph 132, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 132 further contains legal conclusions and argument as to which no response is required.

133. Answering Paragraph 133, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 133 further contains legal conclusions and argument as to which no response is required.

134. the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 133 of the TAC.

135. Answering Paragraph 135, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 135 further contains legal conclusions and argument as to which no response is required.

136. Answering Paragraph 136, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 136 further contains legal

1 conclusions and argument as to which no response is required.

2       137.    Answering Paragraph 137, Defendants lack sufficient knowledge or
3 information to form a belief concerning the truth of the factual allegations contained
4 therein and on that basis deny such allegations.  Paragraph 137 further contains legal
5 conclusions and argument as to which no response is required.

6       138.    Answering Paragraph 138, Defendants lack sufficient knowledge or
7 information to form a belief concerning the truth of the factual allegations contained
8 therein and on that basis deny such allegations.  Paragraph 138 further contains legal
9 conclusions and argument as to which no response is required.

10       139.    Answering Paragraph 139, Defendants lack sufficient knowledge or
11 information to form a belief concerning the truth of the factual allegations contained
12 therein and on that basis deny such allegations.  Paragraph 139 further contains legal
13 conclusions and argument as to which no response is required.

14       140.    Answering Paragraph 140, Defendants lack sufficient knowledge or
15 information to form a belief concerning the truth of the factual allegations contained
16 therein and on that basis deny such allegations.  Paragraph 140 further contains legal
17 conclusions and argument as to which no response is required.

18       141.    Answering Paragraph 141, Defendants lack sufficient knowledge or
19 information to form a belief concerning the truth of the factual allegations contained
20 therein and on that basis deny such allegations.  Paragraph 141 further contains legal
21 conclusions and argument as to which no response is required.

22       142.    Answering Paragraph 142, Defendants lack sufficient knowledge or
23 information to form a belief concerning the truth of the factual allegations contained
24 therein and on that basis deny such allegations.  Paragraph 142 further contains legal
25 conclusions and argument as to which no response is required.

26       143.    Answering the Prayer for Relief, including subsections (A) through (H),
27 Defendants deny that Plaintiffs are entitled to the relief requested.

28 ///

DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

**AFFIRMATIVE DEFENSES**

Defendants plead the following separate defenses.  Defendants reserve the right to assert additional affirmative defenses that discovery indicates are proper.

**FIRST AFFIRMATIVE DEFENSE**

**(Tort Claims Act Violation)**

1.    This action is barred by the plaintiff(s)' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

**SECOND AFFIRMATIVE DEFENSE**

**(Waiver, Estoppel, Unclean Hands)**

2.    Defendants allege that plaintiffs' actions are barred by reason of conduct, actions and inactions of plaintiffs and/or plaintiffs' decedent which amount to and constitute a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the TAC, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

**THIRD AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

3.    Plaintiffs' claims are barred or limited to the extent plaintiffs failed to mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

**FOURTH AFFIRMATIVE DEFENSE**

**(Contributory and/or Comparative Liability)**

4.    Plaintiffs' claims are barred or limited by plaintiff(s)' and/or plaintiffs'

DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent the plaintiffs suffered any injury or damages, it was the result of plaintiffs' own negligent or deliberate actions or omissions.

5.     Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs was caused solely by reason of the plaintiff(s)' wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the TAC, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

## FIFTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

6.     There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

7.     Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

8.     Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

9.     Defendant(s) are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

///

**SIXTH AFFIRMATIVE DEFENSE**

**(Qualified Immunity & Good Faith Immunity)**

10.     The individual Defendants are immune from liability under the Federal Civil Rights Act because a reasonable deputy could believe that his acts and conduct were appropriate.  The individual Defendant are immune from liability under the Federal Civil Rights Act because their individual conduct did not violate clearly established constitutional rights of which a reasonable person would have known.

11.     At all relevant times, the involved deputies acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

12.     At the time and place referred to in the TAC, and before such event, plaintiffs' decedent knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury and/or lawful deprivation of right(s).

**EIGHTH AFFIRMATIVE DEFENSE**

13.     To the extent that the TAC attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to plaintiffs; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the

failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the TAC. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

**NINTH AFFIRMATIVE DEFENSE**

14. The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

**TENTH AFFIRMATIVE DEFENSE**

15. The plaintiffs' claims related to a peace officer's use of force are barred because a peace officer making a detention or arrest need not retreat in the face of a suspect's resistance and cannot be deemed to be the aggressor or lose his right to lawful self-defense and/or defense of others by using force.

16. Defendant contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiffs' TAC. Accordingly, Defendant expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

WHEREFORE, Defendants pray for relief as follows:

1. That the Third Amended Complaint be dismissed with prejudice and in its entirety;

2. That Plaintiffs take nothing by reason of this Third Amended Complaint and that judgment be entered against Plaintiffs and in favor of Defendant;

3. That Defendants be awarded its costs incurred in defending this action;

///

DEFENDANTS' ANSWER TO THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

MANNING | KASS

1      4.     That Defendants be granted such other and further relief as the Court

2  may deem just and proper.

3  DATED:  April 11, 2024            **MANNING & KASS**
                                     **ELLROD, RAMIREZ, TRESTER LLP**

4

5

6                                   By:      /s/ Kayleigh Andersen

7                                        Eugene P. Ramirez

8                                        Kayleigh A. Andersen
                                         Attorneys for Defendants,  COUNTY OF
9                                        RIVERSIDE, et al.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DEMAND FOR JURY TRIAL**

Defendants hereby demand trial of this matter by jury.

DATED:  April 11, 2024          **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**


By:  _____ /s/ Kayleigh Andersen _____
        Eugene P. Ramirez
        Kayleigh A. Andersen
        Attorneys for Defendants,  COUNTY OF
        RIVERSIDE, et al.