Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge: Wesley L. Hsu <br> Magistrate Judge: Shashi H. Kewalramani <br><br> **STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES** <br><br> [*Proposed Order Filed Concurrently*] <br><br> Complaint Served: September 14, 2023 |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased ("Plaintiffs"), Defendants COUNTY OF RIVERSIDE, CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI, and CHAD BIANCO (hereinafter collectively referred to as "County

**STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**

Defendants"), and Defendants CITY OF INDIO and KYLE LAWRENCE (hereinafter collectively referred to as "City Defendants"), as follows:

**GOOD CAUSE STATEMENT.**

1. This is a complicated wrongful death civil rights case involving the Riverside County Sheriff's Department and City of Indio Police Department. The original Complaint was filed on September 7, 2023.

2. After multiple pleading motions, with the exception of Defendant Kyle Lawrence, the other individual defendants were added as defendants in the Second Amended Complaint on January 8, 2024. [Dkt. Doc. 43]. The Third Amended Complaint was filed on March 14, 2024, and added the last individual defendant Carmen Matei [Dkt. Doc. 64]. All County Defendants, with the exception of Sheriff Chad Bianco, have been served and have filed answers to the Third Amended Complaint. At the time of this stipulation, not all City Defendants have been served or filed responsive pleadings to the Third Amended Complaint.

3. The Court issued the Civil Pretrial Schedule and Trial Order on December 1, 2023 prior to the addition of 13 of the 14 individual defendants in this matter. [Dkt. Doc. 32].

4. The parties have been diligently engaged in written discovery, including multiple rounds of supplemental disclosures and document production. Plaintiffs are seeking to take the depositions of the thirteen recently-added defendants from Riverside County and the City of Indio, which due to pre-existing scheduling conflicts of counsel of record, will be conducted on various dates between late April and June 2024. Defendants will be taking the depositions of the Plaintiffs after the depositions of the individual defendants are complete. Defendants also anticipate taking the depositions of witnesses to the arrest of the decedent, as well as potentially other inmates in the Riverside County jail.

5. Due to the anticipated large number of depositions that will need to be taken, including the defendants, percipient witnesses, plaintiffs, and the County's and

1 City's PMKs, the parties believe that additional time is necessary to conduct crucial
2 discovery.

3     6. In order to conduct all of the depositions and remaining discovery with
4 sufficient time before expert disclosures and to allow the parties to engage in a
5 meaningful mediation, the parties are informed and believe that there is good cause
6 for a continuance of the scheduling order deadlines, in this matter.

7     7. This is the first request by the parties for a continuance of the Court's
8 scheduling order deadlines in this matter.

9 **STIPULATION RE CONTINUANCE OF SCHEDULING ORDER**
10 **DEADLINES.**

11     8. Accordingly, in light of the foregoing Good Cause, the parties hereby
12 stipulate and request a continuance of the Court's scheduling order and case
13 management deadlines along the following lines:

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ////
24 ///
25 ///
26 ///
27 ///
28 ///

3

**STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | 06/28/24 | 01/03/25 |
| **Initial Expert Disclosures** | 07/05/24 | 01/10/25 |
| **Rebuttal Expert Disclosures** | 07/26/24 | 01/31/25 |
| **Expert Discovery Cut-Off** | 08/09/24 | 02/14/25 |
| **MSJ Hearing Deadline** | 08/09/24 | 02/14/25 |
| **Deadline to Conduct Settlement Conference** | 09/27/24 | 04/04/25 |
| **First Round Pre-trial Filings** | 10/04/24 | 04/11/25 |
| **Second Round Pre-trial Filings** | 10/18/24 | 04/25/25 |
| **Final Pre-Trial Conference** | 10/25/24 at 3:00 p.m. | 05/02/25 at 3:00 p.m. |
| **Trial** | 11/12/24 at 9:00 a.m. | 05/20/25 at 9:00 a.m. |

9.  Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling order [*e.g.* Doc. 32] shall remain unchanged and unaffected by the parties' stipulation.

10.  This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED.**

4

**STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES**

DATED: April 19, 2024     **MANNING & KASS**
                          **ELLROD, RAMIREZ, TRESTER LLP**

By: _____*/s/ Kayleigh A. Andersen*_____
Kayleigh Andersen
Attorneys for Defendants, COUNTY OF RIVERSIDE, et al.

DATED: April 19, 2024     **LAW OFFICES OF DALE K. GALIPO**

By: _____*/s/ Cooper Alison-Mayne*_____
Dale K. Galipo, Esq.
Cooper Alison-Mayne Esq.
Attorneys for Plaintiffs, ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased

DATED: April 19, 2024     **McCORMICK, MITCHELL & RASMUSSEN**

By: _____*/s/ Konrad Rasmussen*_____
Konrad M. Rasmussen
Attorney for Defendants, CITY OF INDIO, et al.