**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE; CITY OF INDIO; Kyle Lawrence; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-01825-WLH-SHK <br><br> District Judge: Wesley L. Hsu <br> Magistrate Judge: Shashi H. Kewalramani <br><br> **[PROPOSED] ORDER RE STIPULATION AND JOINT REQUEST FOR AN ORDER CONTINUING COURT'S SCHEDULING ORDER DEADLINES** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the operative scheduling order deadlines

[see Doc. 32] are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Non-Expert Discovery Cut-Off** | 06/28/24 | 01/03/25 |
| **Initial Expert Disclosures** | 07/05/24 | 01/10/25 |
| **Rebuttal Expert Disclosures** | 07/26/24 | 01/31/25 |
| **Expert Discovery Cut-Off** | 08/09/24 | 02/14/25 |
| **MSJ Hearing Deadline** | 08/09/24 | 02/14/25 |
| **Deadline to Conduct Settlement Conference** | 09/27/24 | 04/04/25 |
| **First Round Pre-trial Filings** | 10/04/24 | 04/11/25 |
| **Second Round Pre-trial Filings** | 10/18/24 | 04/25/25 |
| **Final Pre-Trial Conference** | 10/25/24 at 3:00 p.m. | 05/02/25 at 3:00 p.m. |
| **Trial** | 11/12/24 at 9:00 a.m. | 05/20/25 at 9:00 a.m. |

9. Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling order [*e.g.* Doc. 32] shall remain unchanged and unaffected by the parties' stipulation.

**IT IS SO ORDERED.**

DATED: _____, 2024        **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____
Hon. Wesley L. Hsu,
UNITED STATES DISTRICT JUDGE