1

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333

2

3

4

5

**THE LAW OFFICE OF BRADLEY I. KRAMER**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600

6

7

8

*Attorneys for Plaintiffs*

9

10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12

ROSA ZAZUETA, OCTAVIO
ZAZUETA, individually and as
successors-in-interest to OCTAVIO
ZAZUETA Jr., deceased;

Case No. 5:23-cv-1825-WLH-SHK

13

14

15

                          Plaintiffs,

**PROOF OF SERVICE OF
SUMMONS AND COMPLAINT**

16

              vs.

17

COUNTY OF RIVERSIDE; CITY
OF INDIO; KYLE LAWRENCE;
JERON JUSTICE; PETER
FUENTES; CARSON VENTURA;
TAYLOR SMITH; MARK
HERMOSILLA; LUIS MONTEZ
AVILA; ALLYSON TOVAR; JUAN
VIRAMONTES; LAWRENCE
PONCE; YURI LOPEZ,
ALEJANDRO VELAZQUEZ,
CARMEN MATEI; and CHAD
BIANCO, inclusive,

18

19

20

21

22

23

24

25

                          Defendants.

26

27

28

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Third Amended Complaint, Third Amended Summons, and other documents on Defendant Alejandro Velazquez (attached hereto as Exhibit "A").

DATED: April 25, 2024

LAW OFFICES OF DALE K. GALIPO

By:  _/s / Dale K. Galipo_

Dale K. Galipo Attorney for Plaintiffs

Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO.  | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiffs: | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS:   350 W. 1st Street, Courtroom
CITY AND ZIP CODE:   Los Angeles, California 90012
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COUNTY OF RIVERSIDE; et al. | 5:23-cv-1825-WLH-SHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>2303476KA |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served):*
   **ALEJANDRO VELAZQUEZ**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **John J. Benoit Detention Center**
4. Address where the party was served:  **82675 CA-111**
   **Indio, CA 92201**
5. I served the party *(check proper box)*

   a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **4/3/2024**  at  *(time):* **11:00 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Deputy Botros, Officer**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* **4/3/2024** from *(city):* **Riverside**          **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2303476** |
|---|---|---|

Plaintiff: **ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to** OCTAVIO ZAZUETA Jr., deceased;

Defendant: **COUNTY OF RIVERSIDE; et al.**

CASE NUMBER: **5:23-cv-1825-WLH-SHK**

---

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **ALEJANDRO VELAZQUEZ**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                       ☑ other: **FRCP (4 )(i)(1 )(A)(i)**

7. **Person who served papers**

a. Name:  **Nicole Renee Castillo - Ace Attorney Service, Inc.**

b. Address:  **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

c. Telephone number:  **(213) 623-3979**

d. **The fee** for service was: **$ 220.25**

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

        (i) ☐ owner   ☐ employee   ☑ independent contractor.

        (ii) Registration No.: **PS-001969**

        (iii) County: **RIVERSIDE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

    Date: **4/15/2024**

 

**Nicole Renee Castillo**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)
    ▶
        (Signature - Per CC §1633.7)

---

**PROOF OF SERVICE OF SUMMONS**

## ATTACHED LIST OF DOCUMENTS

**THIRD AMENDED COMPLAINT SUMMONS ON  CIVIL ACTION;**

**THIRD AMENDED COMPLAINT;**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1);**

**STANDING ORDER FOR MOTIONS FOR SUMMARY JUDGMENT;**

**ORDER/REFERRAL TO ADR;**

**STANDING ORDER FOR NEWLY ASSIGNED CIVIL CASES;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**