1

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333

2

3

4

5

**THE LAW OFFICE OF BRADLEY I. KRAMER**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600

6

7

8

*Attorneys for Plaintiffs*

9

10

### UNITED STATES DISTRICT COURT

11

### CENTRAL DISTRICT OF CALIFORNIA

12

ROSA ZAZUETA, OCTAVIO
ZAZUETA, individually and as
successors-in-interest to OCTAVIO
ZAZUETA Jr., deceased;

Case No. 5:23-cv-1825-WLH-SHK

13

14

15

Plaintiffs,

**PROOF OF SERVICE OF
SUMMONS AND COMPLAINT**

16

vs.

17

COUNTY OF RIVERSIDE; CITY
OF INDIO; KYLE LAWRENCE;
JERON JUSTICE; PETER
FUENTES; CARSON VENTURA;
TAYLOR SMITH; MARK
HERMOSILLA; LUIS MONTEZ
AVILA; ALLYSON TOVAR; JUAN
VIRAMONTES; LAWRENCE
PONCE; YURI LOPEZ,
ALEJANDRO VELAZQUEZ,
CARMEN MATEI; and CHAD
BIANCO, inclusive,

18

19

20

21

22

23

24

25

Defendants.

26

27

28

---

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1 **TO THIS HONORABLE COURT:**

2    In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and

3  Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of

4  the Third Amended Complaint, Third Amended Summons, and other documents

5  on Defendant Carmen Matei (attached hereto as Exhibit "A").

6

7   DATED: April 25, 2024                    LAW OFFICES OF DALE K. GALIPO

8                               By:  */s / Dale K. Galipo*

9                                    Dale K. Galipo Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiffs; | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS:   350 W. 1st Street, Courtroom
CITY AND ZIP CODE:   Los Angeles, California 90012
BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased | |
|---|---|
| DEFENDANT/RESPONDENT: COUNTY OF RIVERSIDE; et al. | CASE NUMBER:<br>5:23-cv-1825-WLH-SHK |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>2303478KA |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*
   **CARMEN MATEI**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:   **John J. Benoit Detention Center**
   **82675 CA-111**
   **Indio, CA 92201**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 4/3/2024   at   *(time):* **11:00 AM**   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Deputy Botros, Officer**

      (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):* **4/3/2024**  from *(city):* **Riverside**          **or** ☐  a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/2303478**

| Plaintiff: ROSA ZAZUETA, OCTAVIO ZAZUETA, Individually and as successors-in-interest to, OCTAVIO ZAZUETA Jr., deceased | CASE NUMBER: |
|---|---|
| Defendant: **COUNTY OF RIVERSIDE; et al.** | **5:23-cv-1825-WLH-SHK** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **CARMEN MATEI**

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP (4 )(i)(1 )(A)(i)** |

7. **Person who served papers**

    a. Name: **Nicole Renee Castillo - Ace Attorney Service, Inc.**

    b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

    c. Telephone number: **(213) 623-3979**

    d. **The fee** for service was: **$ 220.25**

    e. I am:

      (1) ☐ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

      (3) ☑ registered California process server:

        (i) ☐ owner      ☐ employee      ☑ independent contractor.

        (ii) Registration No.: **PS-001969**

        (iii) County: **RIVERSIDE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/15/2024**

| | |
|---|---|
| **Nicole Renee Castillo** | ▶ |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |

**ATTACHED LIST OF DOCUMENTS**


**THIRD AMENDED COMPLAINT SUMMONS ON  CIVIL ACTION;**

**THIRD AMENDED COMPLAINT;**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1);**

**STANDING ORDER FOR MOTIONS FOR SUMMARY JUDGMENT;**

**ORDER/REFERRAL TO ADR;**

**STANDING ORDER FOR NEWLY ASSIGNED CIVIL CASES;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**