**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333

**THE LAW OFFICE OF BRADLEY I. KRAMER**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI; and CHAD BIANCO, inclusive,<br><br>Defendants. | Case No. 5:23-cv-1825-WLH-SHK<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Third Amended Complaint, Third Amended Summons, and other documents on Defendant Taylor Smith (attached hereto as Exhibit "A").

DATED: April 25, 2024

LAW OFFICES OF DALE K. GALIPO

By: */s / Dale K. Galipo*
Dale K. Galipo Attorney for Plaintiffs

-1-
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dale K. Galipo (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 W. 1st Street, Courtroom
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF/PETITIONER: ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased

DEFENDANT/RESPONDENT: COUNTY OF RIVERSIDE; et al.

CASE NUMBER: 5:23-cv-1825-WLH-SHK

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2303471KA

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: SEE ATTACHED LIST OF DOCUMENTS
3. a. Party served *(specify name of party as shown on documents served)*:
   **TAYLOR SMITH**
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **John J. Benoit Detention Center**
   **82675 CA-111**
   **Indio, CA 92201**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 4/3/2024 at *(time)*: 11:00 AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Deputy Botros, Officer**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
       *(date)*: 4/3/2024  from *(city)*: Riverside       or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2303471

| | |
|---|---|
| Plaintiff: ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased<br>Defendant: COUNTY OF RIVERSIDE; et al. | CASE NUMBER:<br>5:23-cv-1825-WLH-SHK |

  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **TAYLOR SMITH**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                              ☑ other: **FRCP (4)(i)(1)(A)(i)**

7. **Person who served papers**
  a. Name: **Nicole Renee Castillo - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 220.25**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner     ☐ employee     ☑ independent contractor.
        (ii) Registration No.: **PS-001969**
        (iii) County: **RIVERSIDE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/15/2024**

          **Nicole Renee Castillo**         ▶     *(Signature—Per CC §1633.7)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

## ATTACHED LIST OF DOCUMENTS

THIRD AMENDED COMPLAINT SUMMONS ON CIVIL ACTION;

THIRD AMENDED COMPLAINT;

CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1);

STANDING ORDER FOR MOTIONS FOR SUMMARY JUDGMENT;

ORDER/REFERRAL TO ADR;

STANDING ORDER FOR NEWLY ASSIGNED CIVIL CASES;

NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES