**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333

**THE LAW OFFICE OF BRADLEY I. KRAMER**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI; and CHAD BIANCO, inclusive,<br><br>Defendants. | Case No. 5:23-cv-1825-WLH-SHK<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Third Amended Complaint, Third Amended Summons, and other documents on Defendant Juan Viramontes (attached hereto as Exhibit "A").

DATED: April 25, 2024

LAW OFFICES OF DALE K. GALIPO

By: */s / Dale K. Galipo*
Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO.  \| E-MAIL ADDRESS: dalekgalipo@yahoo.com; cmayne@galipolaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs: | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West 1st Street, Courtroom 9B, 9th Floor
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;
DEFENDANT/RESPONDENT: COUNTY OF RIVERSIDE; et al.

CASE NUMBER: 5:23-cv-1825-WLH-SHK

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2303686RC

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SEE ATTACHED LIST OF DOCUMENTS**
3. a. Party served *(specify name of party as shown on documents served)*:
   **JUAN VIRAMONTES**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Deputy Crawford - Authorized person to accept service of process**
   Age: 40's | Weight: 190 lbs | Hair: Blonde | Sex: Male | Height: 5'10 | Eyes: Blue | Race: White

4. Address where the party was served: **BLYTHE JAIL**
   **230 North Spring Street**
   **Blythe, CA 92225**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/19/2024**   (2) at *(time)*: **8:53 AM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS010-1/2303686

| | |
|---|---|
| Plaintiff: ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br>Defendant: COUNTY OF RIVERSIDE; et al. | CASE NUMBER:<br>5:23-cv-1825-WLH-SHK |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                    (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **JUAN VIRAMONTES**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)                     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)          ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                             ☐ 415.46 (occupant)
                                                                                                ☑ other: **FRCP 4(e)(2)(B)**

7. **Person who served papers**
   a. Name: **Nicole Renee Castillo - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 334.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner     ☐ employee     ☑ independent contractor.
        (ii) Registration No.: **PS-001969**
        (iii) County: **RIVERSIDE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/26/2024**

      **Nicole Renee Castillo**         ▶         */s/ [signature]*
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)         (Signature - Per CC §1633.7)

**ATTACHED LIST OF DOCUMENTS**

**THIRD AMENDED COMPLAINT SUMMONS ON CIVIL ACTION;**

**THIRD AMENDED COMPLAINT;**

**CIVIL COVER SHEET;**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

**NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

**STANDING ORDER FOR NEWLY ASSIGNED CIVIL CASES;**

**ORDER/REFERRAL TO ADR;**

**STANDING ORDER FOR MOTIONS FOR SUMMARY JUDGMENT;**

**NOTICE OF ASSIGNMENT OF PANEL MEDIATOR;**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**