John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel:  (619) 235-8444
Fax:  (619) 294-8447

Attorneys for Defendants CITY OF INDIO, KYLE LAWRENCE
JERON JUSTICE and PETER FUENTES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br>                    Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**JERON JUSTICE' ANSWER TO THIRD AMENDED COMPLAINT** |

COMES NOW Defendant Jeron Justice by and through his counsel of record, and answers Plaintiffs' Third Amended Complaint on file herein, denying and alleging as follows:

### <u>JURISDICTION AND VENUE</u>

1.     Answering Paragraph 1 of the Third Amended Complaint filed herein, Defendant alleges Paragraph 1 contains jurisdictional allegations that present legal

///

conclusions and questions of law to be determined by the Court to which no answer is required.

2.    Answering Paragraph 2 of the Third Amended Complaint filed herein, Defendant alleges Paragraph 2 contains venue allegations that present legal conclusions and questions of law to be determined by the Court to which no answer is required.

## INTRODUCTION

3.    Answering Paragraph 3 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and accordingly denies generally and specifically each, all and every allegation contained therein.

## PARTIES

4.    Answering Paragraph 4 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and accordingly denies generally and specifically each, all and every allegation contained therein.

5.    Answering Paragraph 5 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and accordingly denies generally and specifically each, all and every allegation contained therein.

6.    Answering Paragraph 6 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and accordingly denies generally and specifically each, all and every allegation contained therein.

7.    Answering Paragraph 7 of the Third Amended Complaint filed herein, Defendant admits that, at all relevant times, he was employed by Defendant City of Indio. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 7, and accordingly denies

1  generally and specifically each, all and every allegation contained therein.

2      8.    Answering Paragraph 8 of the Third Amended Complaint filed herein,

3  Defendant is without knowledge or information sufficient to form a belief as to the

4  truth of the allegations contained in Paragraph 8, and accordingly denies generally and

5  specifically each, all and every allegation contained therein.

6      9.    Answering Paragraph 9 of the Third Amended Complaint filed herein,

7  Defendant admits at all relevant times he was duly appointed by City as an Indio Police

8  Officer and employee of City and was acting under color of law within the course and

9  scope of his duties as a police officer for the Indio Police Department. Defendant is

10 without knowledge or information sufficient to form a belief as to the truth of the

11 remaining allegations contained in Paragraph 9, and accordingly denies generally and

12 specifically each, all and every allegation contained therein.

13     10.   Answering Paragraph 10 of the Third Amended Complaint filed herein,

14 Defendant is without knowledge or information sufficient to form a belief as to the

15 truth of the allegations contained in Paragraph 10, and accordingly denies generally

16 and specifically each, all and every allegation contained therein.

17     11.   Answering Paragraph 11 of the Third Amended Complaint filed herein,

18 Defendant is without knowledge or information sufficient to form a belief as to the

19 truth of the allegations contained in Paragraph 11, and accordingly denies generally

20 and specifically each, all and every allegation contained therein.

21     12.   Answering Paragraph 12 of the Third Amended Complaint filed herein,

22 Defendant is without knowledge or information sufficient to form a belief as to the

23 truth of the allegations contained in Paragraph 12, and accordingly denies generally

24 and specifically each, all and every allegation contained therein.

25     13.   Answering Paragraph 13 of the Third Amended Complaint filed herein,

26 Defendant is without knowledge or information sufficient to form a belief as to the

27 truth of the allegations contained in Paragraph 13, and accordingly denies generally

28 and specifically each, all and every allegation contained therein.

14.    Answering Paragraph 14 of the Third Amended Complaint filed herein, admits he is a resident of the County of Riverside. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14, and accordingly denies generally and specifically each, all and every allegation contained therein.

15.    Answering Paragraph 15 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15, and accordingly denies generally and specifically each, all and every allegation contained therein.

16.    Answering Paragraph 16 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16, and accordingly denies generally and specifically each, all and every allegation contained therein.

17.    Answering Paragraph 17 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and accordingly denies generally and specifically each, all and every allegation contained therein.

18.    Answering Paragraph 18 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18, and accordingly denies generally and specifically each, all and every allegation contained therein.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

19.    Answering Paragraph 19 of the Third Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this Answer as though set forth fully herein.

20.    Answering Paragraph 20 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

21.     Answering Paragraph 21 of the Third Amended Complaint filed herein, Defendant admits DEFENDANT OFFICERS arrived at 84054 Indio Springs Drive, Indio, CA for a wellness check call on the DECEDENT. Defendant admits he did not call paramedics or issue medical treatment to Decedent. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21, and accordingly denies generally and specifically each, all and every allegation contained therein.

22.     Answering Paragraph 22 of the Third Amended Complaint filed herein, Defendant admits the DECEDENT was transported to John Benoit Detention Center. Defendant denies generally and specifically each, all and every remaining allegation contained therein.

23.     Answering Paragraph 23 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

24.     Answering Paragraph 24 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

25.     Answering Paragraph 25 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained in the first sentence therein. The allegations of the second sentence of Paragraph 25 are not asserted against this answering Defendant and, as such, no answer thereto is required.

26.     Answering Paragraph 26 of the Third Amended Complaint filed herein, the allegations asserted therein are not asserted against this answering Defendant and, as such, no answer thereto is required.

27.     Answering Paragraph 27 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and accordingly denies generally

and specifically each, all and every allegation contained.

28. Answering Paragraph 28 of the Third Amended Complaint filed herein, the allegations asserted therein are not asserted against this answering Defendant and, as such, no answer thereto is required.

29. Answering Paragraph 29 of the Third Amended Complaint filed herein, the allegations asserted therein are not asserted against this answering Defendant and, as such, no answer thereto is required.

30. Answering Paragraph 30 of the Third Amended Complaint filed herein, the allegations asserted therein are not asserted against this answering Defendant and, as such, no answer thereto is required.

31. Answering Paragraph 31 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and accordingly denies generally and specifically each, all and every allegation contained therein.

32. Answering Paragraph 32 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32, and accordingly denies generally and specifically each, all and every allegation contained therein.

33. Answering Paragraph 33 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and accordingly denies generally and specifically each, all and every allegation contained therein.

## **FIRST CLAIM FOR RELIEF**

### **Fourth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

(All Plaintiffs against KYLE LAWRENCE, JERON JUSTICE and PETER FUENTES)

34. Answering Paragraph 34 of the Third Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this answer as though

1   set forth fully herein.

2       35.     Answering Paragraph 35 of the Third Amended Complaint filed herein,

3   Defendant admits he arrived at 84054 Indio Springs Dr., Indio, CA for a wellness check

4   call on the DECEDENT. Defendant admits he did not call paramedics or otherwise

5   issue medical treatment for the DECEDENT. Defendant denies generally and

6   specifically each, all and every remaining allegation contained in Paragraph 35.

7       36.     Answering Paragraph 36 of the Third Amended Complaint filed herein,

8   Defendant denies generally and specifically each, all and every allegation contained

9   therein.

10      37.     Answering Paragraph 37 of the Third Amended Complaint filed herein,

11  Defendant denies generally and specifically each, all and every allegation contained

12  therein.

13      38.     Answering Paragraph 38 of the Third Amended Complaint filed herein,

14  Defendant denies generally and specifically each, all and every allegation contained

15  therein.

16      39.     Answering Paragraph 39 of the Third Amended Complaint filed herein,

17  Defendant denies generally and specifically each, all and every allegation contained

18  therein.

19      40.     Answering Paragraph 40 of the Third Amended Complaint filed herein,

20  Defendant denies generally and specifically each, all and every allegation contained

21  therein.

22      41.     Answering Paragraph 41 of the Third Amended Complaint filed herein,

23  Defendant denies generally and specifically each, all and every allegation contained

24  therein.

25      42.     Answering Paragraph 42 of the Third Amended Complaint filed herein,

26  Defendant denies generally and specifically each, all and every allegation contained

27  therein.

28  ///

JERON JUSTICE'S ANSWER TO THIRD AMENDED COMPLAINT

43.     Answering Paragraph 43 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

44.     Answering Paragraph 44 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44, and accordingly denies generally and specifically each, all and every allegation contained therein.

## SECOND CLAIM FOR RELIEF

**Fourteenth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

(All Plaintiffs against CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, and CARMEN MATEI)

45.     Answering Paragraph 45 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

46.     Answering Paragraph 46 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

47.     Answering Paragraph 47 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

48.     Answering Paragraph 48 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

49.     Answering Paragraph 49 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

50.      Answering Paragraph 50 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

51.      Answering Paragraph 51 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

52.      Answering Paragraph 52 of the Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

53.      Answering Paragraph 53 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

54.      Answering Paragraph 54 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

55.      Answering Paragraph 55 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

56.      Answering Paragraph 56 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

57.      Answering Paragraph 57 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

58.      Answering Paragraph 58 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

59.      Answering Paragraph 59 of the Third Amended Complaint filed herein,

JERON JUSTICE'S ANSWER TO THIRD AMENDED COMPLAINT

1  the allegations contained therein are not asserted against the answering Defendant and,

2  as such, no answer thereto is required.

3      60.     Answering Paragraph 60 of the Third Amended Complaint filed herein,

4  the allegations contained therein are not asserted against the answering Defendant and,

5  as such, no answer thereto is required.

6      61.     Answering Paragraph 61 of the Third Amended Complaint filed herein,

7  the allegations contained therein are not asserted against the answering Defendant and,

8  as such, no answer thereto is required.

9      62.     Answering Paragraph 62 of the Third Amended Complaint filed herein,

10 the allegations contained therein are not asserted against the answering Defendant and,

11 as such, no answer thereto is required.

12     63.     Answering Paragraph 63 of the Third Amended Complaint filed herein,

13 the allegations contained therein are not asserted against the answering Defendant and,

14 as such, no answer thereto is required.

15                    **THIRD CLAIM FOR RELIEF**

16   **Fourteenth Amendment – Substantive Due Process (42 U.S.C. § 1983)**

17  (All Plaintiffs against KYLE LAWRENCE, JERON JUSTICE, PETER FUENTES,

18 CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ

19 AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI

20          LOPEZ, ALEJANDRO VELAZQUEZ, and CARMEN MATEI)

21     64.     Answering Paragraph 64 of the Third Amended Complaint filed herein,

22 Defendant incorporates by reference all preceding paragraphs of this answer as though

23 set forth fully herein.

24     65.     Answering Paragraph 65 of the Third Amended Complaint filed herein,

25 Defendant alleges Paragraph 65 contains allegations that present legal conclusions and

26 questions of law to be determined by the Court to which no answer is required.

27     66.     Answering Paragraph 66 of the Third Amended Complaint filed herein,

28 Defendant admits, at all relevant times, Defendant Jeron Justice was acting under color

of law. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 66, and accordingly denies generally and specifically each, all and every allegation contained therein.

67.     Answering Paragraph 67 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

68.     Answering Paragraph 68 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

69.     Answering Paragraph 69 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

70.     Answering Paragraph 70 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

71.     Answering Paragraph 71 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

72.     Answering Paragraph 72 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

73.     Answering Paragraph 73 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

74.     Answering Paragraph 74 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74, and accordingly denies generally and specifically each, all and every allegation contained therein.

1

## **FOURTH CLAIM FOR RELIEF**

2

### **Municipal Liability – Failure to Train (42 U.S.C. § 1983)**

3

(By Plaintiffs against Defendant COUNTY)

4      75.     Answering Paragraph 75 of the Third Amended Complaint filed herein,

5   the allegations contained therein are not asserted against the answering Defendant and,

6   as such, no answer thereto is required.

7      76.     Answering Paragraph 76 of the Third Amended Complaint filed herein,

8   the allegations contained therein are not asserted against the answering Defendant and,

9   as such, no answer thereto is required.

10      77.     Answering Paragraph 77 of the Third Amended Complaint filed herein,

11   the allegations contained therein are not asserted against the answering Defendant and,

12   as such, no answer thereto is required.

13      78.     Answering Paragraph 78 of the Third Amended Complaint filed herein,

14   the allegations contained therein are not asserted against the answering Defendant and,

15   as such, no answer thereto is required.

16      79.     Answering Paragraph 79 of the Third Amended Complaint filed herein,

17   the allegations contained therein are not asserted against the answering Defendant and,

18   as such, no answer thereto is required.

19      80.     Answering Paragraph 80 of the Third Amended Complaint filed herein,

20   the allegations contained therein are not asserted against the answering Defendant and,

21   as such, no answer thereto is required.

22      81.     Answering Paragraph 81 of the Third Amended Complaint filed herein,

23   the allegations contained therein are not asserted against the answering Defendant and,

24   as such, no answer thereto is required.

25      82.     Answering Paragraph 82 of the Third Amended Complaint filed herein,

26   the allegations contained therein are not asserted against the answering Defendant and,

27   as such, no answer thereto is required.

28      83.     Answering Paragraph 83 of the Third Amended Complaint filed herein,

JERON JUSTICE'S ANSWER TO THIRD AMENDED COMPLAINT

the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

84. Answering Paragraph 84 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

## FIFTH CLAIM FOR RELIEF

### Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)

(By Plaintiffs against Defendant COUNTY)

85. Answering Paragraph 85 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

86. Answering Paragraph 86 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

87. Answering Paragraph 87 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

88. Answering Paragraph 88 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

89. Answering Paragraph 89 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

90. Answering Paragraph 90 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

91. Answering Paragraph 91 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and,

1    as such, no answer thereto is required.

2        92.    Answering Paragraph 92 of the Third Amended Complaint filed herein,

3    the allegations contained therein are not asserted against the answering Defendant and,

4    as such, no answer thereto is required.

5        93.    Answering Paragraph 93 of the Third Amended Complaint filed herein,

6    the allegations contained therein are not asserted against the answering Defendant and,

7    as such, no answer thereto is required.

8        94.    Answering Paragraph 94 of the Third Amended Complaint filed herein,

9    the allegations contained therein are not asserted against the answering Defendant and,

10   as such, no answer thereto is required.

11       95.    Answering Paragraph 95 of the Third Amended Complaint filed herein,

12   the allegations contained therein are not asserted against the answering Defendant and,

13   as such, no answer thereto is required.

14       96.    Answering Paragraph 96 of the Third Amended Complaint filed herein,

15   the allegations contained therein are not asserted against the answering Defendant and,

16   as such, no answer thereto is required.

17       97.    Answering Paragraph 97 of the Third Amended Complaint filed herein,

18   the allegations contained therein are not asserted against the answering Defendant and,

19   as such, no answer thereto is required.

20       98.    Answering Paragraph 98 of the Third Amended Complaint filed herein,

21   the allegations contained therein are not asserted against the answering Defendant and,

22   as such, no answer thereto is required.

23       99.    Answering Paragraph 99 of the Third Amended Complaint filed herein,

24   the allegations contained therein are not asserted against the answering Defendant and,

25   as such, no answer thereto is required.

26       100.   Answering Paragraph 100 of the Third Amended Complaint filed herein,

27   the allegations contained therein are not asserted against the answering Defendant and,

28   as such, no answer thereto is required.

JERON JUSTICE'S ANSWER TO THIRD AMENDED COMPLAINT

101.   Answering Paragraph 101 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

102.   Answering Paragraph 102 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

103.   Answering Paragraph 103 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

104.   Answering Paragraph 104 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

105.   Answering Paragraph 105 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

106.   Answering Paragraph 106 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

## SIXTH CLAIM FOR RELIEF

**Supervisory and Municipal Liability – Ratification – (42 U.S.C. §1983)**

(By Plaintiffs against Defendants COUNTY)

107.   Answering Paragraph 107 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

108.   Answering Paragraph 108 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

109.   Answering Paragraph 109 of the Third Amended Complaint filed herein,

the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

110.   Answering Paragraph 110 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

111.   Answering Paragraph 111 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

112.   Answering Paragraph 112 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

113.   Answering Paragraph 113 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

114.   Answering Paragraph 114 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

115.   Answering Paragraph 115 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

116.   Answering Paragraph 116 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

117.   Answering Paragraph 117 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

118.   Answering Paragraph 118 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and,

JERON JUSTICE'S ANSWER TO THIRD AMENDED COMPLAINT

1 | as such, no answer thereto is required.

2 | 119. Answering Paragraph 119 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

5 | 120. Answering Paragraph 120 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

8 | 121. Answering Paragraph 121 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

11 | 122. Answering Paragraph 122 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

14 | 123. Answering Paragraph 123 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

17 | 124. Answering Paragraph 124 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

20 | 125. Answering Paragraph 125 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

23 | 126. Answering Paragraph 126 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

26 | 127. Answering Paragraph 127 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

JERON JUSTICE'S ANSWER TO THIRD AMENDED COMPLAINT

## SEVENTH CLAIM FOR RELIEF

### Negligence

(By Plaintiffs against KYLE LAWRENCE, JERON JUSTICE, PETER FUENTES, and CITY)

128.   Answering Paragraph 128 of the Third Amended Complaint filed herein, Defendant incorporates by reference all preceding paragraphs of this Answer as though set forth fully herein.

129.   Answering Paragraph 129 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

130.   Answering Paragraph 130 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

131.   Answering Paragraph 131 of the Third Amended Complaint filed herein, Defendant denies generally and specifically each, all and every allegation contained therein.

132.   Answering Paragraph 132 of the Third Amended Complaint filed herein, the allegations contained therein are not asserted against the answering Defendant and, as such, no answer thereto is required.

133.   Answering Paragraph 133 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133, and accordingly denies generally and specifically each, all and every allegation contained therein.

## EIGHTH CLAIM FOR RELIEF

### Violation of Cal. Civil Code § 52.1

(By Plaintiffs against KYLE LAWRENCE, JERON JUSTICE, PETER FUENTES, and CITY)

134.   Answering Paragraph 134 of the Third Amended Complaint filed herein,

1   Defendant incorporates by reference all preceding paragraphs of this Answer as though
2   set forth fully herein.

3       135.    Answering Paragraph 135 of the Third Amended Complaint filed herein,
4   Defendant alleges the first sentence therein contains allegations that present legal
5   conclusions and questions of law to be determined by the Court to which no answer is
6   required. Defendant denies generally and specifically each, all and every remaining
7   allegation contained in Paragraph 135.

8       136.    Answering Paragraph 136 of the Third Amended Complaint filed herein,
9   Defendant admits that all relevant times he was working for the CITY and acting within
10  the course and scope of his duties. Defendant denies generally and specifically each,
11  all and every remaining allegation contained in paragraph 136.

12      137.    Answering Paragraph 137 of the Third Amended Complaint filed herein,
13  Defendant denies generally and specifically each, all and every allegation contained
14  therein.

15      138.    Answering Paragraph 138 of the Third Amended Complaint filed herein,
16  Defendant denies generally and specifically each, all and every allegation contained
17  therein.

18      139.    Answering Paragraph 139 of the Third Amended Complaint filed herein,
19  Defendant denies generally and specifically each, all and every allegation contained
20  therein.

21      140.    Answering Paragraph 140 of the Third Amended Complaint filed herein,
22  Defendant denies generally and specifically each, all and every allegation contained
23  therein.

24      141.    Answering Paragraph 141 of the Third Amended Complaint filed herein,
25  the allegations contained therein are not asserted against the answering Defendant and,
26  as such, no answer thereto is required.

27      142.    Answering Paragraph 142 of the Third Amended Complaint filed herein,
28  Defendant denies generally and specifically each, all and every allegation contained

therein.

143.   Answering Paragraph 143 of the Third Amended Complaint filed herein, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143, and accordingly denies generally and specifically each, all and every allegation contained therein.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

As a First Affirmative Defense, Defendant asserts the Third Amended Complaint, and every purported cause of action in the Third Amended Complaint, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a Second Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have failed to allege or establish any violation or deprivation of a constitutional right of Plaintiffs' decedent and therefore the Third Amended Complaint fails to state any claim upon which relief can be granted against Defendant.

### THIRD AFFIRMATIVE DEFENSE

As a Third Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have failed to allege or establish any violation or deprivation of a constitutional right of any Plaintiff and therefore the Third Amended Complaint fails to state any claim upon which relief can be granted against Defendant.

### FOURTH AFFIRMATIVE DEFENSE

As a Fourth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have waived any and all claims Plaintiffs may have had against Defendant.

### FIFTH AFFIRMATIVE DEFENSE

As a Fifth Affirmative Defense, Defendant asserts that Plaintiffs' claims are barred by the statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

As a Sixth Affirmative Defense, Defendant asserts he had reasonable cause to

1  detain and/or probable cause to arrest Plaintiff's decedent.

2  SEVENTH AFFIRMATIVE DEFENSE

3  As a Seventh Affirmative Defense, Defendant asserts that Plaintiffs' claims are
4  barred by California Government Code § 820.2 which provides immunity for
5  discretionary acts of public employees.

6  EIGHTH AFFIRMATIVE DEFENSE

7  As an Eighth Affirmative Defense, Defendant asserts that Plaintiffs' claims in
8  whole or in part, are barred by Government Code § 815.2(b) and § 820.4 which
9  immunizes peace officers from liability resulting from the execution or enforcement of
10 any law.

11 NINTH AFFIRMATIVE DEFENSE

12 As a Ninth Affirmative Defense, Defendant asserts that at all times alleged in
13 the Third Amended Complaint, Defendant acted in good faith, without malice and
14 within the scope of his duties as a peace officer for the City of Indio.

15 TENTH AFFIRMATIVE DEFENSE

16 As the Tenth Affirmative Defense, Defendant asserts any damages incurred by
17 Plaintiff's decedent or Plaintiffs was directly and proximately caused or contributed to
18 by Plaintiff's decedent's own actions.

19 ELEVENTH AFFIRMATIVE DEFENSE

20 As the Eleventh Affirmative Defense, Defendant alleges that if it is held liable
21 for damages to any of the Plaintiffs or any other party in any amount, that Defendant
22 is only severally liable in an amount equal to its apportioned share of liability for any
23 damages suffered by the Plaintiffs or any other party. The fault, if any, of Defendant
24 should be compared with the fault of other defendants or third parties and damages, if
25 any, should be apportioned among the defendants or other parties in direct relation to
26 each Defendant's or parties comparative fault. Defendant should be obligated to pay
27 only such damages, if any, which are directly attributable to its percentage of
28 comparative fault. To require Defendant to pay any more than its percentage of

comparative fault violates equal protection and due process clauses of the Constitution of the United States and the Constitution of the State of California.

TWELFTH AFFIRMATIVE DEFENSE

As the Twelfth Affirmative Defense, Defendant asserts any damages alleged by Plaintiffs were not proximately caused by any negligence, wrongful acts or omissions on the part of Defendant.

THIRTEENTH AFFIRMATIVE DEFENSE

As a Thirteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, have engaged in conduct with respect to the activities which are the subject of the Third Amended Complaint and by reason of said activities and conduct, Plaintiffs, and each of them, are estopped from asserting any claims of damages or seeking any other relief against Defendant.

FOURTEENTH AFFIRMATIVE DEFENSE

As the Fourteenth Affirmative Defense, Defendant asserts that Plaintiffs, and each of them, lack standing to bring all or some of the claims sought to be alleged in the Third Amended Complaint.

FIFTEENTH AFFIRMATIVE DEFENSE

As a Fifteenth Affirmative Defense, Defendant asserts that each and every purported cause of action sought to be alleged in the Third Amended Complaint is barred in whole or in part by the failure to comply with applicable claim submission requirements, including but not limited to those set forth in Government Code §905, §910, §911.2, §913, §915.2, §935, §945.4, §945.6 and §950.2.

SIXTEENTH AFFIRMATIVE DEFENSE

As the Sixteenth Affirmative Defense, Defendant alleges that, at all times and places set forth in the Third Amended Complaint, Plaintiff's decedent failed to exercise ordinary care on his own behalf which negligence and carelessness was a legal cause of some portion up to and including the whole thereof of the injuries and damages complained of in this action. Plaintiffs' recovery therefore, if any, against Defendant

1   should be barred or reduced according to the principles of comparative negligence.

2   SEVENTEENTH AFFIRMATIVE DEFENSE

3   As a Seventeenth Affirmative Defense, Defendant alleges that Plaintiffs, and

4   each of them, have failed to exercise reasonable care and diligence to avoid loss and to

5   minimize damages and that, therefore, Plaintiffs may not recover for losses which

6   could have been prevented by reasonable efforts on their part or by expenditures which

7   might reasonably have been made, and, therefore, Plaintiffs' recovery, if any, should

8   be reduced by the failure to mitigate damages, if any there be.

9   EIGHTEENTH AFFIRMATIVE DEFENSE

10   As an Eighteenth Affirmative Defense, Defendant acted at all times within the

11   scope of discretion, in good faith, with due care, and pursuant to applicable rules,

12   regulations, and practices reasonably and in good faith believed to be in accordance

13   with the Constitution and laws of the United States, and Defendant is therefore not

14   liable.

15   NINETEENTH AFFIRMATIVE DEFENSE

16   As a Nineteenth Affirmative Defense, Defendant alleges that decedent was

17   guilty of willful misconduct and gross negligence and that such willful misconduct and

18   gross negligence caused his death, and therefore, Plaintiffs' claims are barred thereby.

19   TWENTIETH AFFIRMATIVE DEFENSE

20   As a Twentieth Affirmative Defense, Defendant asserts that any judgment

21   entered herein against Defendant may be reduced pursuant to Government Code § 985

22   for collateral source payments.

23   TWENTY-FIRST AFFIRMATIVE DEFENSE

24   As a Twenty-First Affirmative Defense, Defendant is not liable for any injury

25   caused by the alleged act or omission of others, pursuant to Government Code §§ 820.8

26   and 815.2.

27   TWENTY-SECOND AFFIRMATIVE DEFENSE

28   As a Twenty-Second Affirmative Defense, Defendant is informed and believes

1  and thereon alleges that he is immune from liability pursuant to California Government

2  Code § 820.4, as any act or omission alleged in the Third Amended Complaint was

3  performed with due care and in the execution and enforcement of the laws of the State

4  of California.

5  <u>TWENTY-THIRD AFFIRMATIVE DEFENSE</u>

6  As a Twenty-Third Affirmative Defense, Defendant is informed and believes

7  and thereon alleges that he is immune from liability pursuant to California Government

8  Code § 820.6, as any act or omission alleged in the Third Amended Complaint was

9  performed in good faith and without malice.

10  <u>TWENTY-FOURTH AFFIRMATIVE DEFENSE</u>

11  As a Twenty-Fourth Affirmative Defense, Defendant is informed and believes

12  and thereon alleges that he is immune from liability pursuant to California Penal Code

13  § 847(b)(1).

14  <u>TWENTY-FIFTH AFFIRMATIVE DEFENSE</u>

15  As a Twenty-Fifth Affirmative Defense, Defendant is informed and believes

16  and thereon alleges that it is entitled to immunity under Government Code § 815

17  subsections (a) and (b).

18  <u>TWENTY-SIXTH AFFIRMATIVE DEFENSE</u>

19  As a Twenty-Sixth Affirmative Defense, Defendant asserts that Plaintiff's

20  claims, in whole or in part, are barred by the Doctrine of Qualified Immunity.

21  <u>TWENTY-SEVENTH AFFIRMATIVE DEFENSE</u>

22  As a Twenty-Seventh Affirmative Defense, to the extent the Third Amended

23  Complaint herein seeks punitive damages, it violates this Defendant's right to

24  procedural due process under the Fourteenth Amendment of the United States

25  Constitution and the Constitution of the State of California, and it further violates this

26  answering Defendant's rights to protection against "excessive fines" as provided in the

27  Eighth Amendment to the United States Constitution and in Article 1, Section XVII of

28  the Constitution of the State of California. It further violates this answering

Defendant's rights to substantive due process as provided in the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of California.

TWENTY-EIGHTH AFFIRMATIVE DEFENSE

As a Twenty-Eighth Affirmative Defense, Defendant is informed and believes and based thereon alleges that it is immune from liability pursuant to California Government Code § 855.6.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs takes nothing by way of the Third Amended Complaint;

2. For costs of suit;

3. For reasonable attorneys' fees and other expenses; and

4. For such other and further relief as the Court deems just and proper.

McCORMICK, MITCHELL & RASMUSSEN

Dated: May 6, 2024

/s/ Konrad M. Rasmussen
_____
John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Brett L. Cirincione, Esq.
Attorneys for Defendants CITY OF INDIO, KYLE LAWRENCE, JERON JUSTICE and PETER FUENTES

JERON JUSTICE'S ANSWER TO THIRD AMENDED COMPLAINT