John P. McCormick, Esq. (SBN 38064)
Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF INDIO, KYLE LAWRENCE
JERON JUSTICE and PETER FUENTES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive,<br><br>                    Defendants. | CASE NO.:  5:23-CV-01825-WLH-SHK<br><br>**DEMAND FOR JURY TRIAL** |

PLEASE TAKE NOTICE that Defendant Jeron Justice hereby demands trial by jury in this action.

McCORMICK, MITCHELL & RASMUSSEN

Dated: May 6, 2024          __ /s/ Konrad M. Rasmussen

John P. McCormick, Esq.
Konrad M. Rasmussen, Esq.
Brett L. Cirincione, Esq.
Attorneys for Defendants CITY OF INDIO, KYLE LAWRENCE JERON JUSTICE and PETER FUENTES