1 | John P. McCormick, Esq. (SBN 38064)
2 | Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
3 | McCORMICK, MITCHELL & RASMUSSEN
4 | 8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
5 | Tel: (619) 235-8444
Fax: (619) 294-8447
6
7 | Attorneys for Defendant CITY OF INDIO, KYLE LAWRENCE
JERON JUSTICE and PETER FUENTES
8
9
## UNITED STATES DISTRICT COURT
10
## CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  ROSA ZAZUETA; OCTAVIO | CASE NO.:  5:23-CV-01825-WLH-SHK |
| 13  ZAZUETA, individually and as successors-in-interest to OCTAVIO | |
| 14  ZAZUETA Jr., deceased, | **DEMAND FOR JURY TRIAL** |
| 15                    Plaintiffs, | |
| 16  vs. | |
| 17  COUNTY OF RIVERSIDE; CITY OF | |
| 18  INDIO; KYLE LAWRENCE; and DOES 1-10, inclusive, | |
| 19                    Defendants. | |
| 20 | |

21 |     PLEASE TAKE NOTICE that Defendant Peter Fuentes hereby demands trial by

22 | jury in this action.

23 |                                          McCORMICK, MITCHELL & RASMUSSEN

24 | Dated: May 6, 2024          __ /s/ Konrad M. Rasmussen

25 |                                          John P. McCormick, Esq.
26 |                                          Konrad M. Rasmussen, Esq.
Brett L. Cirincione, Esq.
27 |                                          Attorneys for Defendants CITY OF INDIO,
KYLE LAWRENCE JERON JUSTICE and
28 |                                          PETER FUENTES

DEMAND FOR JURY TRIAL