Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
 *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF RIVERSIDE, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ; CARMEN MATEI; and CHAD BIANCO,<br><br>  Defendant. | Case No. 5:23-cv-01825-WLH-SHK<br><br>District Judge: Wesley L. Hsu<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**DEFENDANTS COUNTY OF RIVERSIDE, CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI, AND CHAD BIANCO'S NOTICE OF INTERESTED PARTIES**<br><br>Filed on:           09/07/23 |

///

///

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned, counsel of record for Defendants COUNTY OF RIVERSIDE, CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI, and CHAD BIANCO, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Name | Connection or Interest |
|---|---|
| Rosa Zazueta | Plaintiff |
| Octavio Zazueta | Plaintiff |
| County of Riverside | Public Entity Defendant |
| Carson Ventura | Defendant |
| Taylor Smith | Defendant |
| Mark Hermosilla | Defendant |
| Luis Montez Avila | Defendant |
| Allyson Tovar | Defendant |
| Juan Viramontes | Defendant |
| Lawrence Ponce | Defendant |
| Yuri Lopez | Defendant |
| Alejandro Velazquez | Defendant |
| Carmen Matei | Defendant |
| Chad Bianco | Defendant |
| Kyle Lawrence | Defendant |
| Jeron Justice | Defendant |
| Peter Fuentes | Defendant |

DATED:  May 7, 2024      **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Kayleigh Andersen_____
      Eugene P. Ramirez
      Kayleigh A. Andersen
      Attorneys for Defendants, COUNTY OF RIVERSIDE, et al.