**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**The Law Office of Bradley I. Kramer**
Bradley I. Kramer, Esq. (SBN 234351)
bkramer@biklaw.com
8840 Wilshire Blvd. Suite 350
Beverly Hills, California 90211-2606
Telephone: (310) 289-2600
Facsimile: (866) 289-2771

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI; and CHAD BIANCO, inclusive,<br><br>Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>*District Judge Wesley L. Hsu*<br>*Magistrate Judge Kewalramani*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR ORDER VACATING ALL DATES** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs ROSA ZAZUETA and OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased, and Defendants COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE and JERON JUSTICE (employees of CITY OF INDIO); PETER FUENTES, CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI, and CHAD BIANCO (employees of COUNTY OF RIVERSIDE), by and through their respective attorneys of record, as follows:

1. The parties conducted mediation on September 19, 2024, with mediator Richard Copeland. The Parties were able to reach a conditional settlement of the entire action.

2. The settlement is conditioned upon approval of the County of Riverside Board of Supervisors.

3. If the settlement is approved, the Parties will file a stipulation to dismiss the entire action within ten business days of Plaintiffs' receipt of the settlement funds.

4. Settlement funds are expected to be distributed within 90 days from the full execution of the Release, which occurred on September 26, 2024.

5. Accordingly, the Parties respectfully request that this Court vacate all pending dates and stay all proceedings pending the approval of the settlement.

DATED: October 3, 2024                    **LAW OFFICES OF DALE K. GALIPO**

By: ___*/s/ Cooper Alison-Mayne*___
Cooper Alison-Mayne
Dale K. Galipo
Attorneys for Plaintiffs ROSA ZAZUETA and OCTAVIO ZAZUETA

DATED: October 3, 2024                    **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: ___*/s/ Kayleigh A. Andersen*___
Kayleigh A. Andersen
Attorney for Defendant COUNTY OF RIVERSIDE

DATED: October 3, 2024                    **McCORMICK, MITCHELL & RASMUSSEN**

By: ___*/s/ Konrad M. Rasmussen*___
Konrad M. Rasmussen
Attorney for Defendant CITY OF INDIO