UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI; and CHAD BIANCO, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>*District Judge Wesley L. Hsu*<br>*Magistrate Judge Kewalramani*<br><br>**[PROPOSED] ORDER RE NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR ORDER VACATING ALL DATES** |

　　　　HAVING REVIEWED the Parties' Notice of Conditional Settlement and Request to Vacate all dates, IT IS HEREBY ORDERED as follows:

　　1. All dates in the case, including the discovery dates, the pretrial dates, and the trial date, are hereby vacated, and this matter stayed, pending consummation

of the settlement of this action.

2. If the settlement is approved, then the Parties shall file a stipulation to dismiss the entire action within ten business days of Plaintiffs' receipt of the settlement funds.

DATED:                                    UNITED STATES DISTRICT COURT

_____
HON. WESLEY L. HSU