**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA; OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI; and CHAD BIANCO, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>*District Judge Wesley L. Hsu*<br>*Magistrate Judge Kewalramani*<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO THIS HONORABLE COURT:**

Plaintiffs ROSA ZAZUETA and OCTAVIO ZAZUETA and Defendants COUNTY OF RIVERSIDE, CITY OF INDIO, KYLE LAWRENCE, JERON JUSTICE, PETER FUENTES, CARSON VENTURA, TAYLOR SMITH, MARK HERMOSILLA, LUIS MONTEZ AVILA, ALLYSON TOVAR, JUAN

VIRAMONTES, LAWRENCE PONCE, YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI, and CHAD BIANCO, by and through their respective attorneys of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

DATED: December 17, 2024        **LAW OFFICES OF DALE K. GALIPO**

By: _____*/s/ Cooper Alison-Mayne*_____
Cooper Alison-Mayne
Dale K. Galipo
Attorneys for Plaintiffs ROSA ZAZUETA and OCTAVIO ZAZUETA

DATED: December 17, 2024        **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: _____*/s/ Kayleigh A. Andersen*_____
Kayleigh A. Andersen
Attorney for Defendant COUNTY OF RIVERSIDE

DATED: December 17, 2024        **McCORMICK, MITCHELL & RASMUSSEN**

By: _____*/s/ Konrad M. Rasmussen*_____
Konrad M. Rasmussen
Attorney for Defendant CITY OF INDIO