1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>                            Plaintiffs,<br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI; and CHAD BIANCO, inclusive,<br><br>                            Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>*District Judge Wesley L. Hsu*<br>*Magistrate Judge Kewalramani*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL** |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation for Dismissal filed by the Parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned matter has been resolved. This matter is hereby dismissed with prejudice. Each side shall bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

DATED:                                         UNITED STATES DISTRICT COURT

                                               _____
                                               HON. WESLEY L. HSU