**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ZAZUETA, OCTAVIO ZAZUETA, individually and as successors-in-interest to OCTAVIO ZAZUETA Jr., deceased;<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF RIVERSIDE; CITY OF INDIO; KYLE LAWRENCE; JERON JUSTICE; PETER FUENTES; CARSON VENTURA; TAYLOR SMITH; MARK HERMOSILLA; LUIS MONTEZ AVILA; ALLYSON TOVAR; JUAN VIRAMONTES; LAWRENCE PONCE; YURI LOPEZ, ALEJANDRO VELAZQUEZ, CARMEN MATEI; and CHAD BIANCO, inclusive,<br><br>Defendants. | Case No. 5:23-cv-01825-WLH-SHK<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL [99]** |

1 | Pursuant to the Joint Stipulation for Dismissal filed by the Parties, and
2 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above-captioned matter
3 | has been resolved. This matter is hereby dismissed with prejudice. Each side shall
4 | bear its own attorney's fees and costs incurred in this matter.

**IT IS SO ORDERED**.

DATED: 12/19/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE